**Plaintiff's Exhibit Index**

| Exhibit No. | Document Description |
| --- | --- |
| 1 | Edward Elmore's Deposition Transcript |
| 2 | Nelson Whitney's Deposition Transcript |
| 3 | Erin Mullen's Deposition Transcript |
| 4 | Jeffrey Dence 's Deposition Transcript |
| 5 | Matthew Takita's Deposition Transcript |
| 6 | Jeffry Boraski's Deposition Transcript |
| 7 | John Palmer's Deposition Transcript |
| 8 | Brian Galloway's Deposition |
| 9 | Melissa Atkins Esquire's Deposition Transcript Part I |
| 10 | Edward Elmore's Affidavit |
| 11 | 2/14/24 Obermayer Report |
| 12 | 2/14/23 Emails btw. F. Harran, M. Takita, and L. Gallagher from February to March 2023 |
| 13 | 4/5/2023 Frederick Harran's Memo to Matthew Takita on April 5, 2022, RE: K9 Investigation 02.25.22 |
| 14 | 12/2/2022 Email from Whitney to Elmore with the Loudermill Notice attached |
| 15 | 10/27/22 Email from Elmore to Takita and Dippolito |
| 16 | Elmore's Handout; re Fall Township Deserves Better |
| 17 | 12/7/22 Email from Elmore to Dippolito and Dence |
| 18 | 12/16/22 Email from L. Gallagher, Township Solicitor to F. Harran |
| 19 | 4/5/23 Harran's Investigation Report of "Elmore Harassment Complaint |

| | |
|---|---|
| 20 | 4/26/23 Harran's "K9 Investigation 02.25.22 Summarization" |
| 21 | 5/24/23 Harran's Memo to Atkins "Elmore Post Psychological Evaluation/Harassment" |
| 22 | Elmore's 4/19/2023 Performance Evaluation Filled out by A. Fanelli |
| 23 | Elmore's 4/28/23 Performance Evaluation Filled out by Whitney and Clark |
| 24 | Elmore's 9/20/2023 EEOC Charge of Discrimination |
| 25 | 6/12/23 Obermayer Memo to Falls Township Supervisors |
| 26 | 11/4/22 Emails Btw McGovern, Falls Township's HR Administrator and DVT |
| 27 | 12/12/22 Email from Takita asking Counsel to draft Elmore's Administrative Leave Notice |
| 28 | Plaintiff's Request for Admissions |
| 29 | Defendant's Answer's to Plaintiff's Request for Admission |
| 30 | 7/26/22 Falls Township Incident Report regarding Bell and Kent |
| 31 | 1/8/24 Levittown Article |
| 32 | Falls Township Spring/Summer 2024 Newsletter |
| 33 | Falls Township Police Department Policy #2.8.1. |
| 34 | PAFT Letter of No Confidence of Chief Whitney Nelson |
| 35 | Falls Township's Answers to Plaintiff's Interrogatories |
| 36 | 5/3/2023 Email from Elmore to Takita and Dippolito |

| | |
|---|---|
| 37 | 12/6/2022 Email from Whitney to Obermayer Subject: Draft Press Release |
| 38 | 12/8/2023 Robert Kent's letter |
| 39 | 3/29/2022 Lt. Ward's Memo |
| 40 | 2/20/2024 Loudermill Notice from Whitney to Elmore |
| 41 | September 2023 Elmore Interview by Obermayer Law Firm |
| 42 | 7/27/2021 Text Message from Clark to Elmore |
| 43 | 8/19/2021: Email exchange between Clark and McGowan |
| 44 | 12/9/2022 Elmore's Written Loudermill Response |
| 45 | Falls Township Police Department Discipline Tracker |
| 46 | 8/8/23 Email from Takita to Elmore |
| 47 | 5/10/2022, Memo from Ward to Elmore |
| 48 | 8/19/2022 Email from Takita to the Township Board of Supervisors forwarding 8/17/2022 Letter from the DA's Office to Acting Chief Ward |
| 49 | 10/11/2022 Text Messages between Emore and Dippolito |
| 50 | 11/7/2022 Email from Lt. Ward to Elmore |
| 51 | 11/7 and 11/8 Text Messages between Elmore and Hicks |
| 52 | 12/5/2022 Memo from Whitney to Elmore |
| 53 | 12/6/2022 Emails btw. Obermayer, Chief Whitney and Elmore |
| 54 | 12/13/2022 Email and Memo from Chief Whitney to Elmore |

| 55 | 1/27/2023 Memo from Whitney to the Board of Supervisors |
| 56 | 4/7/2023 Email from Takita to Elmore |
| 57 | 12/20/2022 Email Announcing Promotional Process |
| 58 | CBA Article 33 Promotional Procedures |
| 59 | 4/26/2023 PA First Line Supervisors Test Falls Township, Test date 4-26-2023 |
| 60 | 4/27/2023 Whitney's Memo RE: Performance Ratings |
| 61 | Township List of Officers Performance Reviews |
| 62 | 7/27/2023 Promotion Annoucement |
| 63 | 7/25/2023 Email Complaint from Officer White to Whitney and 7/26/2023 Email from Officer White to Takita and Dence |
| 64 | 6/1/2023 Email from Takita to the Board of Supervisors |
| 65 | 6/2/2023 Email from E. Elmore to Takita, Dippolito, and Dence |
| 66 | 6/8/2023 Email from Dence to Takita and Takita's Email Response to Dence |
| 67 | 6/15/2022 Email from Takita to Elmore; Subject: Return to Work |
| 68 | Article 12 of the CBA |
| 69 | Elmore's Step II Grievance |
| 70 | 2/23/2024 Elmore's Response to the 2/20/2024/Loudermill Notice |
| 71 | 6/4/2025, Part I, Falls Township Arbitration – Edward Elmore, Atkins, Testimony |

| 72 | 7/8/2025, Part II, Falls Township Arbitration – Edward Elmore, Langan, Testimony |
|----|----|
| 73 | 12/15/2023 Email from Takita to Thomas Hearn and Melissa Atkins forwarding 12/5/2023 Email from Takita to Board of Supervisors |
| 74 | Township's 12/18/2023 Position Statement |
| 75 | 1/5/2024 Text Message from Matthew Takita to Thomas Hearn forwarding to Galloway's original text message to Takita |
| 76 | Elmore's Email Correspondence with B. Rodes |
| 77 | 2/15/24 Email from Obermayer to the Board of Supervisors |
| 78 | 2/16/2024 Email from Atkins to Whitney |
| 79 | 2/28/2024 email from Obermayer with Elmore's 2/28/2024 Termination Letter |
| 80 | 7/12/2023&7/13/2023 Emails from McGovern, Takita, Whitney |