**Subject:** Fw: Falls

**Date:**    Tuesday, February 3, 2026 at 3:57:40 PM Eastern Standard Time

**From:**    Fred Harran

**To:**      Tiffanie Benfer, Tracy P. Hunt

---

**From:** Lauren Gallagher <LGallagher@rudolphclarke.com>
**Sent:** Wednesday, February 15, 2023 7:16 PM
**To:** Fred Harran <fharran64@gmail.com>; Matthew Takita <m.takita@fallstwp.com>
**Cc:** Michael Clarke <MClarke@rudolphclarke.com>
**Subject:** RE: Falls

Fred,

Happy to set up a time to talk, just let me know your availability for the next few days and whether you'd prefer in person or Zoom.

Lauren A. Gallagher, Esquire  | Rudolph Clarke, LLC
Phone: 215.633.1890 |  Fax: 215.633.1830
www.rudolphclarke.com | E-mail: lgallagher@rudolphclarke.com

Bucks County Office: Seven Neshaminy Interplex | Suite 200 | Trevose, PA 19053
Montgomery County Office: 350 Sentry Parkway East | Building 630, Suite 110-A I Blue Bell, PA 19422
Delaware County Office:  10 Beatty Road | Suite 102 | Media, PA 19063 (by Appointment only)
Chester County Office: 101 Lindenwood Drive | Suite 225 | Malvern, PA 19355  (by Appointment only)
Burlington County Office: 10000 Lincoln Drive East | 1 Greentree Center | Suite 201 | Marlton, NJ 08053
 (by Appointment only)

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL.  IMPORTANT NOTICE TO EMAIL RECIPIENTS: DO NOT read, copy, or disseminate this communication unless you are the intended recipient.  Anyone who receives this email by error should treat it as confidential and is asked to delete the message, and immediately call Rudolph Clarke, LLC at 215.633.1890 or reply by email: lgallagher@rudolphclarke.com or by fax 215.633.1830.  This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.  Any reliance on the information contained in this correspondence by someone who has not entered into a fee agreement with Rudolph Clarke, LLC is taken at the reader's own risk.

-----Original Message-----
From: Fred Harran <fharran64@gmail.com>
Sent: Tuesday, February 14, 2023 2:55 PM
To: Matthew Takita <m.takita@fallstwp.com>; Lauren Gallagher <LGallagher@rudolphclarke.com>
Subject: Falls

Lauren, I spoke with Mat this morning and my understanding executive session was canceled. I was given

Exhibit 12                                            Harran_084    1 of 2

a video of some tape from with inside the building that shows Elmore in the building at 2:45 and again at 3:30 on the date of the canine training. I spoke with Nelson the other day and his story has changed a little bit, I think we should discuss this further before going to executive board

Sent from my iPhone

Exhibit 12                                                     Harran_085    2 of 2

**Subject:** Fw: Follow up
**Date:**    Tuesday, February 3, 2026 at 3:57:52 PM Eastern Standard Time
**From:**    Fred Harran
**To:**    Tiffanie Benfer, Tracy P. Hunt

---

**From:** Fred Harran <fharran64@gmail.com>
**Sent:** Saturday, March 11, 2023 11:16 AM
**To:** Matthew Takita <m.takita@fallstwp.com>; Lauren Gallagher <lgallagher@rudolphclarke.com>
**Subject:** Follow up

1. This week I received an update and what I believe is the final version from Nelson of the Falls Township Police department use a force policy 2–3.

It is my opinion this final policy is very good and up-to-date with current police issues and techniques. The policy is very similar to the one that I put into affect in Bensalem Township. Therefore, I am recommending that the board except his policy as written and presented.

2. I believe we spoke about the issue of lieutenants compensation in the new contract for being on call. Returning to the past, in Bensalem were compensated $150 a week for being on call. The compensation was done away with. Currently,  there is no compensation for attendance for on call. However, they are given Township vehicles to utilize. This includes the availability to use these vehicles for personal matters. As long as it does not involve any inappropriate activity like going to a bar or restaurant that serves alcohol, you cannot go to a state store or beer distributor or a gambling facility.

If, in fact, the tenant has to come in because of a crime scene or incident, I had allowed them in the past to take time off during the week, depending on the amount of hours a day actually worked during that on call. But simply being on call, did not give them any compensation.

If in fact, the Lieutenant has to come in because of a crime scene or incident, I had allowed them in the past to take time off during the week, depending on the amount of hours they actually worked during that on-call. But simply being on call, did not give them any compensation.

3. Regarding the canine investigation at this point, I've interviewed everybody but Officer Elmore. I wanted to interview him last and have not been able to connect with him. I am attempting to do that this week. I will give them more detailed report regarding this investigation, however, talking to Officer Fisher and Officer Linquist, it is my opinion that their interviews and reports are consistent with one another. The fact that there's 2 1/2 hours of missing time that day is  explained. They state they were at lunch long and discussing canine matters. This to some degree is a misuse of time, however this is common practice in policing and in Falls Township past practice.

These two officers have no prior discipline in their file at all for a long career. I felt that they were both forthright and honest in their answers, but of course, much time has passed.

