Page 1

EXAMINATION UNDER OATH

OF

EDWARD ELMORE

taken pursuant to Notice by Ethan Reese, a Court Reporter and Notary Public in and for the Commonwealth of Pennsylvania, at the Falls Township Police Department, 188 Lincoln Highway, Fairless Hills, Pennsylvania, on Friday, September 8, 2023, beginning at 7:16 a.m.

Draft Only

Any reproduction of this transcript is prohibited without authorization by the certifying agency.

Exhibi 41



Obermayer 0078

A P P E A R A N C E S

CHARLES SHUTE, JR., ESQUIRE

Obermayer Rebmann Maxwell & Hippell, LLP

Centre Square

1500 Market Street

Suite 3400W

Philadelphia, PA  19102

    COUNSEL FOR FALLS TOWNSHIP

Exhibi 41



Obermayer 0079

Page 3

I N D E X

WITNESS: EDWARD ELMORE

EXAMINATION

    By Attorney Shute                                    6 - 63

CERTIFICATE                                                    64

Exhibi 41



**Obermayer 0080**

Page 4

EXHIBIT PAGE

                                              PAGE

NUMBER              DESCRIPTION        IDENTIFIED

E1                  Email Screenshots       9

E2                  Letter                 35

E3                  Scoring Sheet          55

Exhibi 41



**Obermayer 0081**

Page 5

OBJECTION PAGE

ATTORNEY                                                    PAGE

NONE MADE

Draft Only

Exhibi 41



Obermayer 0082

Page 6

P R O C E E D I N G S

------------------------------------------------------------

EDWARD ELMORE,

CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

FOLLOWS:

---

EXAMINATION

---

BY ATTORNEY SHUTE:

Q. Good morning, Officer Elmore.  I know we
introduced ourselves off the record, but just so we
can do it again.  I'm Charlie Shute.  I'm an attorney
with the law firm of Obermayer, Rebmann, Maxwell, and
Hippell.

Just so we have it on the record, do you mind
stating and spelling your name for the court reporter,
please?

A. First name Edward, last name Elmore, E-L-M-O-R-E.

Q. Appreciate it.

Have you ever been deposed before or had an
interview taken with a court reporter present?

A. Yes.

Q. Okay.

So you know the basic background rules.  The

Exhibi 41



Obermayer 0083

Page 7

court reporter is going to be taking everything down, so we need to speak a little bit slower so he can try to keep up.  I'm sure he'll tell us if we're speaking too quickly or not.  We need to try not to interrupt each other.  It's natural that that's going to happen, but I will wait --- I will wait until you finish the answer to my question until I ask the next one.  And if you can please just wait until I finish my question before you answer it.  We'll have a cleaner transcript.

The last thing is that the court reporter can't take --- take down head nods, so I just might remind you to say yes or no.  I'm not trying to be rude.  I just need to make the court reporter's job as easy as possible.

All good?

A. Understood.

Q. Okay.

So the other thing I need to talk to you about is that I represent Falls Township.  That's my client here.  I'm not your personal attorney.  So although Falls Township is my client, what we talk --- what we talk about here today is confidential and privileged.  So I ask that you keep this interview confidential.

A. Okay.

Exhibi 41



Obermayer 0084

Page 8

Q. Since I represent Falls Township, Falls Township may decide to waive that privilege in the future, in which case the substance of today's interview would no longer be privileged or confidential.

Do you understand?

A. Okay.

Q. Any questions about any of that?

A. No.

Q. Okay.

The other thing I just want to remind you about is that no one's going to be retaliating against you or no one should be retaliating against you for participating in today's interview.

Do you understand that too?

A. In principle, sure.

Q. Fair.

So what's your understanding of the purpose of today's interview?

A. My understanding is that this would be some sort of a follow up to a previous report of discrimination in our hiring practices in Falls Township.

Q. Okay.

Specifically related to hiring?

A. That's my understanding ---

Q. Okay.

Exhibi 41



**Obermayer 0085**

Page 9

A. unless there's more that ---.

Q. Okay.

Well, here, I'll just --- just make it a little

easier.  I'll just put this email in front of you and

see if you remember the substance of it.  Just let me

know when you've had a chance to review that, please.

A. I do recall.

Q. Okay.

You can hang on to that for now.

ATTORNEY SHUTE:

I'll just mark that as Exhibit 1, if we

can.

---

(Whereupon, Exhibit E1, Email

Screenshots, was marked for

identification.)

---

BY ATTORNEY SHUTE:

Q. So we're going to go through it in detail a

little bit later.  I just want to clarify that the

only thing that we're investigating here today, the

purpose of this interview is the hiring procedure ---

A. Okay.

Q. --- because there's other allegations in there,

as I'm sure you're aware.  Now, you mentioned that you

Exhibi  41



Obermayer 0086

Page 10

came to Mr. Takita and Mr. Dippolito, I hope I'm pronouncing that right, he prior year.

A. Yes.

Q. Do you recall when about that was? If you have an exact date, that's great, but if you don't, ballpark is fine.

A. I can get it for you. I initially met with both Takita and Dippolito on October 6th of 2022 at 9:30 in the morning.

Q. So that's the first time you made that allegation to those two?

A. Yes.

Q. So nothing prior to that?

A. Not that I recall, and certainly not formally looked at. No.

Q. Okay.

And then the allegation in there obviously involves Sergeant Clark, who's now Lieutenant Clark. Correct?

A. Yes.

Q. And can you tell me when you were first directed by Lieutenant Clark to avoid hiring female candidates, or that the plan was to avoid hiring female candidates?

A. The date, no. I can put it in context for you.

Exhibi 41



Obermayer 0087

Q. Sure.

A. It's when I was first invited to participate in the oral board for new hires.  I was at headquarters. He pulled me aside, said I need to talk to you. Initially, I thought I had done something wrong or was in trouble.  Then said I'd like you to be a part of the oral boards for new hires.  The previous officer that had been involved, Jaeger, had retired.  Chris informed me that Yeager's role in the oral boards was, I guess, to create friction, be somewhat argumentative, try to drive the scenarios, you know, rather than just agreeing with the answers, trying to get more of a deeper context.

Q. For lack of better phrasing, he was the bad cop as opposed to the good cop in the interviews?

A. In a way.  Sure, I guess if you want to use that, you know, common vernacular.  Chris said to me specifically that his intention was to go back to a previous list, that they had exhausted the higher scoring candidates, and they were going to go down to lower scoring candidates.  Specifically the purpose of that was he was concerned that we had a lot of openings, that the next list coming up would have too many female candidates that scored too highly on the score from the county consortium, and that it would be

Exhibi 41



Obermayer 0088

Page 12

too hard to skip over them without it making look obvious.  Specifically, our intent was to find one or two or three male candidates from the old previous list that were going down and had lower scores for.  Specifically so that if we could get some guys filling some seats we would be dodging a bullet.

Q. Okay.

So when were you first invited to sit to the oral boards?  If you can ballpark that for me.

A. I would have to research it.  I could tell you specifically the list we were going back over, the candidate that we did find from it was Mr. Edmund.  So if you could figure out the date that Mr. Edmund passed the oral interview it would be slightly before that.

Q. That so if it was Officer Jaeger who retired and you replaced, do you remember when Officer? --- was it officer?

A. Yeah.  I --- and I would be guessing, which I don't want to do.

Q. So do you know if it was in 2021?

A. Again, I don't want to guess.  I don't want to be inaccurate.

Q. Okay.

So I don't want you to guess at anything.  I

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0089

Page 13

should have told you that from the get go, but I would

appreciate if you can give me an estimate.

A. I'd say somewhere between two years ago, going

back to maybe three, three and a half years ago.

Q. So it could be ---

A. An average.

Q. --- anywhere between mid-2019 and mid-2021?

A. Yeah.  I would say that would be a fair estimate.

Again, I could probably research and find an actual

date, but I don't have that handy.

Q. Do you happen to remember which year of the

hiring cycle this was?

A. I'm sorry?

Q. Do you guys --- do you guys operate on hiring

cycles here?

A. There's consortium tests ---

Q. Sure.

A. --- which the --- the county does everybody at

once.  So this was a list where we came up Edmund off

of it.

Q. Okay.

So I have as last hire as February 18th, 2020.

Matthew Shannon, Dan Matkowski and Robert Goodwin were

hired.  Those names ring bells?

A. Yeah, that was before my time.

Exhibi 41



Obermayer 0090

Page 14

Q. Okay.

How about Michael Mraw?

A. Before my time.

Q. Collins?

A. No.

Q. Stecklair.

A. We did Stecklair, but before Stecklair was Edmund and TJ.  They since left.  They didn't stay.  They went back to Philadelphia.

Q. So Stecklair is the first time you were involved?

A. No.  I was involved with Stecklair.  But before Stecklair was Edmund and then TJ.  They were hired, but they both went back to Philadelphia.  Edmund ---.

Q. Okay.

A. Edmund was one cycle.  TJ was another cycle.

Q. So --- so Clark would have said --- it's Lieutenant Clark excuse me, would have said this to you before Dean Stecklair was hired?

A. I was --- participating in Dean's interview.  Yes.

Q. And that would mean that --- I'm sorry, I don't mean to parse words here, but that would have meant that whatever Lieutenant Clark said to you he would have said to you before Officer Stecklair.

A. Oh, yes.  Yes.



Obermayer 0091

Q. Okay.  All right.

So we can come back to that.  I just want to kind of switch gears now and get some background about you just so I kind of know who I'm talking to.

How long have you been a police officer?

A. Twenty-three (23) and --- almost 24 years.  Twenty-three (23) years.

Q. Okay.

And then how long have you been with Falls Township?

A. The entire time.

Q. The entire time.  Got you.

And then can you just give me a brief background of what positions you've held with the department?

A. I'm a patrolman.  And here I am.

Q. So a career long patrolman.

A. That's it.

Q. Got you.  Okay.

Obviously I know the answer to this, but have you ever had any involvement in the hiring process?

A. Obviously.  The --- the interview portion, yes ---

Q. Okay.

A. --- we're discussing now.

Q. So that's the extent of your involvement?  You've

Exhibi 41


MAGNA
LEGAL SERVICES

Obermayer 0092

interviewed people?

A. Yes.  I can't recall anything else ---

Q. Okay.

A. --- that I would have been involved in.

Q. All right.

And that's the oral boards?

A. Yes.

Q. What they're referred to.

And is that where three of you interview someone simultaneously?

A. Yes, it's a three-person panel.  Usually an hour interview.

Q. Is there any particular way that panel is usually made up of --- made up?

A. My understanding was it was typically sergeants or above.  Obviously, I came to learn that Jaeger had been involved in it.  He was a patrolman.  Again, he has a unique personality, so I understand his context in that.  And it sort of almost made sense why I was being asked to replace that individual.  But still, I found it, you know, surprising as a patrolman that I would be involved in hiring.

Q. Surprising in a good, bad way?

A. A good way.  I mean, it was obviously, you know, a --- almost flattering in a way, but certainly senior

Exhibi 41



Obermayer 0093

Page 17

people to me that would have --- more obvious picks.

Q. And then sorry if I already asked this, but it was Sergeant Clark that asked you to be involved?

A. Yes.

Q. Okay.

So as part of your involvement did you make recommendations or decisions on who actually got hired?

A. The way he had structured it was that if one person objected to them they would not move on. It wasn't a majority rule situation. So my understanding from the beginning was he had effectively vetoed all the females before they would even show up. We did discuss other candidates, some, to my surprise, how they played out, but we did discuss candidates in a roundabout way. Yes.

Q. So you said Sergeant Clark vetoed all the females effectively before they showed up.

What makes you say that?

A. It was my understanding when he asked me to participate that we were not hiring females. We were specifically going to great lengths to avoid hiring females. And his concern was, again, that too many females would score too high on the upcoming lists, which would make it very difficult to skip them all

Exhibi 41



Obermayer 0094

Page 18

without making it look obvious.  So his intent to me was very clear that we were not intending to hire any females, and we were going to go through great lengths to avoid that.

Q. Did he ever explicitly tell you that he was going to veto any female that interviewed?

A. He said it was a one-person veto, and then he set those parameters and then set his over --- you know, his objectives to me.  So it was clear to me that was the structure that we were going through.

Q. Was he the one that actually vetoed all the female applicants?

A. Again, before they even walked in the room it was understood that we wouldn't be hiring.

Q. Sure, I get that.  But after there's --- the interview you do your scores.  And then I would assume at that --- assume at that point.

A. We actually didn't do the scores after the interviews.  We could take some notes, but we couldn't do any scores.  We had to wait until everything was done, and then we had to meet with Chris, and then we would go through them and effectively decide the scores based upon who was going to be approved to move on.  So all the scores were done well after the fact.

Q. Okay.

Exhibi 41



Obermayer 0095

Page 19

But someone at that point would have to say, I'm vetoing this person, or words to that effect. Correct?

A. I don't know if the word veto ever had to be used. Chris was pretty much running the show, and he would effectively or explicitly say, I think this guy is a good candidate to move on. And if he didn't want them to move on they weren't moving on.