 I do not believe an arbitrator would uphold any suspension for this incident a letter to be placed in their jackets, putting them on warning or canceling regarding long lunch, breaks, and potential miss use of time.  I do not believe an arbitrator would uphold any suspension for this incident a letter to be placed in their jackets, putting them on warning or canceling regarding long lunch, breaks and potential miss use of time. Chief Nelson Whitney has certainly changed the policy in Falls Township where training should be hour for hour and if officers are scheduled for an eight hour training day, they are to remain on location training.

I don't believe after the interview with Officer Elmore, anything will change regarding the canine incident.

4. I don't believe after the interview with Officer Elmore anything will change regarding the canine incident. I will still need to interview Officer Elmore regarding the canine  Incident and the  harassment

Exhibit 12                    Harran_082    1 of 2

complaint.

Sent from my iPhone

Exhibit 12                                                    Harran_083    2 of 2

**Subject:** Fw: Follow up
**Date:** Tuesday, February 3, 2026 at 3:57:38 PM Eastern Standard Time
**From:** Fred Harran
**To:** Tiffanie Benfer, Tracy P. Hunt

---

**From:** Fred Harran <fharran64@gmail.com>
**Sent:** Tuesday, March 14, 2023 5:59 PM
**To:** Lauren Gallagher <lgallagher@rudolphclarke.com>
**Cc:** Matthew Takita <m.takita@fallstwp.com>; Michael Clarke <MClarke@rudolphclarke.com>
**Subject:** Re: Follow up

I'm meeting with Elmore this Friday evidently he goes to rehab three days a week. He also thinks he's out on AOD status not because of administrative duty because of harassment complaint.
I interviewed both of the other guys in the canine issue. Their stories are consistent and they pretty much match Nelson's own reports. They have long careers with no discipline. Even if Wilcox had problems with them he never documented it therefore it doesn't exist. I do not believe an arbitrator would uphold even a two week or one week suspension. Did they abuse lunch? Yes is it common practice? Yes, is that the way it was done in Falls it appears so
They also both state that during lunch and after lunch, they continue to discuss canine policy and canine procedure. The only two that know that are those two it would be very hard to disprove
I don't think the interview with Elmore is going to change anything but I need to finalize that. I should have this all wrapped up by next week with a written report when I talk to Elmore on Friday I'll get a feeling for whether he knows that a harassment complaint was even filed against him at the very least the two officers should get some sort of letter in their jacket, putting them on warning regarding excessive use of lunchtime at least if they do it again, will have it documented. I don't believe we can give anything to Elmore for the canine use of time because he's back in the building at 3:36.

Sent from my iPhone


> On Mar 14, 2023, at 10:45 AM, Lauren Gallagher <lgallagher@rudolphclarke.com> wrote:
>
> Fred,
>
> Thank you for sending.  Regarding your summary on the canine incident, I just want to make sure that I understand your recommendation (and recognize that you haven't interviewed Elmore yet).  Are you recommending that a letter to be placed in their jackets, putting them on warning or canceling regarding long lunch, breaks and potential miss use of time, or are you saying that you don't think that an arbitrator would not uphold that kind of action as well?
>
> Thanks!
>
>
>
>
>
> Lauren A. Gallagher, Esquire  | Rudolph Clarke, LLC

Exhibit 12                                                          Harran_086    1 of 3

> Phone: 215.633.1890 |  Fax: 215.633.1830
> www.rudolphclarke.com | E-mail: lgallagher@rudolphclarke.com
>
> Bucks County Office: Seven Neshaminy Interplex | Suite 200 | Trevose, PA 19053
> Montgomery County Office: 350 Sentry Parkway East | Building 630, Suite 110-A I Blue Bell, PA 19422
> Delaware County Office:  10 Beatty Road | Suite 102 | Media, PA 19063 (by Appointment only)
> Chester County Office: 101 Lindenwood Drive | Suite 225 | Malvern, PA 19355  (by Appointment only)
> Burlington County Office: 10000 Lincoln Drive East | 1 Greentree Center | Suite 201 | Marlton, NJ 08053  (by Appointment only)
> THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL.  IMPORTANT NOTICE TO EMAIL RECIPIENTS: DO NOT read, copy, or disseminate this communication unless you are the intended recipient.  Anyone who receives this email by error should treat it as confidential and is asked to delete the message, and immediately call Rudolph Clarke, LLC at 215.633.1890 or reply by email: lgallagher@rudolphclarke.com or by fax 215.633.1830.  This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.  Any reliance on the information contained in this correspondence by someone who has not entered into a fee agreement with Rudolph Clarke, LLC is taken at the reader's own risk.
>
>
> -----Original Message-----
> From: Fred Harran <fharran64@gmail.com>
> Sent: Saturday, March 11, 2023 11:17 AM
> To: Matthew Takita <m.takita@fallstwp.com>; Lauren Gallagher <LGallagher@rudolphclarke.com>
> Subject: Follow up
>
> 1. This week I received an update and what I believe is the final version from Nelson of the Falls Township Police department use a force policy 2–3.
> It is my opinion this final policy is very good and up-to-date with current police issues and techniques. The policy is very similar to the one that I put into affect in Bensalem Township. Therefore, I am recommending that the board except his policy as written and presented.
> 2. I believe we spoke about the issue of lieutenants compensation in the new contract for being on call. Returning to the past, in Bensalem were compensated $150 a week for being on call. The compensation was done away with. Currently,  there is no compensation for attendance for on call. However, they are given Township vehicles to utilize. This includes the availability to use these vehicles for personal matters. As long as it does not involve any inappropriate activity like going to a bar or restaurant that serves alcohol, you cannot go to a state store or beer distributor or a gambling facility.
> If, in fact, the tenant has to come in because of a crime scene or incident, I had allowed them in the past to take time off during the week, depending on the amount of hours a day actually worked during that on call. But simply being on call, did not give them any compensation.
> If in fact, the Lieutenant has to come in because of a crime scene or incident, I had allowed them in the past to take time off during the week, depending on the amount of hours they actually worked during that on-call. But simply being on call, did not give them any compensation.
> 3. Regarding the canine investigation at this point, I've interviewed everybody but Officer Elmore. I wanted to interview him last and have not been able to connect with him. I am attempting to do that this week. I will give them more detailed report regarding this investigation, however, talking to Officer Fisher and Officer Linquist, it is my opinion that their interviews and reports are consistent with one another. The fact that there's 2 1/2 hours of missing time that day is  explained. They state they were at lunch long and discussing canine matters. This to some degree is a misuse of time, however this is