Q. So I'm just using the word veto as a placeholder.

A. Okay.

Q. Someone had to convey the sentiment that they didn't want this person to move on.

A. Yeah. Usually it was Chris that would, after the interviews were done. He would start out with how he felt it went, whether they were a suitable candidate or not. And then he was very upfront about, you know, who would or who wouldn't be. And again, when the females came in, there really wasn't any discussion about them because it was already understood that we weren't going to move on.

Q. So it's --- so what you're telling me is that if a female came in for an interview it was already predetermined ---

A. Yes.

Q. --- that that person would not move on?

Exhibi 41



Obermayer 0096

Page 20

A. Yes.

Q. And that's not something that was ever explicitly told to you other than what Sergeant Clark told you when you joined the team handling the oral interviews.

A. Yes, but like I said, when he invited me to be part of that it was --- there was no misunderstanding that that was the purpose moving forward with the interviews, that we wouldn't be hiring females and we'd be going through great lengths to avoid that as far as going back to an older list of people that they wouldn't otherwise entertain.

Q. Were there ever any females that were hired when you were handling these interviews?

A. No.

Q. Do you have any recollection of how many females actually interview?

A. I know of two that we rejected that have been hired elsewhere.  I know there was at least one or two, maybe three others that I don't know what ever happened with them, so I'm guessing ---  you know, I'm hesitant to guess, but I would say somewhere between four to five, maybe six total.

Q. So in the, we'll call it --- you were on the oral review board for two years, you had maybe four to five applicants that you interviewed?

Exhibi 41



Obermayer 0097

Page 21

A. No, no, no.  Female ones that ---.

Q. Right.

Could you give me an estimate of how many male applicants you interviewed?

A. It was, I believe, maybe 12 to 16 per cycle, ballpark.  There was the initial one with the lower scores we went back to, and I think two others after that; cycles.  One or two.  I believe two.  Maybe 30ish ballpark, 40ish total.

Q. As compared to four to five female applicants total during that time?

A. In that pool.

Q. Okay.

A. There may have been more.  Again ---.

Q. Understood.

Q. So who else was on this board with?

A. With you when I did it Anthony.  And you met him downstairs.

Q. Sergeant Fanelli?

A. Yes.

Q. And so from what you're telling me, it might not have been explicitly stated, but Sergeant Clark would be the one who decided who moved on?

A. Yes.  He ran it, he organized it, he kept the notes.  He decided when we would grade them.  Again, I

Exhibi 41



Obermayer 0098

Page 22

was the junior man there so ---.

Q. Was there ever a situation where someone other than Sergeant Clark vetoed an applicant?  And I keep using that word, but ---.

A. There was one where both myself and Anthony argued against Chris.  He was very enthusiastic about him, but some of the things he said were incredibly concerning as far as like criminal activity.

Q. Do you recall who this person was?

A. I don't want to guess the name, but he was working for the county at the time.  He had come down to do some classes when went to the new MDT program. I'm blanking out on the name, but he was the only guy from the county that ran the MDT stuff.  I think he went into some like computer hacking stuff or maybe credit card fraud.  Chris thought he was a great fit.  Anthony and I were stunned at that.  And vehemently, like you can't be serious, and you can't, you know, overlook all that stuff you went through.  We should probably be making a criminal referrals on --- versus hiring him.

Q. Okay.

But that's the only time you can think of where someone other than Sergeant Clark was the one doing the vetoing?

Exhibi 41



Obermayer 0099

Page 23

A. Advocated against a candidate.  Yeah.

Q. Well, not just advocated against.  I thought that what you told me, if one person said we don't want to move on with this person that's it.

A. Yes, that was the framework.  Again, usually as soon as it was done, Chris would start off what he thought about the candidate and whether he thought they should move on or not. And then like, you know, we have a conversation, but we already knew which direction, except for that one guy.  Chris really liked him, and Anthony and I were shocked.

Q. Sure.

A. And we expressed that.  So that was the only time that we actually went against what Chris was lining up for us.

Q. So every other time you just went with whatever Sergeant Clark was recommending?

A. Yeah.  Yes.

Q. And then who ---?

A. There's ---.

Q. I'm sorry.

A. There is one that he didn't want that were both shocked by because we thought he did extremely well. He was a African American candidate.  He was working middle --- not Middletown, Morrisville at the time.

Exhibi 41



Obermayer 0100

Page 24

He's subsequently been hired by either Lower Mayfield or Upper Mayfield.  His name was Nagel.  I didn't know that we wouldn't be entertaining African American candidates either.  I think both I and Sergeant Fanelli thought he had a phenomenal interview, and we're actually excited by it.  And then Chris shot that one down, vehemently rejected that one.

Q. Do you recall who was hired instead?

A. I don't know which cycle Nagle was in.  You'd have to look at --- if I had the list, I could go through the list and see where he --- which group he was in and figure out who we hired off that group.

Q. Okay.

You mentioned something in passing there about not realizing you weren't hiring African Americans either.

What did you mean by that?

A. Well, obviously when Nagel interviewed, again, I thought he did probably one of the best interviews that we had amongst all the candidates.  He worked in Morrisville, which is, you know, a tougher town to work in.  There's usually only two people working.  So you're usually doing most it by yourself.  Had a great background in like either a fire or EMS.  He had stuff he had done in Princeton.  Even working in

Exhibi 41



Obermayer 0101

Page 25

Morrisville, he had a great outlook on it; doing police work.  We even had a conversation.  We have right now one African American officer in our department, Officer Caesar, who's retiring soon.  And I said to Chris, you know, this would be a great opportunity to have a new Caesar, effectively.  We're losing our only African American officer, and here's another guy that would be a great fit, but Chris was vehemently against him.  So he didn't want ---.

Q. Understood.

And you would need to see the list to tell me who was actually hired in ---?

A. And hired off that.  Yeah.

Q. Okay.

Who ultimately decides who to hire.

A. Who to get hired?  From my understanding, I was a part of the process, but if Chris gave them the green light, they would have an interview with the chief, and then I believe it would be the chief's recommendation.  Again, I wasn't part of that, so ---

Q. Okay.

A. --- that's just what I understand.

Q. And that ultimately goes through the township after that?

A. He would make a recommendation to the board and

Exhibi 41



Obermayer 0102

Page 26

then whatever process they have.  I don't know if they have another interview.  I don't know.  It's ---.

Q. But as far as the police department is concerned, the buck would stop with the chief?

A. Oh, I don't know.  I don't know their structure up there.  I don't know if they conference or if they have another interview.  I don't know.

Q. Got you.

So you're talking about Chief Whitney.

Correct?

A. Yes.

Q. When did he become the chief?

A. Twenty (20) --- again, I don't want to guess.  He was acting chief for a while then he was officially promoted.

Q. Late 2020 maybe?

A. He could be.

Q. Okay.

Any thoughts about his hiring?  Personal thoughts?

Q. Or professional?  Preferably professional, but I'll take both.

A. I know he was the only person that the township entertained effectively.  I know that the position only opened the application process to him and

Exhibi 41


MAGNA
LEGAL SERVICES

Obermayer 0103

Page 27

Lieutenant Ward.  Lieutenant Ward.  It was a ---

Lieutenant Ward.  He's not here anymore.

Q. Understood.

Any other thoughts on him?  I understand there's

a wide range of thoughts about his hiring.

A. There is, but again, if we're talking about this,

then I don't know how far down field you want to get.

Q. Whatever you think is relevant.

A. To the hiring?

Q. What's the allegation?

A. Yeah.  I don't know what role he played.  And

obviously, if Chris was set up to be the one running

the interviews, I'm sure he must have had some

interactions with being chosen or with recommending.

Again, that went beyond me.  I was ---.

Q. Sergeant Clark was promoted to lieutenant by

Chief Whitney.

A. Yes.

Q. Okay.

A. Subsequently afterwards.  Recently.

Q. And then --- so I guess in the chain of command

in terms of hiring, it would go from Lieutenant Clark

to Chief Whitney.

A. At the time it was, when I was participating,

Sergeant Clark.  I don't know if anybody else was

Exhibi 41



Obermayer 0104

Page 28

intermediary in there.

Q. Do you have any idea if Chief Whitney was involved in setting hiring practices or policies?

A. Oh, I have no idea.  I didn't interact with him in that.

Q. No idea if you set the agenda?

A. I don't know.  I didn't interact with him in that context.

Q. Okay.

Would it be fair to say that you don't support Chief Whitney as chief?

A. It'd probably be fair to say.  I have concerns and some history.

Q. Are there people that do?

A. I'm sure.

Q. Do you have any idea if it's a 50/50 split among the department?

A. Well, there was a vote in no confidence, and it was an 83 percent against.

Q. Were you always sort of against Chief Whitney being the chief, or was there something that precipitated that?

A. Not always.  I really didn't know him well when he became chief, even though he had been here for a long time.  Never had many interactions with him.

Exhibi 41



Obermayer 0105

Page 29

Q. Is there a specific event that kind of led you to change your opinion?

A. Declining morale would probably be the ---.

Q. Is that about it?

A. To change it?  Probably that was, yeah, the beginning of it; the overall morale.

Q. Okay.
And when would you say the morale started to shift?

A. Shortly after he became chief.

Q. Okay.
So it wasn't long before you started to disapprove of him as chief?

A. I was disappointed.  Yeah.

Q. All right.
I understand that he recommended some discipline for you too.
Correct?

A. Oh, yeah, he did.  Sure.

Q. Can we kind of go through that relatively quickly?  When's the first time he recommended discipline for you?

A. I'm trying to think of when I got that notice. It would have been last year, November, December.

Q. Was that about the K-9 training?

Exhibi 41



Obermayer 0106

Page 30

A. It was.

Q. Okay.

Can you kind of just --- I don't want to dive into the details of that too deeply, but can you kind of briefly tell me what happened there?

A. Well, in the context ---

Q. Sure.

A. --- I had recently been elected as the union president. I had an initial meeting with the chief. I'm guessing he had anticipated I would be more on board with what he wanted to do rather than advocating for the union members. My concern was violating due process rights with union members. A concern I raised with them was a lot of internal investigations, like a prolific amount, which had people walking on eggshells. He told me that some of the people have EEOC complaints against him, and he had to make it look like he was being fair. I was shocked by this. Shortly after, I was warned by Hank that the chief had a list of people he was after, and anybody who got in his way was going to be collateral damage. Shortly after that we were accused of either not attending training or not training enough, and that became a open investigation that they held probably for seven months, eight months, basically, throughout



Obermayer 0107

Page 31

the term of my being the new president.

Q. Okay.

So I want to go back to one thing you mentioned.

So this --- was this when you were on the oral review board at this point?

A. No, this was after.

Q. This was after you --- when were --- this was after you had stopped being on the oral board?

A. Yes.

Q. I want to go back to when Chief Whitney first became the chief.

Were you on the oral review board then?

A. I would have to line up the timelines.  I don't want to guess as to whether he was --- I would --- yeah, I don't want to guess.

Q. Okay.

A. I would assume chief, but I don't want to guess at it.

Q. Were you on the oral review boards before you became the union president?

A. Yes.

Q. Okay.

So when you met with the chief when you became the union president you would have been on the oral review boards at that point?

Exhibi 41



Obermayer 0108

Page 32

A. No, I was not on the boards when I was union president.  We did the interviews.  Actually had a shooting I was involved in, which is right at two years now.  That was it.  Then I became the union president a couple of months after that.  So that was for the last calendar year.

Q. So you had already completed your service on the review boards?

A. Oh, yeah.  Yeah, yeah, yeah.

Q. When you --- then you became the union president?

A. Yes.

Q. And you had this meeting with Chief Whitney?

A. Yes.  And then the K-9 stuff came up.

Q. Sure.

So Chief Whitney mentioned that he had a bunch of EEOC complaints against him personally at that point.

A. Yes.

Q. Correct?

Did you mention to him that Sergeant Clark had said that he wanted to avoid hiring women in the interview process at that point?

A. I don't know that that came up in that conversation.

Q. Did you bring it up?

A. I don't recall bringing it up with him.  We were

Exhibi 41



Obermayer 0109

Page 33

talking about due process rights.  We were talking about the internals and he had that

Q. And EEOC complaints came up.  Correct?

A. Well, he --- yeah, he mentioned that.  Yes.

Q. And if a female feels like she's been discriminated against in the hiring process she can go file an EEOC complaint.  Correct?

A. Well, hiring or some other aspect.  Sure.

Q. Sure.  Did you --- is there a particular reason you didn't bring that up with the chief at that point?

A. Not a particular reason, no.

Q. So there's no reason?  It just didn't come up?

A. It wasn't what I had gone to talk to him about.  No.

Q. Oh, I understand that.  But the topic of EEOC complaints came up even though it wasn't what you intended to talk about.  Correct?

A. Yes.

Q. Do you think that that information would have been something the chief would have wanted to know about at that point?

Exhibi 41



**Obermayer 0110**

A. No.

Q. Okay.

So back to the discipline.

Did the chief ever make a recommendation of what should happen to you?

A. Hank did.  I believe Hank did the memo.

Q. When you say Hank, is that ---

A. Hank Ward.

Q. --- Lieutenant Ward?

A. Yes.

Q. Okay.

And do you know if Lieutenant Ward made that recommendation at the behest of the chief?

A. I would assume so.

Q. Okay.

Do you recall when you were first made aware of that recommendation?