Exhibit 12

common practice in policing and in Falls Township past practice.

> These two officers have no prior discipline in their file at all for a long career. I felt that they were both forthright and honest in their answers, but of course, much time has passed.

> I do not believe an arbitrator would uphold any suspension for this incident a letter to be placed in their jackets, putting them on warning or canceling regarding long lunch, breaks, and potential miss use of time.  I do not believe an arbitrator would uphold any suspension for this incident a letter to be placed in their jackets, putting them on warning or canceling regarding long lunch, breaks and potential miss use of time. Chief Nelson Whitney has certainly changed the policy in Falls Township where training should be hour for hour and if officers are scheduled for an eight hour training day, they are to remain on location training.

> I don't believe after the interview with Officer Elmore, anything will change regarding the canine incident.

> 4. I don't believe after the interview with Officer Elmore anything will change regarding the canine incident. I will still need to interview Officer Elmore regarding the canine  Incident and the  harassment complaint.

>

> Sent from my iPhone

>

Exhibit 12                    Harran_088    3 of 3

Solutions 180, LLC

To: Matt Takita, Falls Township Manager
From: Fred Harran, Solutions 180, LLC
Date: April 5, 2023
RE: K9 Investigation 02.25.22

At your direction, I was requested to review the investigation and findings conducted by Chief Whitney regarding the misuse of time by Officers, Elmore, Lundquist, and Fisher of the Falls Township Police Department. This investigation by Chief Whitney was a result of the potential abuse of time and accusations regarding false statements made by the officers in an internal investigation regarding the incident of February 25, 2022.

During my investigation and review, I interviewed the following people, Chief Whitney, Lt. Ward, Sgt. Clark, Officers Reeves and Malkowski, Elmore, Lundquist, Fisher, and Tomcho.  I also reviewed numerous documents that were provided to me including internal investigations, video, memorandum, and audio and video tapes regarding this incident.

A summary of the fact are as follows, which I believe are not in dispute.  On February 25, 2022, Officers, Elmore, Lundquist, and Fisher attended K9 scent training with Bristol Township K9 Officers in Bristol Township.  Officers were to attend training for an 8-hour period.  It does appear that the officers were at training until about approximately 12:30pm at which time, the Falls Township Officers went to lunch.  These officers never returned to training in Bristol Township after lunch.  By the officer's own omission, the lunch was extended in nature for approximately an hour and a half, then Officers Lundquist and Fisher stated that they met with each other to review K9 procedures and other K9 issues for the remainder of the day, than left without coming back to headquarters.  Officer Elmore states that he went back to headquarters after lunch for an alleged meeting with Chief Whitney.  Further investigation revealed that Chief Whitney was not in the building at that date in time when Officer Elmore stated he was meeting with him.  Regardless of this inconsistent statement, Officer Elmore is seen on the internal cameras in the building at 3:36pm on that date in headquarters.

**Conclusion:**

Officer Elmore, regardless of who he was meeting with on February 25th, was in fact in the building and I do not believe he could be held responsible for any misuse of time.  Officer Lundquist and Fisher, in their long careers in Falls Township have no documented previous discipline.  Officer Lundquist and Fisher did in fact take a long lunch break, however whether they were discussing K9 issues and policy as part of their training day, cannot be sustained or unstained, both their statements are consistent.

It is common practice in the police environment, that when officers attend training and are finished training for the day, they are released with a full day's pay.  It has been my experience, that in this situation, officers may take extended lunches and often talk about training outside

Exhibit 14                                                                                     Harran_012

of the normal training arena.  I understand that in Falls Township, prior to Chief Whitney, the officers were held with minimal accountability with their use of time.  Moving forward, officers need to be made aware of the expectations regarding training days.  Although, according to Chief Whitney and Lt. Ward, Officers have been made aware, I believe an arbitrator would not uphold any discipline for these officers.

**<u>Recommendations:</u>**

Officer Lundquist and Fisher should receive a written reprimand for their misuse of time.  No recourse should be taken for Officer Elmore.

Exhibit 14                                                                 Harran_013

## Whitney, Nelson

| | |
|---|---|
| **From:** | Whitney, Nelson |
| **Sent:** | Friday, December 2, 2022 3:32 PM |
| **To:** | Elmore, Edward |
| **Cc:** | Sherryann McGovern |
| **Subject:** | Loudermill Hearing |
| **Attachments:** | K9 Unit Recommendations.pdf |

Please be advised:

Your Loudermill hearing for the above attached discipline recommendation is 9 December 2022 at 1500 hours.