A. I don't remember when I got the memo.  No.

Q. Can you ballpark it for me?

A. I wouldn't want to guess.

Q. Oh, no.  I don't want you to either, but if you can estimate.

Was it in the winter?  Was it in the spring?

A. I don't want to guess.  I don't want to ballpark it for you.

Exhibi 41



Obermayer 0111

Page 35

Q. So you can't --- okay.  So you can't ---.

A. I'm sure it is recorded somewhere.  If I went, I could find, you know, the actual ---

Q. Sure.

A. --- record of it.  So I don't want to ---.

Q. Okay.  That's fine.

And again, I don't need a specific date.  I'm just looking for a rough estimate.

A. Yeah.

Q. Like you could probably tell me this table is 18 feet long, maybe, but wouldn't hold you to it.  But if you can't do that without completely guessing, that's totally fine.  So you mentioned a vote of no confidence.

Do you remember when that letter was written?

A. It would be in April of last year.

Q. End of April?

A. Yes.  It was somewhere towards the end of April.

Q. Okay.

I'm going to mark this as Exhibit 2.

                        ---

(Whereupon, Exhibit E-2, Letter, was marked for identification.)

                        ---

BY ATTORNEY SHUTE:

Exhibi 41



Obermayer 0112

Page 36

Q. Is this the letter you're talking about?  Please just take a look at it and let me know when you've had a chance to review it.

A. April 20th meeting.  Yeah, it looks like it.

Q. Okay.

So it's fair to say that the meeting happened after April --- the letter was written after April 20th?

A. Yes.

Q. And you were at least one of the authors of that letter.

Correct?

A. Yes.

Q. Were there any other authors?

A. I worked back And forth with Sergeant Ray Fanelli to put everything together, and then our union attorney had made some recommendations for some things in it.

Q. Again, I don't want to get into --- well, not again.  I don't want to get into any conversations you can have with an attorney, so please don't think I'm asking about those conversations.

So the letter doesn't make any sort of a claim of discriminatory hiring practices.

Correct?

Exhibi 41



Obermayer 0113

Page 37

A. Correct.

Q. But it does mention issues in terms of retaining and getting new talent.

Correct?

A. Yes.  We were very short-staffed.

Q. Specifically --- I forget where the paragraph is. So it's the third paragraph on the second page.  It says between planned or mandated retirements, the inability to hire new members, and the indication of newer officers to seek employment in a less dysfunctional department, we could find --- we could very well find ourselves at a point of complete collapse and unable to provide basic law enforcement services to the citizens within Falls Township.

Is there any reason that this letter did not mention the hiring practices you claim you were exposed to?

A. No.

Q. So there's no reason one way or the other why that wasn't mentioned in there?

A. No.

Q. Do you think that would have been relevant to mention too?

A. Perhaps.

Q. Sure.

Exhibi 41



Obermayer 0114

Page 38

Because if you're having a tough time hiring people in general and there's an unspoken or I guess not an unspoken, but hush-hush policy of we're not hiring women, that would also impact your inability to hire people.

Correct?

A. Oh, it certainly did.

Q. Sure.

Are there any other reasons you think that the township was having a difficult time hiring people?

A. What do you mean other reasons?

Q. Besides your contention that women are being discriminated against during the hiring process, besides there being a dysfunctional department?  I guess those are the words you used.

A. I mean, this was referencing people that we actually did hire that left again.

Q. Well, it talks about your inability to hire new members too.

A. Sure.  Yeah.

Q. Yeah.  So that's what I'm getting at.

Do you think there are any other reasons that they're making it tough for the township, or at least at this point, they're making it tough for the township to hire new people?

Exhibi 41



Obermayer 0115

A. I think the law enforcement community in general kind of --- I guess people involved in it would understand what's going on in other places and people talk to each other.  So I don't know that with our situation at that time that Falls was appealing to even attract people.

Q. So are you suggesting that people were hearing on the grapevine not to come here?

A. Or there's better options or perhaps if you have a choice between a couple departments, you would not pick this one.

Q. Does it pay less than other departments?

A. I don't know.

Q. Are there any --- well, why would you --- why would people want to pick a different department then?

A. Morale, working conditions.  If you're investing in, you know, a potential 20 to 30-year career you're probably picky or selective if you can be with where you would want to go.

Q. Okay.
You told me earlier that you interviewed, I guess it was probably close to 50 people combined ---

A. No.

Q. --- on the oral boards.  That was an estimate.
I'm not going to hold you to that number, obviously.

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0116

Page 40

A. Yeah.

Q. Is that low?

A. It seemed low.  I know when I got hired, I tested back in 1997, I believe we had like 1,000 people apply just for Falls Township.  Obviously a different world back then, but that was 1,000 applicants for here. Certainly we don't have that anymore, but I think our testing groups were, you know, 12 to 16 maybe.

Q. Do you know how long it had been at roughly those numbers?

A. I don't know.

Q. Okay.

Let's see.  So the letter describes the hiring process as rigorous too.

Do you recall what you meant by that?

A. People had to go through, you know, several steps of the process to get hired.  They would have to apply to the consortium.  You'd have to take the test, you'd have to do well.  You'd have to fill out applications. You'd have to get your application approved. Obviously there's the interview portion, other interviews that may have came afterwards that I'm not involved in, background checks.  It's a lot to go through to walk away from a job.

Q. Recruits are carefully scrutinized, it'd be fair

Exhibi 41



Obermayer 0117

Page 41

to say?

A. Sure.

Q. Okay.

And before we continue with this, I wanted to go
back to the disciplinary recommendation.

Whatever happened with that?  How did it end up?

A. Well, one day after we started collecting votes
for that vote, the chief asked to have myself and the
other K-9 officers investigated by the DA's office.
That was subsequently cleared.  They found nothing
wrong with our training.  The township never bothered
to tell us about that, though.  We had to find out
about that third-hand down the road.  Subsequently the
township, I guess, finished their investigation.  They
recommended that no discipline be imposed for any of
that and just cleared of it all.

Q. Okay.

So you said you were cleared of it all?

A. Cleared by the DA's office, unbeknownst to us,
and then cleared by the township as well.  Yes.

Q. Understood.

Going back to the vote of no confidence.  I
assume there was an investigation into that.

A. There was.

Q. Were you interviewed?

Exhibi 41



Obermayer 0118

Page 42

A. I was.

Q. And did you make any mention of this hiring practice you were informed of by Sergeant Clark during that investigation?

A. I don't remember.

Q. So it's possible you did?

A. I don't remember.

Q. Do you remember what the results of the investigation were?

A. I was never given the results, but I know that the final end result was the township chose not to do anything.

Q. Okay.

And then after that, I'm assuming your disapproval, we'll call it, of the chief continued.

A. I mean, nothing had changed.

Q. Were there some other instances where you expressed your disapproval of the chief?

A. You're talking about conversations with other union members or ---?

Q. More like demonstrative.

A. Oh, yeah.  Yeah.

Q. Can you tell me what those were?

A. We were discussing getting into the other aspects as far as the history in Falls Township and what had

Exhibi 41



Obermayer 0119

Page 43

been going on with racial issues and discriminatory issues.  He actually suspended me for it, so yeah.

Q. Is that the t-shirt incident?

A. The t-shirt was part of it.  Yeah.

Q. Can you tell me what the t-shirt was?

A. The chief had come down to a detail we were doing in Bristol Borough.  It was a Black Lives Matter rally, and he had been posing next to a picture of Derek Chauvin, the convicted murderer of George Floyd, basically mirroring his mug shot for the different officers down there.  I asked him if he wanted to see for himself.  He did.  So I took a picture of him as he was posing next to the screen of the shot and showed it to him.  And then I had a picture of that on my phone for a time after that.  That subsequently became the image on the t-shirt, the image he posed for.

Q. And then I know there was something about a QR code.

A. We had prepared a flyer that would have been the topic of the December union meeting about the different issues, realizing that there's probably a lot of people that weren't versed in all of it, and that was going to be a conversation we were going to have in December, but I was suspended, so he stopped

Exhibi 41


MAGNA
LEGAL SERVICES

Obermayer 0120

Page 44

me from having that conversation.  Yes.

Q.  Understood.

Can you recall of any complaint of unlawful

behavior that you might have made, such as

discriminatory hiring practices or anything like that,

before you were given that notice of recommendation of

termination.

A.  From December?

Q.  I think you got that in roughly April of 2022.

It was before the no confidence letter from what I

understand.

A.  I don't think we got anything until after he was

back.  Again, I had heard that he had a list of people

he wanted to fire.  I don't know if we got anything

official.

Q.  What about unofficially?

A.  Unofficially, I mean, we had heard that he had

--- you know, initially I knew he had a list of about

five, and then I think the list grew to about nine.

Q.  Did you think you were on the list?

A.  I expected.  Yeah.

Q.  Okay.

So I guess I'll rephrase the question, but before

you suspected you were on this list, had you ever made

a complaint of what you believed to be unlawful

Exhibi 41



Obermayer 0121

Page 45

behavior, such as the hiring practices we're discussing right now?

A. They were in October when we had the meeting with the township manager.

Q. That was in October of 2022. Correct?

A. Yes.  Yes.

Q. This would have been earlier, though, I'm talking about.

A. Yes.

Q. So what complaint would that have been then?

A. I'm sorry?

Q. I'm asking if at any point prior to the time you thought you were on the chief's list, so to speak, had you made a complaint of unlawful behavior ---?

A. With the hiring?  I don't ---.

Q. Or at all.

A. Like a formal --- no, I don't know.  It's a really big timeframe.

Q. It is.  So if you happen to think of it, just let me know, but we can move on for time's sake.

A. I know we had discussed when Hank beat the guy in the jail cell.  I don't remember when I raised that with the township.  Hank Ward had beaten an African American prisoner in their jail cell, then sent him to

Exhibi 41



Obermayer 0122

Page 46

prison on charges of assaulting the police that didn't happen. That was mentioned a few times, I'm sure, pretty early on in reference to Hank's credibility, basically a Brady rebuttal.

Q. Sure. I guess that might be a little bit different. I'm talking about --- because this complaint in the email, it's more of what you call a whistleblower complaint.

Correct?

A. I guess, you know, for ---.

Q. So are there any complaints like that you can think of that predated you receiving any sort of notice that you were on this list, so to speak?

A. I know the Hank incident was always a topic. I don't know where we went with it, though. I know there was always a rejection with whenever Hank was doing an investigation as far as him making recommendations against officers. I don't know when the first time it would have come up to him.

Q. Okay.

So we can move back to this email you wrote. I kind of went --- we've gone through a lot of it already, so this might be a little bit quicker than I anticipated.

A. Okay.

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0123

Page 47

Q. So I just kind of want to go by it line by line. Having been directed by then Sergeant Clark, that it was our goal to avoid having to hire any female applicants.

Have you already told me everything you mean by that in your prior explanations?

A. I think we covered most of it where we discussed where he had asked me to be part of the board.  I know there was additional conversation with, what was her name, Cindy --- Cindy Herr.  Chris was specifically concerned about her.  She had a really impressive resume.  She was since hired by Bensalem and the FBI. She had come to our headquarters before the interview to educate us on a lot of --- like the COVID issues. And I knew Chris was concerned that she had --- she could reach out to the chief and he didn't know if he'd be able to stop her from getting hired or if she'd be able to get around, you know, getting the chief to reconsider.

Q. Did she have any law enforcement experience when she interviewed?

A. I don't think law enforcement.  Her perspective was a lot of medical.  I know that she was doing something with the county, and that was the context. She came down for like hazmat --- not hazmat,

Exhibi 41



Obermayer 0124

Page 48

protective equipment for COVID exposure,
resuscitation ---.

Q. She'd never been a police officer before is what
I'm getting at

A. No.

Q. Okay.
Are you aware of what happened to her application
in terms of moving on or not moving on?

A. Oh, she didn't move on.

Q. Do you know why?

A. Again, it was understood that no females were
going to move on.  I understand that she never made it
past our interview.  She got hired with Bensalem at
some point, and then she moved on to the FBI.

Q. Do you know if she was disqualified from
candidacy?

A. I don't know.

Q. Okay.
So as far as you know, you interviewed her, you
thought she would have been a great candidate, and
then she did not move on.

A. Yeah, she had an impressive resume.  She was
qualified, but she didn't move on.

Q. So you don't necessarily have to have any law
enforcement experience to be qualified?

Exhibi 41



Obermayer 0125

Page 49

A. For Falls Township?

Q. Sure.

A. No.

Q. You mean for Falls Township?  Would that necessarily be the case elsewhere?

A. I don't know.

Q. Okay.

A. I don't know what other hiring ---.

Q. Do you know who they hired instead, if anyone?

A. If I'm recalling correctly --- again, I'm hazarding a guess but ---

Q. That's fine.

A. --- if I knew the list she was on I could tell you who you did hire off of it.  Again, Edmund was the first one.

Q. I have the cycle being November 23rd, 2020 through January 31st, 2021.

A. Do you have the names?

Q. Got Kyle Arias, Timothy Bishop, David Bunk, Tyler Camp, Robert Covely, Breanna Dieter, David Edmund.

A. Okay, Edmund.  We hired Edmund --- that would probably be the list that we went back with the lower scoring group, the initial one that we were looking for guys to fill seats to dodge the bullet.