If you wish to provide a written response to the recommendation, please email it to me in advance of the hearing.

Nelson E. Whitney, II
Chief of Police
Falls Township Police Department
188 Lincoln Highway
Fairless Hills, PA 19030
EMAIL: n.whitney@fallstwppd.com
OFFICE: (215) 949-9116



**PLEASE NOTE THAT MY EMAIL HAS CHANGED EFFECTIVE 5 OCTOBER 2021**

Exhibit 14

Defense 1014

 **Gmail**                                                                    Ed E <edinpa84@gmail.com>

---

## (no subject)
2 messages

---

**Ed E** <edinpa84@gmail.com>                                               Thu, Oct 27, 2022 at 2:39 PM
To: m.takita@fallstwp.com, r.dippolito@fallstwp.com

Mr. Takita
Mr Dippolito

I had hoped there would have been a chance to speak briefly after our contract meeting but the format and the flow of the day did not lend itself to that playing out. I was also running short on sleep and felt it better to leave things for another day.

I continue to hope to work together to find productive solutions while restoring our department to a place where we attract and retain good people. I wanted to be sure you understood how disheartening and disappointing it was on October 11 at the Pinto arbitration when your representation painted Nick as a liar and a thief and made it their focus to allude to him lacking ethics and integrity. I can't think of anyone more undeserving of these attacks made without any basis in facts than Nick Pinto. We can have a legitimate disagreement about the nuts and bolts of a contract issue while still being respectful and professional. These things do not happen in a vacuum and do have a very real impact on morale. These things also bleed out into the larger law enforcement community and can have an impact when we attempt to attract new hires.

This law enforcement community reached out to me after the township presented Sgt. Clark to testify against our members and Cpl Pinto. I was sent the judges decision (a public record) from a suppression hearing in a criminal case dated 7/5/22 where the case was thrown out after it was found Sgt. Clark had violated the defendant's constitutional rights with an illegal search and lied in court under oath to cover it up. I was there that day at this incident and would be happy to discuss it further with you regarding the concept of being a 'hunter', achieving the highest number of incarcerations and how that leads to this result.

With this in mind, and our current manpower crisis I feel it timely to ask if perhaps Officer Metterle's status needs to be reevaluated. Her arbitration was before my time as union president but I have read over the transcripts and the arbitrators decision. He took the time to make clear that his decision was not based on any findings consistent with a criminal hearing level 'beyond a reasonable doubt' but rather at a much lower level where he was compelled to find a balance between 2 sides and issue a fair decision. He also based his decision on information provided by Sgt. Clark. The optics of how hard the township is fighting to resist the arbitrator's decision is not great and lends to asking if she would have been treated differently if she was a 'hunter' in the chief's 'inner circle', if she was the lieutenant's nephew or if she were simply not 'she'. Someday if you have some time, I could fill you in on MIRT. It would likely bring you clarity on this particular issue.

Ed Elmore
PAFT president

---

📄 clark.pdf

Exhibit 15                                            Elmore_000024

# Falls Township Deserves Better

The Officers of the Falls Township Police Department and the residents of Falls Township have a right to a Police Department that is free of racism and sexism. The township has now effectively purged 75% of the female officers from its ranks and refuses to address deeply troubling racial incidents including:

Chief Whitney posing with George Flyod's convicted murder (Derek Chauvin) while on duty in uniform at the Black Lives Matter rally in Bristol: (scan for full photos)

 

Lieutenant Ward assaulting an African-American prisoner held in his custody in the police jail before sending him to prison for 'assaulting police': (scan for video)

 

Contact the Falls Township Board of Supervisors to tell them this is not acceptable in our community (contacts in link)



Exhibit 16



1:37 PM, Dec 4   PHOTO    —

11:24

## Falls Township deserve...   ⌄    Done

### Falls Township Deserves Better

The Officers of the Falls Township Police Department and the residents of Falls Township have a right to a Police Department that is free of racism and sexism. The township has now effectively purged 75% of the female officers from its ranks and refuses to address deeply troubling racial incidents including

Chief Whitney posing with George Floyd's convicted murder (Derek Chauvin) while on duty in uniform at the Black Lives Matter rally in Bristol (scan for full photos)



Lieutenant Ward assaulting an African American prisoner held in his custody in the police jail before sending him to prison for assaulting police (scan for video)



Contact the Falls Township Board of Supervisors to tell them this is not acceptable in our community (contacts in link)



Defense 0026

Exhibit 16

**Subject:** Fwd: harassment / retaliation

**Date:** Wednesday, December 7, 2022 at 11:07:10 AM Eastern Standard Time

**From:** Matthew Takita on behalf of Matthew Takita

**To:** Michael Clarke, Lauren Gallagher, Hearn, Thomas, Schnecker, Aimee, Atkins, Melissa

**Attachments:** Memo to Elmore - 6 Dec 22.pdf, Elmore Memo - 5 Dec 2022.pdf

Sent from my Verizon, Samsung Galaxy smartphone

Get Outlook for Android

---

**From:** Ed E <edinpa84@gmail.com>

**Sent:** Wednesday, December 7, 2022 10:45:34 AM

**To:** Matthew Takita <m.takita@fallstwp.com>; Rich Dippolito <r.dippolito@fallstwp.com>; Jeff Dence <j.dence@fallstwp.com>

**Subject:** harassment / retaliation

Dear sirs,

I wanted to bring this to your attention immediately. I will be following up with Mr. Cook today. The chief of police for Falls Township has just ordered me, in his official capacity, to "Cease and Desist" my activities as PAFT union president. Specifically, he has threatened to terminate me for meeting with union members, advocating for union members subject to discipline, challenging the credibility of administration involved in discipline and addressing deeply troubling issues with racism and sexism within our department and how that has affected our members and our working conditions.