Q. And then I got Ferrara, Gaffney, Herr, Samantha

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0126

Page 50

Hoffman, Kirchenbauer, Jessica Kovacs, john Laurendau, John Lucas, Ryan Maloney, Michael Mataki, Sean McPhillips, Daniel Orth, Alyssa Preston, Patrick Robinstein, Caitlin Roth, James Ralph, Gregory Schintototh and Darren Zipkovich.

A. If Edmond was on the list, we hired him.  I think he was our first one.

Q. Okay.

Do you recall whether he had law enforcement experience?

A. Edmund?  Edmund came from Philadelphia.

Q. Okay.

A. Edmund and then Bishop was on that list.  I think we hired him the next round, and then Edmund and Bishop both went back to Philadelphia.

Q. Understood.

But all things being equal, Edmund was also a qualified candidate there.

Correct?

A. He interviewed both well, yeah.

Q. Well, he had law enforcement experience.  I assume he was rated highly by all of you.

A. Again, we were basically basing it off the interview.  I guess the people on the list had already been picked as being --- scoring high enough to

Exhibi 41



Obermayer 0127

Page 51

qualify for the interview, and then our job was to interview.

Q. Sure.

So when Sergeant Clark told you about what the deal was in terms of hiring and avoiding hiring women, was there anyone else that was in the room when he told you that?

A. It wasn't a room.  It was a hallway outside of the detectives.

Q. So was anyone else in the hallway?

A. I couldn't tell you.

Q. Did he intend only to speak to you?

A. It seemed like it.  Yeah.

Q. Okay.

A. He pulled me aside.  Again, I initially thought I had done something wrong the way you started out the conversation, but ---.

Q. Did he ever mention that plan in front of anybody else that you know of?

A. Oh, I don't know.

Q. Okay.

So the next line we go through is I detailed how I was recruited to be a part of the interview process by Sergeant Clark and how applicant evaluation forms were created to provide the desired results.

Exhibi 41



Obermayer 0128

Page 52

A. Yes.

Q. Can you tell me what you meant by the application forms?

A. We did not grade anybody during their interviews or after their interviews. We had to wait until the end, and then we would meet back with Chris in his office, and Chris would go through who it was, his thoughts, if they were moving on or not, and then we would create scores to have that happen.

Q. And that would have been you, Clark ---

A. Anthony ---.

Q. --- and Fanelli?

A. Yes. Effectively, we would be given a number, but don't use that number. Use something close to that number. This was --- that was the first round of evaluation forms. Later on, Chris had us come back to his office. He said that the evaluation forms we created wouldn't hold up in court. He had spoken with somebody, I think, in Montgomery County. He said that they would need a grading scale on them to show what the different numbers are. So like is one good or bad? Is ten good or bad? What's mediocre? So we had all the forms we had created initially, and then we had to create new forms to basically replace them. Again, it didn't even matter if the numbers were the

Exhibi 41



Obermayer 0129

Page 53

same.  It's just, you know, make sure the outcomes are the same.  That's what really actually bothered me. Having spoken with some of the females down the road I believe those new forms were created --- were turned in as discovery evidence for an existing case.

Q. What sort of an existing case?

A. EEOC cases.

Q. Sure.

But like what's involved in the EEOC case?

A. I don't --- I don't know.  Apparently something with hiring was an issue.  That was something that they had included as a complaint.

Q. Do you know who had the EEOC complaints out?

A. I know definitely Vicki Crosier, and I believe Cathy Coffman was involved with it too.

Q. So those are two people that had already been hired by Falls Township.

A. Are current employees.  Yes.

Q. They're current employees?

A. Yes.

Q. What makes you think that a current employee would have brought an issue up about hiring in her EEOC complaint?

A. Just basically discrimination in Falls Township. How they're treated, and they included, I guess, as an

Exhibi 41



Obermayer 0130

Page 54

example of that, not hiring females.

Q. You haven't seen the EEOC complaints yourself. Right?

A. No.  But after having spoken with her, I was --- it went from going a hypothetical we might need this in court to almost certainly he had us make new evidence to turn in for discovery for a current case.

Q. Do you think that --- and when we say he, you mean Sergeant Clark?

A. Yes.

Q. Would not have turned in the original ---.

A. Well, I don't know.  But I have grave concerns that he had us manufacture new forms for that purpose. So --- and now put it on me.

Q. And then who --- who did you speak to about her EEOC complaint?

A. The Victoria Crosier.

Q. All right. And then do you have any idea what specifically was changed about these forms to achieve the desired result, so to speak?

A. Again, the originals had no grading scale on them.  We had to come back and redo all of them with a grading scale.

Q. So I can just put one in front of you as an

Exhibi 41



Obermayer 0131

Page 55

example.  I guess this would be Exhibit 3.

---

(Whereupon, Exhibit E3, Scoring Sheet,

was marked for identification.)

---

BY ATTORNEY SHUTE:

Q. It's a scoring sheet from March 8th of 2021.
Is this one of the old ones you're talking about?

A. Yeah, with a grading scale.  This is the new one.

Q. So when did these changes go into effect then, I
guess, is a better question?

A. When did you have us make these changes?  I
believe it was on August 27, 2021.  Chris had told me
to meet him and Tony in his office.  And this was a
Friday that I was working at noon, which fits with
what I would remember, and it was two days before ---.

Q. So that one predates it, though.

A. Huh?

Q. The one I just showed you, Exhibit 3, it predates
what you're telling me.

A. 3/8/21.  That's what I mean.  We went back and
got all the old ones and made them look like this.

Q. Oh.
So you're telling me that you went back and got
old forms and changed them?

Exhibi 41



Obermayer 0132

Page 56

A. We got all the original evaluations we did and made new ones that look like this.

Q. Okay.

So for interviews that had already happened?

A. Oh, yeah.  Yeah.

Q. Okay.

A. Then two days later I had a shooting.  I was out for a bunch of months but ---.

Q. So what you're telling me is that --- that's fake, essentially?

A. Basically.  Yeah.

Q. Okay.

And you followed through with that?  You did what you were told?

A. Oh, yeah.

Q. Is there any reason you didn't raise an issue then?

A. Perhaps I was naive, but I was understanding that this was a hypothetical future.  We might need to use this at some point.  And it's not uncommon for your sergeant to say, you know, fix your paperwork.

Q. Fix your paperwork and replace it with different paperwork are different things though.

A. I mean, forms and stuff it's ---.

Q. But that's not the context of what's happening

Exhibi 41



Obermayer 0133

Page 57

here.

A. With this, I know for sure --- with the clarity and hindsight, yeah, I absolutely believe that this was done for things that were already planned to be turned in.

Q. So you knew you were participating in a cover up at that point?

A. At this point, no, not when we did it.

Q. But I --- and correct me if I'm wrong, didn't you tell me that Sergeant Clark said that you needed to create new forms that would hold up in court?

A. Yes.

Q. And then he told you to go replace the old scores with new scores.

A. Yeah.  Make a new paper ---

Q. Right.

A. --- to replace the old paper.

Q. Right.

So that's more than just fixing it.

Correct?  That's replacing it with a completely different document.

A. Oh, it is.  Yeah.  Totally.  We made new forms for it.  Yeah.

Q. Did you think that was okay at that point?

A. I didn't have the same concerns.  No.

Exhibi 41



Obermayer 0134

Page 58

Q. Even though you had been told at that point that the goal was not to hire women and you were being told, we have EEOC complaints and we need to go back and change these documents to make sure they hold up in court?

A. Well, being told about the EEOC complaints was when I was union president.  That was after I was involved in the hire.

Q. Are we talking about different EEOC complaints here then?

A. With the conversation where the chief told me that there's EEOC complaints against him?

Q. No, I'm talking about when Sergeant Clark had to go recreate these forms.  That was in August of '21 you're telling me right now.

A. To the best that I can figure, that was the date.  Yes.

Q. And he said that was because there were EEOC complaints that were out?

A. No.

Q. No.

A. He just said that the forms we used didn't have a grading scale and they wouldn't hold up in court.  But everything we do is geared towards eventually reaching court.

Exhibi 41



Obermayer 0135

Page 59

Q. Sure.

But, I mean, would you do the same thing with a criminal report?

A. I mean, it's almost common.  Like, if you do a search warrant, you'd send the DA's office and they would tell you to change things or add things or, you know, things that need to be different.  So, I mean, it's not uncommon.

Q. But not after you've already executed the search warrant.

Correct?

A. Oh, no.  No, but part of the process.  There's --- there's you're often kicked back paperwork that ---.

Q. Sure, but this is kind of like altering the search warrant after you've already executed it.

Right?  You're changing the evaluation score after you've already conducted the interview.

A. Well, we didn't even do these during the interview.

Q. There were no forms like that at all?

A. No, there was a form --- we didn't do anything like this during the interviews.  No.  We had to wait till the interviews are done, and then we would meet with Chris, and then as a group effort, we would

Exhibi 41



**Obermayer 0136**

decide what scores would get us the result of them either moving on or not moving on.

Q. That was done on a different form.

A. On a different form.  And then we came back after the fact and said the forms we used won't hold up.  We have to redo them all.  So we redid all them on a form that had the score on it.  Yes.

Q. Right.  But the interview had already been conducted at that point.

A. Oh, long before.

Q. Exactly.  That's all I'm getting at.

A. The interviews had been done, and then time went by, and we did the original forms, and then time went by and we came back and put the grading scale on it.

Q. And when you did these new forms you're telling me you weren't aware of any EEOC complaints at that point?

A. There was nothing I was concerned with.  No. With -- like I said, it was when I spoke with, I think, Vicki, that I kind of put it together in context that that was part of their complaint.  And that looking back at this, I was concerned that this was going to be turned in to make it look like, you know, in context of holding up in court.  That was what was being referenced.

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0137

Page 61

Q. Okay.

Is there anything about that document that makes you think it was aimed at excluding women?

A. Again, having talked with Vicki, understanding that it was part of her complaint, they were trying to make something that would basically rebut her allegations.

Q. When did you talk to Vicki --- Vicki? Can you ballpark that for me?

A. Vicki Crozier? Throughout I guess mid to late last year. But I didn't work with her. We didn't work the same shift. But I started to talk to her about like her grievances. She was put out on leave for months. She didn't know why. And that become a grievance and it got arbitrated, so we had a lot of discussions about that.

Q. Is there anything else that we haven't talked about about this document that you think I should know about?

A. That that's the --- that's the revised one.

Q. Okay. Make sure to keep that over there since it's marked, or it will be. All right. It actually keep that over there since.

Were you personally involved interviewing a female candidate that you haven't told me about yet

Exhibi 41



Obermayer 0138

Page 62

that you believed should have been hired, but was not? Cindy Herr was the one you mentioned.

A. Cindy Herr. There's another one. I went to do a K-9 track in Northampton, about a thousand feet from where I live, and when I got there, I met the new hire on FTO. That was one of the ones that we didn't hire. Again, when she came for her interview, I don't know that she really got the time of day because she wasn't moving on, but Northampton hired her, and now she's keeping my family safe while ---.

Q. Do you remember who this person was thinking?

A. I'm thinking Nicole. I know there's a Facebook post. She's standing with the lieutenant or the chief. Maybe Nicole something.

Q. Let's see if I have it. This would have been someone you interviewed. Right? So it wouldn't have been in 2023?

A. Correct.

Q. Nicole Sylvia?

A. Maybe. Again, I ---.

Q. Younger lady?

A. Younger, short, dark hair. I mean, I can picture walking with us as we're doing the K-9 track, but ---.

Q. Do you know if she had any law enforcement experience?

Exhibi 41



Obermayer 0139

Page 63

A. I don't know.  I don't remember.

Q. Do you remember who was hired, if anyone, instead?

A. Again, I'd have to look at the list, and then I'd have to look at who we hired off the list.

Q. All right.

I guess, is there anything else you think I should know about the allegation in the email, hiring process specifically as it relates to women?

A. Specifically to women?

Q. Open ended question.  I'm done after this, so if there's anything else you think I should know.

A. Yeah.  I think we covered the nuts and bolts of it.  How it began, how it went, and how it ended.

Q. Okay.

If anything else pops up in your memory that you think I should know about you know how to get in touch with me.

Right?

A. Yeah, I'll email you.

Q. Okay.

All right.  We can go off the record.

                * * * * * * * *

            EXAMINATION CONCLUDED AT 8:18 A.M.

                * * * * * * * *

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0140

Page 64

CERTIFICATE

I hereby certify, as the stenographic

reporter, that the foregoing proceedings were taken

stenographically by me, and thereafter reduced to

typewriting by me or under my direction; and that this

transcript is a true and accurate record to the best

of my ability.

Dated the 14 day of September, 2023.