Chief Whitney has ordered my silence and directed me to remove accurate information he objects by disabling information sharing links and returning incriminating video to him by noon today. I have complied with his orders to the extent that I can. The links have been disabled. There is however no physical video to return to him, that's not how the internet works. I will address the lawfulness of the orders in the future.

Ed Elmore

PAFT President.

Exhibit 17                                                          Harran_060        1 of 1

**Subject:** Solutions 180 Documents ref Edward Elmore per Subpoena

**Date:** Tuesday, February 3, 2026 at 3:58:12 PM Eastern Standard Time

**From:** Fred Harran

**To:** Tiffanie Benfer, Tracy P. Hunt

**Attachments:** Elmore Harrassment.docx, Memo to Ms. Atkins 05.24.23.docx, 20230120113150169.pdf, K9 Training Investigation 02.2022.docx, K9 Investigation Summary.docx, Falls - Recommendation for Elmore - 1-26-23.docx

Exhibit 17                                                    Harran_061     1 of 1

| | |
|---|---|
| **Subject:** | Fw: Documents |
| **Date:** | Tuesday, February 3, 2026 at 3:58:01 PM Eastern Standard Time |
| **From:** | Fred Harran |
| **To:** | Tiffanie Benfer, Tracy P. Hunt |
| **Attachments:** | image001.jpg, ATT00001.htm, image002.png, ATT00002.htm, image003.png, ATT00003.htm, image004.png, ATT00004.htm, Fwd: harassment / retaliation.eml, ATT00005.htm, FW: Responses to allegations.eml, ATT00006.htm, Investigation Report re PAFT Allegations against Chief Whitney.pdf, ATT00007.htm, Falls Township Board of Supervisors_.pdf, ATT00008.htm, Elmore Memo - 30 Nov 22.pdf, ATT00009.htm, 20221209164413917.pdf, ATT00010.htm, Lt.Ward-Memo RE Harassment and Rleated Concerns 12-5-2022.pdf, ATT00011.htm, Harassment and Related Concerns-From Officer Tomcho 12-7-2022.pdf, ATT00012.htm, Elmore Memo - 30 Nov 22.pdf, ATT00013.htm, Personal Statement from Officer Daniel Matkowski.pdf, ATT00014.htm, 20221123162059306.pdf, ATT00015.htm, Memo From Sgt. Clark 12-8-2022.pdf, ATT00016.htm, Final CBA - for approval (01413126xC305A).docx, ATT00017.htm, IMG_1728001.jpg, ATT00018.htm |

---

**From:** Fred Harran <fharran64@gmail.com>
**Sent:** Monday, December 19, 2022 10:58 AM
**To:** Fred A. Harran <faharran@buckscounty.org>
**Subject:** Fwd: Documents


Sent from my iPhone


Begin forwarded message:


> **From:** Lauren Gallagher <lgallagher@rudolphclarke.com>
> **Date:** December 16, 2022 at 3:50:38 PM EST
> **To:** fharran64@gmail.com
> **Cc:** m.takita@fallstwp.com
> **Subject: Documents**


Fred,

I'm going to try to send this in as few emails as possible, but I wanted to start getting these documents over to you to review in advance of Tuesday.  Below is the list of documents, so if you do not receive any of these by the end of the evening, please let me know and I'll resend.  Thanks, and happy reading!

· PAFT CBA (note that this is the unsigned version, I will explain on Tuesday, but we do not have a signed version yet, though it expires at the end of the month).
· Campbell Durrant report dated August 16, 2022
· No confidence letter, May 3, 2022
· Harassment complaints
  o Henry Ward – November 21, 2022, November 30, 2022; December 5, 2022; December 9, 2022
  o Whitney – November 30, 2022
  o Reeves – December 7, 2022
  o Tomcho – December 7, 2022
· Harassment statements
  o Clark – December 8, 2022

Exhibit 18                    Harran_080    1 of 2

- o Matkowski – December 8, 2022
- o Elmore – December 7, 2022
· K9 grievance file
  - o Ward investigation report – March 29, 2022
  - o Brady-Giglio Determination – August 17, 2022
  - o Whitney memos – December 5, 2022, December 6, 2022
  - o Elmore response – December 9, 2022
· Packet of documents circulated by Elmore (begins with email dated 1/14/20)
· Paper with QR codes
· Copy of video of Kenneth Blake incident  (Matt will supply a thumb drive with this video)
· Blake incident report (Matt will forward)

Exhibit 18                                          Harran_081    2 of 2

Solutions 180, LLC

To: Matt Takita, Falls Township Manager
From: Fred Harran, Solutions 180, LLC
Date: April 5, 2023
RE: K9 Investigation 02.25.22

At your direction, I was requested to review the investigation and findings conducted by Chief Whitney regarding the misuse of time by Officers, Elmore, Lundquist, and Fisher of the Falls Township Police Department. This investigation by Chief Whitney was a result of the potential abuse of time and accusations regarding false statements made by the officers in an internal investigation regarding the incident of February 25, 2022.