*Ethan Reese*

Ethan Reese,

Court Reporter

Exhibi 41

MAGNA
LEGAL SERVICES

**Obermayer 0141**

# Magna
## Key Contacts

**Schedule a Deposition:**
Scheduling@MagnaLS.com | 866-624-6221

**Order a Transcript:**
CustomerService@MagnaLS.com | 866-624-6221

**General Billing Inquiries:**
ARTeam@MagnaLS.com | 866-624-6221

**Scheduling Operations Manager:**
Patricia Gondor (E: PGondor@MagnaLS.com | C: 215-221-9566)

**Customer Care:**
Cari Hartley (E: CHartley@MagnaLS.com | C: 843-814-0841)

**Director of Production Services:**
Ron Hickman (E:RHickman@MagnaLS.com | C: 215-982-0810)

**National Director of Discovery Support Services:**
Carmella Mazza (E: CMazza@MagnaLS.com | C: 856-495-1920)

**Billing Manager:**
Maria Capetola (E: MCapetola@MagnaLS.com | C: 215-292-9603)

**Director of Sales Operations:**
Kristina Moukina (E: KMoukina@MagnaLS.com | C: 215-796-5028)



Exhibit 11

**MAGNA**
**LEGAL SERVICES**

Obermayer 0142

**A**

ability
64:8
able
47:17,18
absolutely
57:3
accurate
64:7
accused
30:22
achieve
54:20
acting
26:14
activity
22:8
actual
13:9 35:3
add
59:6
additional
47:9
advocated
23:1,2
advocating
30:11
African
23:24 24:3,15 25:3,7
45:24
agency
1:25
agenda
28:6
ago
13:3,4
agreeing
11:12
aimed
61:3
allegation
10:10,17 27:10 63:8
allegations
9:24 61:7
altering

59:15
Alyssa
50:3
American
23:24 24:3 25:3,7
45:25
Americans
24:15
amount
30:15
answer
7:7,9 15:19
answers
11:12
Anthony
21:17 22:5,17 23:11
52:11
anticipated
30:10 46:24
anybody
27:25 30:20 51:18
52:4
anymore
27:2 40:7
Apparently
53:10
appealing
39:5
applicant
22:3 51:24
applicants
18:12 20:25 21:4,10
40:6 47:4
application
26:25 40:20 48:7
52:2
applications
40:19
apply
40:4,17
appreciate
6:20 13:2
approved
18:23 40:20
April
35:16,17,18 36:4,7,7

44:9
arbitrated
61:15
argued
22:6
argumentative
11:11
Arias
49:19
aside
11:4 51:15
asked
16:20 17:2,3,20 41:8
43:11 47:8
asking
36:22 45:13
aspect
33:10
aspects
42:24
assaulting
46:1
assume
18:16,17 31:17 34:14
41:23 50:22
assuming
42:14
attending
30:23
attorney
3:5 5:3 6:10,13 7:21
9:10,18 35:25 36:17
36:21 55:6
attract
39:6
August
55:13 58:14
authorization
1:25
authors
36:10,14
average
13:6
avoid
10:22,23 17:22 18:4
20:9 32:20 47:3

avoiding
51:5
aware
9:25 34:16 48:7
60:16
a.m
1:11 63:24

**B**

back
11:18 12:11 13:4
14:9,13 15:2 20:10
21:7 31:3,10 34:3
36:15 40:4,6 41:5
41:22 44:13 46:21
49:22 50:15 52:6,16
54:23 55:21,24 58:3
59:13 60:4,14,22
background
6:25 15:3,13 24:24
40:23
bad
11:14 16:23 52:22,22
ballpark
10:6 12:9 21:6,9
34:19,24 61:9
based
18:23
basic
6:25 37:13
basically
30:25 43:10 46:4
50:23 52:24 53:24
56:11 61:6
basing
50:23
beat
45:22
beaten
45:24
began
63:14
beginning
1:10 17:12 29:6
behavior
44:4 45:1,15

MAGNA
LEGAL SERVICES

Obermayer 0143

| | | | |
|---|---|---|---|
| behest | brief | card | checks |
| 34:13 | 15:13 | 22:16 | 40:23 |
| believe | briefly | career | chief |
| 21:5,8 25:19 34:6 | 30:5 | 15:16 39:17 | 25:18 26:4,9,12,14 |
| 40:4 53:4,14 55:13 | bring | carefully | 27:17,23 28:2,11,11 |
| 57:3 | 32:24 33:13 | 40:25 | 28:20,21,24 29:10 |
| believed | bringing | case | 29:13 30:9,20 31:10 |
| 44:25 62:1 | 32:25 | 8:3 49:5 53:5,6,9 | 31:11,17,23 32:12 |
| bells | Bristol | 54:7 | 32:15 33:13,24 34:4 |
| 13:24 | 43:7 | cases | 34:13 41:8 42:15,18 |
| Bensalem | brought | 53:7 | 43:6 47:16,19 58:11 |
| 47:12 48:13 | 53:22 | Cathy | 62:14 |
| best | buck | 53:15 | chief's |
| 24:19 58:16 64:7 | 26:4 | cell | 25:19 45:14 |
| better | bullet | 45:23,25 | choice |
| 11:14 39:9 55:11 | 12:6 49:24 | Centre | 39:10 |
| beyond | bunch | 2:5 | chose |
| 27:15 | 32:15 56:8 | certainly | 42:11 |
| big | Bunk | 10:14 16:25 38:7 | chosen |
| 45:19 | 49:19 | 40:7 54:6 | 27:14 |
| Bishop | | CERTIFICATE | Chris |
| 49:19 50:13,15 | **C** | 3:6 64:1 | 11:8,17 18:21 19:5 |
| bit | C | certify | 19:13 22:6,16 23:6 |
| 7:2 9:20 46:5,23 | 2:1 6:1 | 64:3 | 23:10,14 24:6 25:5 |
| Black | Caesar | certifying | 25:8,17 27:12 47:10 |
| 43:7 | 25:4,6 | 1:25 | 47:15 52:6,7,16 |
| blanking | Caitlin | chain | 55:13 59:25 |
| 22:13 | 50:4 | 27:21 | Cindy |
| board | calendar | chance | 47:10,10 62:2,3 |
| 11:3 20:24 21:16 | 32:6 | 9:6 36:3 | citizens |
| 25:25 30:11 31:5,8 | call | change | 37:14 |
| 31:12 47:8 | 20:23 42:15 46:7 | 29:2,5 58:4 59:6 | claim |
| boards | CALLED | changed | 36:23 37:16 |
| 11:7,9 12:9 16:6 | 6:4 | 42:16 54:20 55:25 | clarify |
| 31:19,25 32:1,8 | Camp | changes | 9:20 |
| 39:24 | 49:20 | 55:10,12 | clarity |
| bolts | candidacy | changing | 57:2 |
| 63:13 | 48:16 | 59:17 | Clark |
| Borough | candidate | charges | 10:18,18,22 14:16,17 |
| 43:7 | 12:12 19:7,15 23:1,7 | 46:1 | 14:23 17:3,17 20:3 |
| bothered | 23:24 48:20 50:18 | CHARLES | 21:22 22:3,24 23:17 |
| 41:11 53:2 | 61:25 | 2:3 | 27:16,22,25 32:19 |
| Brady | candidates | Charlie | 42:3 47:2 51:4,24 |
| 46:4 | 10:22,24 11:20,21,24 | 6:13 | 52:10 54:9 57:10 |
| Breanna | 12:3 17:14,15 24:4 | Chauvin | 58:13 |
| 49:20 | 24:20 | 43:9 | classes |

Draft Only



MAGNA
LEGAL SERVICES

22:12
**cleaner**
7:9
**clear**
18:2,9
**cleared**
41:10,16,18,19,20
**client**
7:20,22
**close**
39:22 52:14
**code**
43:19
**Coffman**
53:15
**collapse**
37:13
**collateral**
30:21
**collecting**
41:7
**Collins**
14:4
**combined**
39:22
**come**
15:2 22:11 33:15
39:8 43:6 46:19
47:13 52:16 54:23
**coming**
11:23
**command**
27:21
**common**
11:17 59:4
**Commonwealth**
1:7
**community**
39:1
**compared**
21:10
**complaint**
33:8 44:3,25 45:11
45:15 46:7,8 53:12
53:23 54:16 60:21
61:5

**complaints**
30:17 32:16 33:3,19
46:11 53:13 54:2
58:3,6,9,12,19
60:16
**complete**
37:12
**completed**
32:7
**completely**
35:12 57:20
**computer**
22:15
**concern**
17:23 30:12,13
**concerned**
11:22 26:3 47:11,15
60:18,22
**concerning**
22:8
**concerns**
28:12 54:12 57:25
**CONCLUDED**
63:24
**conditions**
39:16
**conducted**
59:18 60:9
**conference**
26:6
**confidence**
28:18 35:14 41:22
44:10
**confidential**
7:23,24 8:4
**consortium**
11:25 13:16 40:18
**contention**
38:12
**context**
10:25 11:13 16:18
28:8 30:6 47:24
56:25 60:21,24
**continue**
41:4
**continued**

42:15
**conversation**
23:9 25:2 32:23
43:24 44:1 47:9
51:17 58:11
**conversations**
36:20,22 42:19
**convey**
19:11
**convicted**
43:9
**cop**
11:14,15
**correct**
10:19 19:3 26:10
29:18 32:18 33:4,9
33:21 36:12,25 37:1
37:4 38:6 45:6 46:9
50:19 57:9,20 59:11
62:18
**correctly**
49:10
**COUNSEL**
2:9
**county**
11:25 13:18 22:11,14
47:24 52:19
**couple**
32:5 39:10
**court**
1:6 6:17,22 7:1,11,14
52:18 54:6 57:11
58:5,23,25 60:24
64:14
**Covely**
49:20
**cover**
57:6
**covered**
47:7 63:13
**COVID**
47:14 48:1
**create**
11:10 52:9,24 57:11
**created**
51:25 52:18,23 53:4

**credibility**
46:3
**credit**
22:16
**criminal**
22:8,20 59:3
**Crosier**
53:14 54:17
**Crozier**
61:10
**current**
53:18,19,21 54:7
**cycle**
13:12 14:15,15 21:5
24:9 49:16
**cycles**
13:15 21:8

---

**D**

**D**
3:1 6:1
**damage**
30:21
**Dan**
13:23
**Daniel**
50:3
**dark**
62:22
**Darren**
50:5
**date**
10:5,25 12:13 13:10
35:7 58:16
**Dated**
64:9
**David**
49:19,20
**day**
41:7 62:8 64:9
**days**
55:16 56:7
**DA's**
41:9,19 59:5
**deal**
51:5



**Dean**
14:18
**Dean's**
14:19
**December**
29:24 43:21,25 44:8
**decide**
8:2 18:22 60:1
**decided**
21:23,25
**decides**
25:15
**decisions**
17:7
**Declining**
29:3
**deeper**
11:13
**deeply**
30:4
**definitely**
53:14
**demonstrative**
42:21
**department**
1:9 15:14 25:4 26:3
  28:17 37:11 38:14
  39:15
**departments**
39:10,12
**deposed**
6:21
**Derek**
43:9
**describes**
40:13
**DESCRIPTION**
4:3
**desired**
51:25 54:20
**detail**
9:19 43:6
**detailed**
51:22
**details**
30:4

**detectives**
51:9
**Dieter**
49:20
**different**
39:15 40:5 43:10,22
  46:6 52:21 56:22,23
  57:21 58:9 59:7
  60:3,4
**difficult**
17:25 38:10
**Dippolito**
10:1,8
**directed**
10:21 47:2
**direction**
23:10 64:6
**disappointed**
29:14
**disapproval**
42:15,18
**disapprove**
29:13
**disciplinary**
41:5
**discipline**
29:16,22 34:3 41:15
**discovery**
53:5 54:7
**discriminated**
33:7 38:13
**discrimination**
8:20 53:24
**discriminatory**
36:24 43:1 44:5
**discuss**
17:14,15
**discussed**
45:22 47:7
**discussing**
15:24 42:24 45:2
**discussion**
19:18
**discussions**
61:16
**disqualified**

48:15
**dive**
30:3
**document**
57:21 61:2,18
**documents**
58:4
**dodge**
49:24
**dodging**
12:6
**doing**
22:24 24:23 25:1
  43:6 46:17 47:23
  62:23
**downstairs**
21:18
**drive**
11:11
**due**
30:12 33:1
**DULY**
6:5
**dysfunctional**
37:11 38:14

─────── **E** ───────

**E**
2:1,1 3:1 6:1,1
**earlier**
39:21 45:8
**early**
46:3
**easier**
9:4
**easy**
7:14
**Edmond**
50:6
**Edmund**
12:12,13 13:19 14:7
  14:12,13,15 49:14
  49:20,21,21 50:11
  50:11,13,14,17
**educate**
47:14

**Edward**
1:3 3:3 6:3,19
**EEOC**
30:17 32:16 33:3,8
  33:18 53:7,9,13,23
  54:2,16 58:3,6,9,12
  58:18 60:16
**effect**
19:2 55:10
**effectively**
17:12,18 18:22 19:6
  25:6 26:24 52:13
**effort**
59:25
**eggshells**
30:16
**eight**
30:25
**either**
24:1,4,16,24 30:22
  34:21 60:2
**elected**
30:8
**Elmore**
1:3 3:3 6:3,11,19
**email**
4:4 9:4,14 46:7,21
  63:8,20
**employee**
53:21
**employees**
53:18,19
**employment**
37:10
**EMS**
24:24
**ended**
63:11,14
**enforcement**
37:13 39:1 47:20,22
  48:25 50:9,21 62:24
**entertain**
20:11
**entertained**
26:24
**entertaining**