During my investigation and review, I interviewed the following people, Chief Whitney, Lt. Ward, Sgt. Clark, Officers Reeves and Malkowski, Elmore, Lundquist, Fisher, and Tomcho.  I also reviewed numerous documents that were provided to me including internal investigations, video, memorandum, and audio and video tapes regarding this incident.

A summary of the fact are as follows, which I believe are not in dispute.  On February 25, 2022, Officers, Elmore, Lundquist, and Fisher attended K9 scent training with Bristol Township K9 Officers in Bristol Township.  Officers were to attend training for an 8-hour period.  It does appear that the officers were at training until about approximately 12:30pm at which time, the Falls Township Officers went to lunch.  These officers never returned to training in Bristol Township after lunch.  By the officer's own omission, the lunch was extended in nature for approximately an hour and a half, then Officers Lundquist and Fisher stated that they met with each other to review K9 procedures and other K9 issues for the remainder of the day, than left without coming back to headquarters.  Officer Elmore states that he went back to headquarters after lunch for an alleged meeting with Chief Whitney.  Further investigation revealed that Chief Whitney was not in the building at that date in time when Officer Elmore stated he was meeting with him.  Regardless of this inconsistent statement, Officer Elmore is seen on the internal cameras in the building at 3:36pm on that date in headquarters.

**Conclusion:**

Officer Elmore, regardless of who he was meeting with on February 25th, was in fact in the building and I do not believe he could be held responsible for any misuse of time.  Officer Lundquist and Fisher, in their long careers in Falls Township have no documented previous discipline.  Officer Lundquist and Fisher did in fact take a long lunch break, however whether they were discussing K9 issues and policy as part of their training day, cannot be sustained or unstained, both their statements are consistent.

It is common practice in the police environment, that when officers attend training and are finished training for the day, they are released with a full day's pay.  It has been my experience, that in this situation, officers may take extended lunches and often talk about training outside

Exhibit 19                                                                                          Harran_012

of the normal training arena.  I understand that in Falls Township, prior to Chief Whitney, the officers were held with minimal accountability with their use of time.  Moving forward, officers need to be made aware of the expectations regarding training days.  Although, according to Chief Whitney and Lt. Ward, Officers have been made aware, I believe an arbitrator would not uphold any discipline for these officers.

**<u>Recommendations:</u>**

Officer Lundquist and Fisher should receive a written reprimand for their misuse of time.  No recourse should be taken for Officer Elmore.

Exhibit 19

Harran_013

Solutions 180, LLC

To: Matt Takita, Falls Township Manager
From: Fred Harran, Solutions 180, LLC
Date: April 26, 2023
RE: K9 Investigation of 02-25-2022 Summarization

The following is a summarization of the investigation I conducted regarding the K9 training incident of 02-25-2023. This involves Officers Elmore, Lundquist, and Fisher.

Officer Fisher was interviewed on March 3, 2023.
Officer Lundquist was interviewed on March 9, 2023.
Officer Elmore was interviewed on March 17, 2023

The following summarizes Officers Lundquist and Fisher's interviews.  Their statements are similar and consistent with the reports I reviewed. They stated that in July of 2021, Lt. Ward stated that K9 training will be 8 hours.

On 02-25-2022, they were scheduled for K9 scent training with county detectives from 0700-1500 hours.
At 0700 hours, they arrived at Bristol Township Police Department.
At 0900 hours, they arrived at Thiokol (county training location).

Both officers stated that they left for lunch after their dogs completed their training at approximately 1238 hours.  Both admitted, they took a longer lunch until approximately 1430 hours.  However, after lunch, they had parked at the Bristol Township Headquarters and discussed work and K9 issues until approximately 1500 hours.
Note: There is no way to disprove this statement.
Both Officers stated that they knew there was GPS in their vehicles.

The Officers also stated that this was common practice during training and that there were no issues with K9 training between July 2021 until February 2022.

Statement by Officer Elmore.
Officer Elmore stated he arrived at Bristol Township Headquarter at approximately 0800 hours and then proceeded to Thiokol for training.  He then left for lunch between 1230 and 1245, however after lunch he then went back to Falls Township Headquarters and stated that he wanted to meet with Chief Whitney.  He stated that he did go into the Chief's office to meet with him.  It should be noted that Chief Whitney was not in the building at that time.  A review of the camera system within the building showed that Officer Elmore was in the building at 1536 hours, however it appeared he went into a different office.  He further stated that he was in the building until approximately 1800 hours.

Exhibit 20                                                                                          Harran_072

This concludes the summarization of my notes regarding the interviews of these three officers.

Please refer to my memo sent to you on April 5, 2023, regarding K9 investigation.

Exhibit 20

Harran_073

Solutions 180, LLC

To: Melissa Atkins, Falls Township Counsel
From: Fred Harran, Solutions 180, LLC
Date: May 24, 2023
RE: Elmore Post Psychological Evaluation/Harassment


As per Township Manager, Matthew Takita, I have been asked to provide you with an opinion and a conclusion regarding the complaint lodged again Officer Elmore regarding harassment.  I have not seen either a written, or been provided with a oral summary of the psychological evaluation for Officer Elmore that I recommended.  I have been told by the Township Manager, that the police psychologist stated that Officer Elmore can return to full duty.