Draft Only



Obermayer 0146

24:3
**enthusiastic**
22:6
**entire**
15:11,12
**equal**
50:17
**equipment**
48:1
**ESQUIRE**
2:3
**essentially**
56:10
**estimate**
13:2,8 21:3 34:22
35:8 39:24
**Ethan**
1:6 64:13
**evaluation**
51:24 52:16,17 59:17
**evaluations**
56:1
**event**
29:1
**eventually**
58:24
**everybody**
13:18
**evidence**
53:5 54:7
**exact**
10:5
**Exactly**
60:11
**EXAMINATION**
1:1 3:4 6:8 63:24
**example**
54:1 55:1
**excited**
24:6
**excluding**
61:3
**excuse**
14:17
**executed**
59:9,16

**exhausted**
11:19
**Exhibit**
4:1 9:11,14 35:20,22
55:1,3,19
**existing**
53:5,6
**expected**
44:21
**experience**
47:20 48:25 50:10,21
62:25
**explanations**
47:6
**explicitly**
18:5 19:6 20:2 21:22
**exposed**
37:17
**exposure**
48:1
**expressed**
23:13 42:18
**extent**
15:25
**extremely**
23:23
**E-L-M-O-R-E**
6:19
**E-2**
35:22
**E1**
4:4 9:14
**E2**
4:5
**E3**
4:6 55:3

---
**F**
---

**Facebook**
62:12
**fact**
18:24 60:5
**fair**
8:16 13:8 28:10,12
30:18 36:6 40:25
**Fairless**

1:9
**fake**
56:10
**Falls**
1:8 2:9 7:20,22 8:1,1
8:21 15:9 37:14
39:5 40:5 42:25
49:1,4 53:17,24
**family**
62:10
**Fanelli**
21:19 24:5 36:15
52:12
**far**
20:10 22:8 26:3 27:7
42:25 46:17 48:19
**FBI**
47:12 48:14
**February**
13:22
**feels**
33:6
**feet**
35:11 62:4
**felt**
19:15
**female**
10:22,23 11:24 18:6
18:12 19:22 21:1,10
33:6 47:3 61:25
**females**
17:13,17,21,23,24
18:3 19:18 20:8,12
20:15 48:11 53:3
54:1
**Ferrara**
49:25
**field**
27:7
**figure**
12:13 24:12 58:16
**file**
33:8
**fill**
40:19 49:24
**filling**

12:5
**final**
42:11
**find**
12:2,12 13:9 35:3
37:11,12 41:12
**fine**
10:6 35:6,13 49:12
**finish**
7:6,8
**finished**
41:14
**fire**
24:24 44:14
**firm**
6:14
**first**
6:5,19 10:10,21 11:2
12:8 14:10 29:21
31:10 34:16 46:19
49:15 50:7 52:15
**fit**
22:16 25:8
**fits**
55:15
**five**
20:22,24 21:10 44:19
**fix**
56:21,22
**fixing**
57:19
**flattering**
16:25
**Floyd**
43:9
**flyer**
43:20
**follow**
8:20
**followed**
56:13
**FOLLOWING**
6:4
**FOLLOWS**
6:6
**foregoing**



LEGAL SERVICES

64:4
**forget**
37:6
**form**
59:22 60:3,4,6
**formal**
45:18
**formally**
10:14
**forms**
51:24 52:3,16,17,23
52:24 53:4 54:13,20
55:25 56:24 57:11
57:22 58:14,22
59:21 60:5,13,15
**forth**
36:15
**forward**
20:7
**found**
16:21 41:10
**four**
20:22,24 21:10
**framework**
23:5
**fraud**
22:16
**friction**
11:10
**Friday**
1:10 55:15
**front**
9:4 51:18 54:25
**FTO**
62:6
**future**
8:2 56:19

──────── **G** ────────
**G**
6:1
**Gaffney**
49:25
**geared**
58:24
**gears**

15:3
**general**
38:2 39:1
**George**
43:9
**getting**
37:3 38:21 42:24
47:17,18 48:4 60:11
**give**
13:2 15:13 21:3
**given**
42:10 44:6 52:13
**go**
9:19 11:18,20 13:1
18:3,22 24:10 27:22
29:20 31:3,10 33:7
39:19 40:16,23 41:4
47:1 51:22 52:7
55:10 57:13 58:3,14
63:22
**goal**
47:3 58:2
**goes**
25:23
**going**
7:1,5 8:11 9:19 11:20
12:4,11 13:3 17:22
18:3,5,10,23 19:20
20:9,10 30:21 35:20
39:3,25 41:22 43:1
43:24,24 48:12 54:5
60:23
**good**
6:11 7:16 11:15
16:23,24 19:7 52:21
52:22
**Goodwin**
13:23
**grade**
21:25 52:4
**grading**
52:20 54:22,24 55:9
58:23 60:14
**grapevine**
39:8
**grave**

54:12
**great**
10:5 17:22 18:3 20:9
22:16 24:23 25:1,5
25:8 48:20
**green**
25:17
**Gregory**
50:4
**grew**
44:19
**grievance**
61:15
**grievances**
61:13
**group**
24:11,12 49:23 59:25
**groups**
40:8
**guess**
11:10,16 12:22,25
20:21 22:10 26:13
27:21 31:14,15,17
34:20,24 38:2,15
39:2,21 41:14 44:23
46:5,10 49:11 50:24
53:25 55:1,11 61:10
63:7
**guessing**
12:19 20:20 30:10
35:12
**guy**
19:6 22:13 23:10
25:8 45:22
**guys**
12:5 13:14,14 49:24

──────── **H** ────────
**hacking**
22:15
**hair**
62:22
**half**
13:4
**hallway**
51:8,10

**handling**
20:4,13
**handy**
13:10
**hang**
9:9
**Hank**
30:19 34:6,6,7,8
45:22,24 46:14,16
**Hank's**
46:3
**happen**
7:5 13:11 34:5 45:20
46:2 52:9
**happened**
20:20 30:5 36:6 41:6
48:7 56:4
**happening**
56:25
**hard**
12:1
**hazarding**
49:11
**hazmat**
47:25,25
**head**
7:12
**headquarters**
11:3 47:13
**heard**
44:13,17
**hearing**
39:7
**held**
15:14 30:24
**Herr**
47:10 49:25 62:2,3
**hesitant**
20:21
**he'll**
7:3
**high**
17:24 50:25
**higher**
11:19
**highly**



Obermayer 0148

11:24 50:22
**Highway**
 1:9
**Hills**
 1:9
**hindsight**
 57:3
**Hippell**
 2:4 6:15
**hire**
 13:22 18:2 25:15
   37:9 38:5,17,18,25
   47:3 49:14 58:2,8
   62:5,6
**hired**
 13:24 14:12,18 17:8
   20:12,18 24:1,8,12
   25:12,13,16 40:3,17
   47:12,17 48:13 49:9
   49:21 50:6,14 53:17
   62:1,9 63:2,5
**hires**
 11:3,7
**hiring**
 8:21,23 9:22 10:22
   10:23 13:12,14
   15:20 16:22 17:21
   17:22 18:14 20:8
   22:21 24:15 26:19
   27:5,9,22 28:3
   32:20 33:7,10 36:24
   37:16 38:1,4,10,13
   40:13 42:2 44:5
   45:1,16 49:8 51:5,5
   53:11,22 54:1 63:8
**history**
 28:13 42:25
**Hoffman**
 50:1
**hold**
 35:11 39:25 52:18
   57:11 58:4,23 60:5
**holding**
 60:24
**hope**
 10:1

**hour**
 16:11
**Huh**
 55:18
**hush-hush**
 38:3
**hypothetical**
 54:5 56:19

**I**

**idea**
 28:2,4,6,16 54:19
**identification**
 9:16 35:23 55:4
**IDENTIFIED**
 4:3
**image**
 43:16,16
**impact**
 38:4
**imposed**
 41:15
**impressive**
 47:11 48:22
**inability**
 37:9 38:4,18
**inaccurate**
 12:23
**incident**
 43:3 46:14
**included**
 53:12,25
**incredibly**
 22:7
**indication**
 37:9
**individual**
 16:20
**information**
 33:23
**informed**
 11:9 42:3
**initial**
 21:6 30:9 49:23
**initially**
 10:7 11:5 44:18

 51:15 52:23
**instances**
 42:17
**intend**
 51:12
**intended**
 33:20
**intending**
 18:2
**intent**
 12:2 18:1
**intention**
 11:18
**interact**
 28:4,7
**interactions**
 27:14 28:25
**intermediary**
 28:1
**internal**
 30:14
**internals**
 33:2
**interrupt**
 7:4
**interview**
 6:22 7:24 8:3,13,18
   9:22 12:14 14:19
   15:21 16:9,12 18:16
   19:22 20:16 24:5
   25:18 26:2,7 32:21
   40:21 47:13 48:13
   50:24 51:1,2,23
   59:18,20 60:8 62:7
**interviewed**
 16:1 18:6 20:25 21:4
   24:18 39:21 41:25
   47:21 48:19 50:20
   62:16
**interviewing**
 61:24
**interviews**
 11:15 18:19 19:14
   20:4,8,13 24:19
   27:13 32:2 40:22
   52:4,5 56:4 59:23

 59:24 60:12
**introduced**
 6:12
**investigated**
 41:9
**investigating**
 9:21
**investigation**
 30:24 41:14,23 42:4
   42:9 46:17
**investigations**
 30:14
**investing**
 39:16
**invited**
 11:2 12:8 20:5
**involved**
 11:8 14:10,11 16:4
   16:17,22 17:3 28:3
   32:3 39:2 40:23
   53:9,15 58:8 61:24
**involvement**
 15:20,25 17:6
**involves**
 10:18
**issue**
 53:11,22 56:16
**issues**
 37:2 43:1,2,22 47:14
**it'd**
 28:12 40:25

**J**

**Jaeger**
 11:8 12:16 16:16
**jail**
 45:23,25
**James**
 50:4
**January**
 49:17
**Jessica**
 50:1
**job**
 7:14 40:24 51:1
**john**



**Obermayer 0149**

50:1,2
**joined**
20:4
**JR**
2:3
**junior**
22:1

**K**

**keep**
7:3,24 22:3 61:21,23
**keeping**
62:10
**kept**
21:24
**kicked**
59:13
**kind**
15:2,4 29:1,20 30:3,4
39:2 46:22 47:1
59:15 60:20
**Kirchenbauer**
50:1
**knew**
23:9 44:18 47:15
49:13 57:6
**know**
6:11,25 9:6 11:11,17
12:21 15:4,19 16:21
16:24 18:8 19:4,16
20:17,18,19,20
22:18 23:8 24:2,9
24:21 25:5 26:1,2,5
26:5,6,7,23,24 27:7
27:11,25 28:7,23
32:22 33:24 34:12
35:3 36:2 39:4,13
39:17 40:3,8,9,11
40:16 42:10 43:18
44:14,18 45:18,21
45:22 46:10,14,15
46:15,18 47:8,16,18
47:23 48:10,15,17
48:19 49:6,8,9
51:19,20 53:1,10,13
53:14 54:12 56:21

57:2 59:7 60:24
61:14,18 62:7,12,24
63:1,8,12,17,17
**Kovacs**
50:1
**Kyle**
49:19
**K-9**
29:25 32:13 41:9
62:4,23

**L**

**lack**
11:14
**lady**
62:21
**late**
26:16 61:10
**Laurendau**
50:1
**law**
6:14 37:13 39:1
47:20,22 48:24 50:9
50:21 62:24
**learn**
16:16
**leave**
61:13
**led**
29:1
**left**
14:8 38:17
**lengths**
17:22 18:3 20:9
**letter**
4:5 35:15,22 36:1,7
36:11,23 37:15
40:13 44:10
**Let's**
40:13 62:15
**lieutenant**
10:18,22 14:17,23
27:1,1,2,16,22 34:9
34:12 62:13
**light**
25:18

**liked**
23:11
**Lincoln**
1:9
**line**
31:13 47:1,1 51:22
**lining**
23:14
**list**
11:19,23 12:4,11
13:19 20:10 24:10
24:11 25:11 30:20
44:13,18,19,20,24
45:14 46:13 49:13
49:22 50:6,13,24
63:4,5
**lists**
17:24
**little**
7:2 9:3,20 46:5,23
**live**
62:5
**Lives**
43:7
**LLP**
2:4
**long**
15:5,9,16 28:25
29:12 35:11 40:9
60:10
**longer**
8:4
**look**
12:1 18:1 24:10
30:18 36:2 55:22
56:2 60:23 63:4,5
**looked**
10:15
**looking**
35:8 49:23 60:22
**looks**
36:4
**losing**
25:7
**lot**
11:22 30:14 40:23

43:23 46:22 47:14
47:23 61:15
**low**
40:2,3
**lower**
11:21 12:4 21:6 24:1
49:22
**Lucas**
50:2