Pending no further information, Officer Elmore may have violated the following policy under the Falls Township Police Department Policy 2.8.1 disciplines, sub-section conducting unbecoming an officer, section 103.150, releasing police information or policy without authorization, acting in the capacity, or speaking for the department or the Chief.  The first offense for the violation is reprimand to 5 days suspension.

However, before I can recommend any further discipline or action regarding the harassment, I would need to know the content of the psychologist report and any findings he may have had regarding Officer Elmore. As stated in my memo dated April 5, 2023, to Township Manager, Matthew Takita, officer Elmore appeared to be remorseful regarding his conduct involving the video and flyer of Chief Whitney.  It is that action that I would recommend discipline for his violation of section 103.150.

I would suggest that we meet and discuss either my phone, zoom, or in person regarding this matter so that a conclusion can be had.

Exhibit 21                                                                     Harran_003

| | |
|---|---|
| **Date:** | Wed, 31 May 2023 7:42:11 AM -0400 |
| **Subject:** | Fwd: Elmore |
| **From:** | Matthew Takita |
| **To:** | Fred Harran <fharran64@gmail.com>; |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg |

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Atkins, Melissa <melissa.atkins@obermayer.com>
**Sent:** Tuesday, May 30, 2023 9:26:11 PM
**To:** Matthew Takita <m.takita@fallstwp.com>
**Cc:** Hearn, Thomas <Thomas.Hearn@obermayer.com>
**Subject:** Elmore

Matt,

Based on Fred's report, it appears that he is leaving it up to you to determine discipline. With that said, the contract does not distinguish the investigations, therefore all investigations need to be completed within 90 days. So, the timeline may be blown on this one, if Elmore was not advised the investigation would take longer. Lastly, did Fred review the Township's Handbook and the anti-harassment policy?


**OBERMAYER**
*Looking forward. Thinking ahead.*
🐦 (in) (f)

**Melissa K. Atkins, Esq.**
**Partner- Labor and Employment Department**
**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3146 tel | 215.665.3165 fax
melissa.atkins@obermayer.com | www.obermayer.com

Exhibit 21

DEF_ESI_08124



# PERFORMANCE EVALUATION
## *POLICE OFFICER*
### APPENDIX A

| EMPLOYEE: last name, first name, middle initial<br>Elmore, Edward | BADGE #:<br>084 | EMPLOYEE RANK/POSITION<br>Police Officer | DATE OF HIRE: dd/mm/yr<br>13/01/2000 | Years of Service:<br>23 |
|---|---|---|---|---|
| EVALUATION PURPOSE: ■ Annual ☐ Probationary ☐ Rater Change ☐ Assignment Change | RATING PERIOD | FROM 09 / 01 / 2023 | TO 01 / 01 / 2023 | ASSIGNMENT/DIVISION Patrol |

| NAME OF RATER (IMMEDIATE SUPERVISOR):<br>Sgt. A. Fanelli | RATER SIGNATURE: | DATE: 4/19/23 |
|---|---|---|
| NAME OF SENIOR RATER (LIEUTENANT): | SENIOR RATER SIGNATURE: | DATE: |
| NAME OF REVIEWER (CHIEF OF POLICE): | REVIEWER SIGNATURE: | DATE: |

PERFORMANCE CATEGORY and OVERALL ANNUAL RATINGS-Assign a rating for each criteria standard within a performance and for the overall category rating; overall ratings are determined by quantity of measurement standards earned for the descriptors within the category.

**EXCEEDS EXPECTATIONS [EE]:** Consistently accomplishes assigned tasks and demonstrates specific competencies needed for the criteria standard above the expectations of the supervisor. **Point Allocation=3**

**MEETS EXPECTATIONS [ME]:** Consistently accomplishes assigned tasks and demonstrates specific competencies needed for the criteria standard at the expectations of the supervisor. **Point Allocation=2**

**NEEDS IMPROVEMENT [NI]:** Inconsistently accomplishes assigned tasks or fails to demonstrate specific competency for the criteria standard.    **Point Allocation=1**

**UNSATISFACTORY [U]:** Consistently fails to accomplish assigned tasks and/or fails to demonstrate specific competency for the criteria standard. **Point Allocation =0**