**M**

**majority**
17:11
**making**
12:1 18:1 22:20
38:23,24 46:17
**male**
12:3 21:3
**Maloney**
50:2
**man**
22:1
**manager**
45:4
**mandated**
37:8
**manufacture**
54:13
**March**
55:7
**mark**
9:11 35:20
**marked**
9:15 35:23 55:4
61:22
**Market**
2:6
**Mataki**
50:2
**Matkowski**
13:23
**matter**
43:7 52:25
**Matthew**
13:23
**Maxwell**

Draft Only



MAGNA
LEGAL SERVICES

Obermayer 0150

2:4 6:14
**Mayfield**
24:1,2
**McPhillips**
50:3
**MDT**
22:12,14
**mean**
14:21,22 16:24 24:17
38:11,16 42:16
44:17 47:5 49:4
54:9 55:21 56:24
59:2,4,7 62:22
**meant**
14:22 40:15 52:2
**medical**
47:23
**mediocre**
52:22
**meet**
18:21 52:6 55:14
59:24
**meeting**
30:9 32:12 36:4,6
43:21 45:3
**members**
30:12,13 37:9 38:19
42:20
**memo**
34:6,18
**memory**
63:16
**mention**
32:19 37:2,16,23
42:2 51:18
**mentioned**
9:25 24:14 31:3
32:15 33:5 35:13
37:20 46:2 62:2
**met**
10:7 21:17 31:23
62:5
**Michael**
14:2 50:2
**mid**
61:10

**middle**
23:25
**Middletown**
23:25
**mid-2019**
13:7
**mid-2021**
13:7
**mind**
6:16
**mirroring**
43:10
**misunderstanding**
20:6
**Montgomery**
52:19
**months**
30:25,25 32:5 56:8
61:14
**morale**
29:3,6,8 39:16
**morning**
6:11 10:9
**Morrisville**
23:25 24:21 25:1
**move**
17:10 18:23 19:7,8
19:12,20,25 23:4,8
45:21 46:21 48:9,12
48:21,23
**moved**
21:23 48:14
**moving**
19:8 20:7 48:8,8 52:8
60:2,2 62:9
**Mraw**
14:2
**mug**
43:10
**murderer**
43:9

---
### N
**N**
2:1 3:1 6:1
**Nagel**

24:2,18
**Nagle**
24:9
**naive**
56:18
**name**
6:17,19,19 22:10,13
24:2 47:10
**names**
13:24 49:18
**natural**
7:5
**necessarily**
48:24 49:5
**need**
7:2,4,14,19 11:4
25:11 35:7 52:20
54:5 56:19 58:3
59:7
**needed**
57:10
**never**
28:25 41:11 42:10
48:3,12
**new**
11:3,7 22:12 25:6
31:1 37:3,9 38:18
38:25 52:24 53:4
54:6,13 55:9 56:2
57:11,14,15,22
60:15 62:5
**newer**
37:10
**Nicole**
62:12,14,19
**nine**
44:19
**nods**
7:12
**noon**
55:15
**Northampton**
62:4,9
**Notary**
1:7
**notes**

18:19 21:25
**notice**
1:6 29:23 44:6 46:13
**November**
29:24 49:16
**number**
4:3 39:25 52:13,14
52:15
**numbers**
40:10 52:21,25
**nuts**
63:13

---
### O
**O**
6:1
**OATH**
1:1
**Obermayer**
2:4 6:14
**objected**
17:10
**OBJECTION**
5:1
**objectives**
18:9
**obvious**
12:2 17:1 18:1
**obviously**
10:17 15:19,21 16:16
16:24 24:18 27:12
39:25 40:5,21
**October**
10:8 45:3,5
**office**
41:9,19 52:7,17
55:14 59:5
**officer**
6:11 11:7 12:16,17
12:18 14:24 15:5
25:3,4,7 48:3
**officers**
37:10 41:9 43:11
46:18
**official**
44:15

Exhibi 41



MAGNA
LEGAL SERVICES

Obermayer 0151

| | | | |
|---|---|---|---|
| **officially** | **openings** | **paperwork** | **personal** |
| 26:14 | 11:23 | 56:21,22,23 59:13 | 7:21 26:19 |
| **Oh** | **operate** | **paragraph** | **personality** |
| 14:25 26:5 28:4 | 13:14 | 37:6,7 | 16:18 |
| 29:19 32:9 33:18 | **opinion** | **parameters** | **personally** |
| 34:21 38:7 42:22 | 29:2 | 18:8 | 32:16 61:24 |
| 48:9 51:20 55:23 | **opportunity** | **parse** | **perspective** |
| 56:5,15 57:22 59:12 | 25:6 | 14:22 | 47:22 |
| 60:10 | **opposed** | **part** | **phenomenal** |
| **okay** | 11:15 | 11:6 17:6 20:6 25:17 | 24:5 |
| 6:24 7:18,25 8:6,9,22 | **options** | 25:20 43:4 47:8 | **Philadelphia** |
| 8:25 9:2,8,23 10:16 | 39:9 | 51:23 59:12 60:21 | 2:8 14:9,13 50:11,15 |
| 12:7,24 13:21 14:1 | **oral** | 61:5 | **phone** |
| 14:14 15:1,8,18,23 | 11:3,7,9 12:8,14 16:6 | **participate** | 43:15 |
| 16:3 17:5 18:25 | 20:4,23 31:4,8,12 | 11:2 17:21 | **phrasing** |
| 19:10 21:13 22:22 | 31:19,24 39:24 | **participating** | 11:14 |
| 24:13 25:14,21 | **organized** | 8:13 14:19 27:24 | **pick** |
| 26:18 27:19 28:9 | 21:24 | 57:6 | 39:11,15 |
| 29:7,11 30:2 31:2 | **original** | **particular** | **picked** |
| 31:16,22 34:2,11,15 | 54:11 56:1 60:13 | 16:13 33:12,14 | 50:25 |
| 35:1,6,19 36:5 | **originals** | **passed** | **picks** |
| 39:20 40:12 41:3,17 | 54:22 | 12:14 | 17:1 |
| 42:13 44:22 46:20 | **Orth** | **passing** | **picky** |
| 46:25 48:6,18 49:7 | 50:3 | 24:14 | 39:18 |
| 49:21 50:8,12 51:14 | **outcomes** | **Patrick** | **picture** |
| 51:21 56:3,6,12 | 53:1 | 50:3 | 43:8,12,14 62:22 |
| 57:24 61:1,21 63:15 | **outlook** | **patrolman** | **placeholder** |
| 63:21 | 25:1 | 15:15,16 16:17,21 | 19:9 |
| **old** | **outside** | **pay** | **places** |
| 12:3 55:8,22,25 | 51:8 | 39:12 | 39:3 |
| 57:13,17 | **overall** | **Pennsylvania** | **plan** |
| **older** | 29:6 | 1:8,10 | 10:23 51:18 |
| 20:10 | **overlook** | **people** | **planned** |
| **once** | 22:19 | 16:1 17:1 20:10 | 37:8 57:4 |
| 13:19 | | 24:22 28:14 30:15 | **played** |
| **ones** | ———— **P** ———— | 30:16,20 38:2,5,10 | 17:15 27:11 |
| 21:1 55:8,22 56:2 | **P** | 38:16,25 39:2,3,6,7 | **please** |
| 62:6 | 2:1,1 6:1 | 39:15,22 40:4,16 | 6:18 7:8 9:6 36:1,21 |
| **one's** | **PA** | 43:23 44:13 50:24 | **point** |
| 8:11 | 2:8 | 53:16 | 18:17 19:1 31:5,25 |
| **one-person** | **page** | **percent** | 32:16,21 33:13,25 |
| 18:7 | 4:1,2 5:1,3 37:7 | 28:19 | 37:12 38:24 45:13 |
| **open** | **panel** | **person** | 48:14 56:20 57:7,8 |
| 30:24 63:11 | 16:11,13 | 17:10 19:2,12,25 | 57:24 58:1 60:9,17 |
| **opened** | **paper** | 22:9 23:3,4 26:23 | **police** |
| 26:25 | 57:15,17 | 62:11 | 1:8 15:5 25:2 26:3 |

Draft Only

Exhibi 41



Obermayer 0152

46:1 48:3
**policies**
28:3
**policy**
38:3
**pool**
21:12
**pops**
63:16
**portion**
15:21 40:21
**posed**
43:16
**posing**
43:8,13
**position**
26:24
**positions**
15:14
**possible**
7:15 42:6
**post**
62:13
**potential**
39:17
**practice**
42:3
**practices**
8:21 28:3 36:24
37:16 44:5 45:1
**precipitated**
28:22
**predated**
46:12
**predates**
55:17,19
**predetermined**
19:23
**Preferably**
26:21
**prepared**
43:20
**present**
6:22
**president**
30:9 31:1,20,24 32:2

32:5,10 58:7
**Preston**
50:3
**pretty**
19:5 46:3
**previous**
8:20 11:7,19 12:3
**Princeton**
24:25
**principle**
8:15
**prior**
10:2,13 45:13 47:6
**prison**
46:1
**prisoner**
45:25
**privilege**
8:2
**privileged**
7:23 8:4
**probably**
13:9 22:20 24:19
28:12 29:3,5 30:24
35:10 39:18,22
43:22 49:22
**procedure**
9:22
**PROCEEDING**
6:4
**proceedings**
64:4
**process**
15:20 25:17 26:1,25
30:13 32:21 33:1,7
38:13 40:14,17
51:23 59:12 63:9
**professional**
26:21,21
**program**
22:12
**prohibited**
1:24
**prolific**
30:15
**promoted**

26:15 27:16
**pronouncing**
10:2
**protective**
48:1
**provide**
37:13 51:25
**Public**
1:7
**pulled**
11:4 51:15
**purpose**
8:17 9:22 11:21 20:7
54:13
**pursuant**
1:6
**put**
9:4 10:25 36:16
54:14,25 60:14,20
61:13

_____
**Q**
_____
**QR**
43:18
**qualified**
48:23,25 50:18
**qualify**
51:1
**question**
7:7,8 44:23 55:11
63:11
**questions**
8:7
**quicker**
46:23
**quickly**
7:4 29:21

_____
**R**
_____
**R**
2:1 6:1
**racial**
43:1
**raise**
56:16
**raised**

30:13 45:23
**rally**
43:8
**Ralph**
50:4
**ran**
21:24 22:14
**range**
27:5
**rated**
50:22
**Ray**
36:15
**reach**
47:16
**reaching**
58:24
**realizing**
24:15 43:22
**really**
19:18 23:10 28:23
45:19 47:11 53:2
62:8
**reason**
33:12,14,15 37:15,19
56:16
**reasons**
38:9,11,22
**Rebmann**
2:4 6:14
**rebut**
61:6
**rebuttal**
46:4
**recall**
9:7 10:4,14 16:2 22:9
24:8 32:25 34:16
40:15 44:3 50:9
**recalling**
49:10
**receiving**
46:12
**recollection**
20:15
**recommendation**
25:20,25 34:4,13,17


MAGNA
LEGAL SERVICES

Obermayer 0153

41:5 44:6
**recommendations**
17:7 36:17 46:18
**recommended**
29:16,21 41:15
**recommending**
23:17 27:14
**reconsider**
47:19
**record**
6:12,16 35:5 63:22
64:7
**recorded**
35:2
**recreate**
58:14
**recruited**
51:23
**Recruits**
40:25
**redid**
60:6
**redo**
54:23 60:6
**reduced**
64:5
**Reese**
1:6 64:13
**reference**
46:3
**referenced**
60:25
**referencing**
38:16
**referrals**
22:20
**referred**
16:8
**rejected**
20:17 24:7
**rejection**
46:16
**related**
8:23
**relates**
63:9

**relatively**
29:20
**relevant**
27:8 37:22
**remember**
9:5 12:17 13:11
34:18 35:15 42:5,7
42:8 45:23 55:16
62:11 63:1,2
**remind**
7:12 8:10
**rephrase**
44:23
**replace**
16:20 52:24 56:22
57:13,17
**replaced**
12:17
**replacing**
57:20
**report**
8:20 59:3
**reporter**
1:7 6:17,22 7:1,11
64:4,14
**reporter's**
7:14
**represent**
7:20 8:1
**reproduction**
1:24
**research**
12:10 13:9
**result**
42:11 54:21 60:1
**results**
42:8,10 51:25
**resume**
47:12 48:22
**resuscitation**
48:2
**retaining**
37:2
**retaliating**
8:11,12
**retired**

11:8 12:16
**retirements**
37:8
**retiring**
25:4
**review**
9:6 20:24 31:4,12,19
31:25 32:8 36:3
**revised**
61:20
**right**
10:2 15:1 16:5 21:2
25:3 29:15 32:3
45:2 54:3,18 57:16
57:18 58:15 59:17
60:8 61:22 62:16
63:6,19,22
**rights**
30:13 33:1
**rigorous**
40:14
**ring**
13:24
**road**
41:13 53:3
**Robert**
13:23 49:20
**Robinstein**
50:4
**role**
11:9 27:11
**room**
18:13 51:6,8
**Roth**
50:4
**rough**
35:8
**roughly**
40:9 44:9
**round**
50:14 52:15
**roundabout**
17:16
**rude**
7:13
**rule**