| Category | Criteria | EE | ME | NI | U |
|---|---|---|---|---|---|
| **I. WORKPLACE QUALITIES** | a. Adheres to appearance, grooming and dress guidelines | ■EE | ☐ME | ☐NI | ☐U |
| | b. Timeliness/Dependability | ■EE | ☐ME | ☐NI | ☐U |
| | c. Duty, care and proficient use of equipment | ■EE | ☐ME | ☐NI | ☐U |
| | d. Commitment to self-Improvement/officer proficiency requirements | ■EE | ☐ME | ☐NI | ☐U |
| **II. Job Competencies** | a. Effectively communicates in written and oral form | ■EE | ☐ME | ☐NI | ☐U |
| | b. Maintains proper self-control in all situations | ■EE | ☐ME | ☐NI | ☐U |
| | c. Exercises safe vehicle operation | ■EE | ☐ME | ☐NI | ☐U |
| | d. Employs proper application and use of force | ■EE | ☐ME | ☐NI | ☐U |
| | e. Compliance and Proficiency of department policies, procedures and directives | ■EE | ☐ME | ☐NI | ☐U |
| | f. Knowledge of Criminal Law, Case Law, Rules of Criminal Procedure | ■EE | ☐ME | ☐NI | ☐U |
| | g. Knowledge of Motor Vehicle Law | ■EE | ☐ME | ☐NI | ☐U |
| | h. Knowledge of local ordinance | ■EE | ☐ME | ☐NI | ☐U |
| | i. Knowledge of local geography | ■EE | ☐ME | ☐NI | ☐U |
| | j. Effectively utilizes available investigative databases | ☐EE | ■ME | ☐NI | ☐U |
| | | ☐EE | ☐ME | ☐NI | ☐U |
| | | ☐EE | ☐ME | ☐NI | ☐U |
| **III. PERFORMANCE** | a. Engages in self-initiated activity/targeted enforcement | ☐EE | ■ME | ☐NI | ☐U |
| | b. Effectively engages in problem solving with minimal supervision | ■EE | ☐ME | ☐NI | ☐U |
| | c. Exhausts all available investigative leads | ☐EE | ■ME | ☐NI | ☐U |
| | d. Performs all aspects listed within job description | ■EE | ☐ME | ☐NI | ☐U |
| | e. Effectively employs sound interview and interrogation techniques | ☐EE | ■ME | ☐NI | ☐U |
| | f. Commits to extra duty & special assignments | ■EE | ☐ME | ☐NI | ☐U |
| | g. Engages in officer safety practices | ■EE | ☐ME | ☐NI | ☐U |
| | h. Adheres to case management, documentation and submission requirements | ☐EE | ■ME | ☐NI | ☐U |
| | i. Engages in sound evidence preservation, collection and documentation practices | ☐EE | ■ME | ☐NI | ☐U |
| | j. Exercises good judgment/discretion in enforcement | ■EE | ☐ME | ☐NI | ☐U |
| | | ☐EE | ☐ME | ☐NI | ☐U |
| | | ☐EE | ☐ME | ☐NI | ☐U |
| **IV. HUMAN RELATIONS** | a. Committed to the vision, mission and goals of the organization | ☐EE | ■ME | ☐NI | ☐U |
| | b. Exudes tactful, courteous, professional demeanor with citizens and detainees alike | ☐EE | ■ME | ☐NI | ☐U |
| | c. Fosters positive relationships with co-workers, Township staff & Criminal Justice Community | ■EE | ☐ME | ☐NI | ☐U |
| | d. Embodies Community Policing/Victim Advocacy | ☐EE | ■ME | ☐NI | ☐U |
| | e. Demonstrates leadership & team-building skills | ■EE | ☐ME | ☐NI | ☐U |
| | f. Accepts feedback and supervisory instruction | ■EE | ☐ME | ☐NI | ☐U |

| V. PERSONAL QUALITIES | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Positive Attitude | 1 | Fair judgement | 1 | Rater shall strike out any scoring point for any quality not exhibited during the rating period. | X 3 = | X2 = | X1 = |
| | Loyal to Organization | 1 | Civic Minded | 1 | | | | |
| | Accepts Responsibility | 1 | Self-Confident | 1 | | | | |
| | Self-Motivated | 1 | Self-Discipline | 1 | | | | |
| | Efficient | 1 | Command Presence | 1 | | | | |

Exhibit 22                                        Elmore_000051

Falls Township Police Department
General Order 2.4.16
Page 2

| Appraisal Scoring Range | | | | Overall Numerical Performance Score | |
|---|---|---|---|---|---|
| 80-100 Exceptional   73-79 Good   68-72 Satisfactory   60-67 Needs Improvement   0-59 Unsatisfactory | | | | 90 | |

| Pistol Score | | Rifle Score | | Total Calls | 0 | Total Traffic Stops | 0 |
|---|---|---|---|---|---|---|---|
| Plt. Avg. Score | 240.5 | Plt. Avg Score | | Plt. Average | 142 | Plt. Average | 32 |
| Dept. Avg. Score | 241 | Dept. Avg. Score | | Division Average | 145 | Division Average | 14 |
| Total Tr Citations | 0 | Total Arrests | 0 | Total Nt Citations | 0 | Total Sick Leave (Hrs.) | 0 |
| Plt. Average | 22 | Plt. Average | 8 | Plt. Average | 2 | Plt. Average | 35 |
| Division Average | 13 | Division Average | 6 | Division Average | 2 | Division Average | 72 |

**ADDITIONAL DUTIES AND ASSIGNMENTS:**

K9, SWAT, Less Lethal Instructor, Armorer

**PRINCIPAL STRENGTHS OF EMPLOYEE:**

P/O Elmore has excellent critical thinking skills.

**PRINCIPAL WEAKNESS(ES) OF EMPLOYEE/AREAS FOR IMPROVEMENTS:**

**ACTION PLAN FOR EMPLOYEE:**

**EMPLOYEE COMMENTS:**

I hereby acknowledge that I have read and have been provided with a copy of the performance evaluation. I've had the opportunity to discuss the evaluation with my raters and understand that I may offer further comment in the Employee Comment section of this form prior to final signature by the Reviewer.

Employee Signature: _____   Date: _____

Original-Records (Employee Performance Evaluation Folder) Copy-Employee

Exhibit 22

Elmore_000052