17:11
**rules**
6:25
**running**
19:5 27:12
**Ryan**
50:2

─────────
**S**

**S**
2:1 6:1
**safe**
62:10
**sake**
45:21
**Samantha**
49:25
**says**
37:8
**scale**
52:20 54:22,24 55:9
58:23 60:14
**scenarios**
11:11
**Schintototh**
50:5
**score**
11:25 17:24 59:17
60:7
**scored**
11:24
**scores**
12:4 18:16,18,20,23
18:24 21:7 52:9
57:13,14 60:1
**scoring**
4:6 11:20,21 49:23
50:25 55:3,7
**screen**
43:13
**Screenshots**
4:4 9:15
**scrutinized**
40:25
**Sean**
50:2



Obermayer 0154

| | | | |
|---|---|---|---|
| **search** | **seven** | 11:10 | 14:6,7,7,10,11,12,18 |
| 59:5,9,16 | 30:25 | **soon** | 14:24 |
| **seats** | **Shannon** | 23:6 25:4 | **stenographic** |
| 12:6 49:24 | 13:23 | **sorry** | 64:3 |
| **second** | **sheet** | 13:13 14:21 17:2 | **stenographically** |
| 37:7 | 4:6 55:3,7 | 23:21 45:12 | 64:5 |
| **see** | **she'd** | **sort** | **steps** |
| 9:5 24:11 25:11 | 47:18 48:3 | 8:19 16:19 28:20 | 40:16 |
| 40:13 43:11 62:15 | **shift** | 36:23 46:12 53:6 | **stop** |
| **seek** | 29:9 61:12 | **speak** | 26:4 47:17 |
| 37:10 | **shocked** | 7:2 45:14 46:13 | **stopped** |
| **seen** | 23:11,23 30:18 | 51:12 54:15,21 | 31:8 43:25 |
| 54:2 | **shooting** | **speaking** | **Street** |
| **selective** | 32:3 56:7 | 7:3 | 2:6 |
| 39:18 | **short** | **specific** | **structure** |
| **send** | 62:22 | 29:1 35:7 | 18:10 26:5 |
| 59:5 | **Shortly** | **specifically** | **structured** |
| **senior** | 29:10 30:19,22 | 8:23 11:18,21 12:2,5 | 17:9 |
| 16:25 | **short-staffed** | 12:11 17:22 37:6 | **stuff** |
| **sense** | 37:5 | 47:10 54:19 63:9,10 | 22:14,15,19 24:24 |
| 16:19 | **shot** | **spelling** | 32:13 56:24 |
| **sent** | 24:6 43:10,13 | 6:17 | **stunned** |
| 45:25 | **show** | **split** | 22:17 |
| **sentiment** | 17:13 19:5 52:20 | 28:16 | **subsequently** |
| 19:11 | **showed** | **spoke** | 24:1 27:20 41:10,13 |
| **September** | 17:18 43:14 55:19 | 60:19 | 43:15 |
| 1:10 64:9 | **Shute** | **spoken** | **substance** |
| **sergeant** | 2:3 3:5 6:10,13 9:10 | 52:18 53:3 54:4 | 8:3 9:5 |
| 10:18 17:3,17 20:3 | 9:18 35:25 55:6 | **spring** | **suggesting** |
| 21:19,22 22:3,24 | **simultaneously** | 34:23 | 39:7 |
| 23:17 24:4 27:16,25 | 16:10 | **Square** | **suitable** |
| 32:19 36:15 42:3 | **sit** | 2:5 | 19:15 |
| 47:2 51:4,24 54:9 | 12:8 | **standing** | **Suite** |
| 56:21 57:10 58:13 | **situation** | 62:13 | 2:7 |
| **sergeants** | 17:11 22:2 39:5 | **start** | **support** |
| 16:15 | **six** | 19:14 23:6 | 28:10 |
| **serious** | 20:22 | **started** | **sure** |
| 22:18 | **skip** | 29:8,12 41:7 51:16 | 7:3 8:15 9:25 11:1,16 |
| **service** | 12:1 17:25 | 61:12 | 13:17 18:15 23:12 |
| 32:7 | **slightly** | **stated** | 27:13 28:15 29:19 |
| **services** | 12:14 | 21:22 | 30:7 32:14 33:10,11 |
| 37:14 | **slower** | **stating** | 35:2,4 37:25 38:8 |
| **set** | 7:2 | 6:17 | 38:20 41:2 46:2,5 |
| 18:7,8 27:12 28:6 | **somebody** | **stay** | 49:2 51:3 53:1,8 |
| **setting** | 52:19 | 14:8 | 57:2 58:4 59:1,15 |
| 28:3 | **somewhat** | **Stecklair** | 61:21 |

Exhibi 41



Obermayer 0155

surprise
17:14
surprising
16:21,23
suspected
44:24
suspended
43:2,25
switch
15:3
SWORN
6:5
Sylvia
62:19

**T**

table
35:10
take
7:12,12 18:19 26:22
36:2 40:18
taken
1:6 6:22 64:4
Takita
10:1,8
talent
37:3
talk
7:19,22,23 11:4
33:16,20 39:4 61:8
61:12
talked
61:4,17
talking
15:4 26:9 27:6 33:1,1
36:1 42:19 45:8
46:6 55:8 58:9,13
talks
38:18
team
20:4
tell
7:3 10:21 12:10 18:5
25:11 30:5 35:10
41:12 42:23 43:5
49:13 51:11 52:2

57:10 59:6
telling
19:21 21:21 55:20,24
56:9 58:15 60:15
ten
52:22
term
31:1
termination
44:7
terms
27:22 37:2 48:8 51:5
test
40:18
tested
40:3
TESTIFIED
6:5
testing
40:8
tests
13:16
thing
7:11,19 8:10 9:21
31:3 59:2
things
22:7 36:17 50:17
56:23 57:4 59:6,6,7
think
19:6 21:7 22:14,23
24:4 27:8 29:23
33:23 36:21 37:22
38:9,22 39:1 40:7
44:9,12,19,20 45:20
46:12 47:7,22 50:6
50:13 52:19 53:21
54:8 57:24 60:20
61:3,18 63:7,12,13
63:17
thinking
62:11,12
third
37:7
third-hand
41:13
thought

11:5 22:16 23:2,7,7
23:23 24:5,19 45:14
48:20 51:15
thoughts
26:19,20 27:4,5 52:8
thousand
62:4
three
12:3 13:4,4 16:9
20:19
three-person
16:11
till
59:24
time
10:10 13:25 14:3,10
15:11,12 21:11
22:11,23 23:13,16
23:25 27:24 28:25
29:21 38:1,10 39:5
43:15 45:13 46:19
60:12,13 62:8
timeframe
45:19
timelines
31:13
times
46:2
time's
45:21
Timothy
49:19
TJ
14:8,12,15
today
7:23 9:21
today's
8:3,13,18
told
13:1 20:3,3 23:3
30:16 39:21 47:5
51:4,7 55:13 56:14
57:13 58:1,3,6,11
61:25
Tony
55:14

topic
33:18 43:21 46:14
total
20:22 21:9,11
totally
35:13 57:22
touch
63:17
tough
38:1,23,24
tougher
24:21
town
24:21
township
1:8 2:9 7:20,22 8:1,1
8:21 15:10 25:23
26:23 37:14 38:10
38:23,25 40:5 41:11
41:14,20 42:11,25
45:4,24 49:1,4
53:17,24
track
62:4,23
training
29:25 30:23,23 41:11
transcript
1:24 7:10 64:7
treated
53:25
trouble
11:6
true
64:7
try
7:2,4 11:11
trying
7:13 11:12 29:23
61:5
turn
54:7
turned
53:4 54:11 57:5
60:23
Twenty
26:13

Exhibi 41



Obermayer 0156

**Twenty-three**
15:6,7
**two**
10:11 12:3 13:3
20:17,19,24 21:7,8
21:8 24:22 32:3
53:16 55:16 56:7
**Tyler**
49:19
**typewriting**
64:6
**typically**
16:15
**t-shirt**
43:3,4,5,16

**U**

**ultimately**
25:15,23
**unable**
37:13
**unbeknownst**
41:19
**uncommon**
56:20 59:8
**understand**
8:5,14 16:18 25:22
27:4 29:16 33:18
39:3 44:11 48:12
**understanding**
8:17,19,24 16:15
17:11,20 25:16
56:18 61:4
**understood**
7:17 18:14 19:19
21:15 25:10 27:3
41:21 44:2 48:11
50:16
**union**
30:8,12,13 31:20,24
32:1,4,10 36:16
42:20 43:21 58:7
**unique**
16:18
**unlawful**
44:3,25 45:15

**unofficially**
44:16,17
**unspoken**
38:2,3
**upcoming**
17:24
**upfront**
19:16
**Upper**
24:2
**use**
11:16 52:14,14 56:19
**usually**
16:11,13 19:13 23:5
24:22,23

**V**

**vehemently**
22:17 24:7 25:9
**vernacular**
11:17
**versed**
43:23
**versus**
22:20
**veto**
18:6,7 19:4,9
**vetoed**
17:12,17 18:11 22:3
**vetoing**
19:2 22:25
**Vicki**
53:14 60:20 61:4,8,8
61:10
**Victoria**
54:17
**violating**
30:12
**vote**
28:18 35:13 41:8,22
**votes**
41:7

**W**

**wait**
7:6,6,8 18:20 52:5

59:23
**waive**
8:2
**walk**
40:24
**walked**
18:13
**walking**
30:15 62:23
**want**
8:10 9:20 11:16
12:20,22,22,25 15:2
19:7,12 22:10 23:3
23:22 25:9 26:13
27:7 30:3 31:3,10
31:14,15,17 34:20
34:21,24,24 35:5
36:19,20 39:15,19
47:1
**wanted**
30:11 32:20 33:24
41:4 43:11 44:14
**Ward**
27:1,1,2 34:8,9,12
45:24
**warned**
30:19
**warrant**
59:5,10,16
**wasn't**
17:11 19:18 25:20
29:12 33:16,19
37:20 51:8 62:8
**way**
11:16 16:13,23,24,25
17:9,16 30:21 37:19
51:16
**went**
14:9,13 19:15 21:7
22:12,15,19 23:14
23:16 27:15 35:2
46:15,22 49:22
50:15 54:5 55:21,24
60:12,13 62:3 63:14
**weren't**
19:8,20 24:15 43:23

60:16
**we'll**
7:9 20:23 42:15
**we're**
7:3 9:19,21 15:24
24:6 25:6 27:6 38:3
45:1 62:23
**we've**
46:22
**When's**
29:21
**whistleblower**
46:8
**Whitney**
26:9 27:17,23 28:2
28:11,20 31:10
32:12,15
**wide**
27:5
**winter**
34:23
**WITNESS**
3:3 6:4
**women**
32:20 38:4,12 51:5
58:2 61:3 63:9,10
**word**
19:4,9 22:4
**words**
14:22 19:2 38:15
**work**
24:22 25:2 61:11,12
**worked**
24:20 36:15
**working**
22:11 23:24 24:22,25
39:16 55:15
**world**
40:5
**wouldn't**
18:14 19:17 20:8,11
24:3 34:20 35:11
52:18 58:23 62:16
**written**
35:15 36:7
**wrong**

Exhibi 41



MAGNA
LEGAL SERVICES

11:5 41:11 51:16
57:9
**wrote**
46:21

---
**X**
---
**X**
3:1

---
**Y**
---
**Yeager's**
11:9
**yeah**
12:19 13:8,25 19:13
23:1,18 25:13 27:11
29:5,14,19 31:15
32:9,9,9,9 33:5 35:9
36:4 38:20,21 40:1
42:22,22 43:2,4
44:21 48:22 50:20
51:13 55:9 56:5,5
56:11,15 57:3,15,22
57:23 63:13,20
**year**
10:2 13:11 29:24
32:6 35:16 61:11
**years**
13:3,4 15:6,7 20:24
32:4
**Younger**
62:21,22

---
**Z**
---
**Zipkovich**
50:5

---
**1**
---
**1**
9:11
**1,000**
40:4,6
**12**
21:5 40:8
**14**
64:9
**1500**

2:6
**16**
21:5 40:8
**18**
35:10
**18th**
13:22
**188**
1:9
**19102**
2:8
**1997**
40:4

---
**2**
---
**2**
35:20
**20**
26:13 39:17
**20th**
36:4,8
**2020**
13:22 26:16 49:16
**2021**
12:21 49:17 55:7,13
**2022**
10:8 44:9 45:5
**2023**
1:10 62:17 64:9
**21**
58:14
**23**
15:6,7
**23rd**
49:16
**24**
15:6
**27**
55:13

---
**3**
---
**3**
55:1,19
**3/8/21**
55:21
**30ish**

21:9
**30-year**
39:17
**31st**
49:17
**3400W**
2:7
**35**
4:5

---
**4**
---
**40ish**
21:9

---
**5**
---
**50**
39:22
**50/50**
28:16
**55**
4:6

---
**6**
---
**6**
3:5
**6th**
10:8
**63**
3:5
**64**
3:6

---
**7**
---
**7:16**
1:11

---
**8**
---
**8**
1:10
**8th**
55:7
**8:18**
63:24
**83**
28:19

---
**9**
---

**9**
4:4
**9:30**
10:8

Draft Only