**Whitney, Nelson**

| | |
|---|---|
| From: | Unterburger, Daniel <daniel.unterburger@obermayer.com> |
| Sent: | Tuesday, December 6, 2022 4:12 PM |
| To: | Whitney, Nelson |
| Cc: | Schnecker, Aimee; Hearn, Thomas; Atkins, Melissa |
| Subject: | Memo to Elmore |
| Attachments: | Memo to Elmore – 6 Dec 2022 (002).docx |

-Dan

Defense 0703

Exhibit 53

## Whitney, Nelson

| | |
|---|---|
| **From:** | Whitney, Nelson |
| **Sent:** | Tuesday, December 6, 2022 4:22 PM |
| **To:** | Elmore, Edward; Christopher Cook |
| **Cc:** | Sherryann McGovern |
| **Subject:** | Insubordination |
| **Attachments:** | Memo to Elmore - 6 Dec 22.pdf |

Officer Elmore,

Please see attached and act accordingly.

Nelson E. Whitney, II
Chief of Police
Falls Township Police Department
188 Lincoln Highway
Fairless Hills, PA 19030
EMAIL: n.whitney@fallstwppd.com
OFFICE: (215) 949-9116



**PLEASE NOTE THAT MY EMAIL HAS CHANGED EFFECTIVE 5 OCTOBER 2021**

Defense 1021

# FALLS TOWNSHIP POLICE
# MEMORANDUM

TO:    Ed Elmore                                                  6 Dec 2022

FR:    Nelson Whitney

RE:    Insubordination

---

You are again ordered to immediately remove the items described in the 5 Dec 2022 memorandum from the Google Drive so that they can be no longer viewed by anyone. You are ordered to return all copies of the CCTV video to my office by no later than 1200 hours on 7 Dec 2022. You are ordered to cease displaying, advertising or sharing my image or any images/video of any FTPD personnel.

Please be advised that your failure to follow the orders given to you in my memorandum dated 5 Dec 2022 constitutes insubordination under section 103.301 of the FTPD Discipline Code and conduct unbecoming an officer under section 103.175 of the FTPD Discipline Code. You now face additional discipline up to and including termination of your employment.

If you wish to respond to these charges in writing prior to your Loudermill on Friday, 9 December 2022 at 1500 hours, you may do so. If not, you will be afforded and opportunity to respond to these charges at Friday's Loudermill hearing. After the hearing, a recommendation for discipline will be forwarded to the Township for these charges as well as the outstanding recommendation for discipline you were provided last week.

Defense 0704

Exhibit 53

# FALLS TOWNSHIP POLICE MEMORANDUM

TO:    Ed Elmore                                           13 December 22

FR:    Nelson Whitney

RE:    Assignment to Administrative Leave

---

Please be advised that effective immediately you are assigned to Administrative Leave (with pay).

While on administrative leave, you are prohibited from the following:

- Taking any police enforcement actions.
- Appearing in court for police department related hearings/matters.
- Attending any police related training.
- Entering or being on the property of Falls Township Police HQ.
- Being in or using any Falls Township Police Vehicle.
- Appearing in the Falls Township Police Uniform or representing yourself to any member of the public as a Falls Township Police Officer.
- Accessing any police department related systems.
- Contacting any police department personnel concerning any Falls Township related business.

You are directed to turn in any paperwork in your possession that is related to any ongoing criminal investigation that you are conducting or have conducted in your capacity as a Falls Township Police Officer. You are further directed to return your Falls Township-issued police vehicle (You will be contacted with further instructions on how the vehicle will be returned).

4853-6674-9507 v1

Exhibit 54

Defense 0015

## Sherry McGovern

| | |
|---|---|
| **From:** | Whitney, Nelson <n.whitney@fallstwppd.com> |
| **Sent:** | Tuesday, December 13, 2022 5:51 PM |
| **To:** | Edward Elmore |
| **Cc:** | Sherry McGovern |
| **Subject:** | Administrative Leave Instructions |
| **Attachments:** | Ed Elmore Admin Leave Memo 12-13-22 - DRAFT 4853-6674-9507 v.1.pdf |

Officer Elmore,

Please see attached and act accordingly.

Nelson E. Whitney, II
Chief of Police
Falls Township Police Department
188 Lincoln Highway
Fairless Hills, PA 19030
(215) 949-9116
n.whitney@fallstwppd.com

**PLEASE NOTE MY EMAIL CHANGED EFFECTIVE 5 OCT 2021**

1

Exhibit 54

Defense 0016



# FALLS TOWNSHIP POLICE DEPARTMENT

### FIRST AND FINEST IN BUCKS COUNTY SINCE 1692

**Nelson E. Whitney, II**
**Chief of Police**

27 January 2023

Mr. Jeffry Dence
Mr. Jeffery Boraski
Mr. Brian Galloway
Mr. John Palmer
Mrs. Erin Mullen

Honorable Members of the Board of Supervisors,

I present to you for your consideration the documents and articles of evidence, including electronic copies of these documents as well as relevant audio and video recordings, that follow this cover letter and together constitute my recommendation for the dismissal of Officer Edward Elmore.

I urge you to carefully read all these documents, listen to all the audio recordings (including the excerpts inserted into the electronic copies of the documents) and watch the video provided. I also urge you to contact Detective Lieutenant Robert Gorman of the Bucks County District Attorney's Office and request that he or a representative of his office arrange with you a mutually convenient time to view the relevant video from Thiokol. It is imperative that you carefully examine all these materials, individually, before you begin your deliberations as to what level of discipline you decide to impose in this case.

The imposition of appropriate discipline is a tremendous responsibility. Your decision regarding this case will impact how police officers are held accountable in the future and will impact the outcome of active litigation involving current and former employees of the Falls Township Police Department. Elmore has engaged in a conspiracy with his fellow canine officers to steal pay for time not worked, repeatedly lied to conceal his misconduct, knowingly spread false inflammatory information about his fellow officers and chain of command and disobeyed direct orders. If you fail to dismiss him that would be tantamount to saying that this misconduct is acceptable as a Falls Township employee.

I urge you to consult with your labor counsel during your deliberations to assist you as needed. I remain available, as always, to discuss this with you and respond to any questions or concerns that you may have.

Law enforcement is an honorable profession. Sadly, there are times that those who enter this profession behave in ways that bring disrepute to themselves, the police department and our profession as a whole. The community, and indeed the United States, demand of us that we hold our own accountable and, where appropriate, dismiss them from the service of the community to safeguard the public trust and the safety of all whom we serve.

Very Truly Yours,

Nelson E. Whitney, II
Chief of Police

---

188 Lincoln Hwy., Fairless Hills, Pa 19030    Phone: 215-949-9100    Fax: 215-949-9105    Email: fallspolice@fallstwppd.com

Exhibit 55

DEF_ESI_00849



# FALLS TOWNSHIP POLICE DEPARTMENT

FIRST AND FINEST IN BUCKS COUNTY SINCE 1692

**Nelson E. Whitney, II**
**Chief of Police**

Falls Township Police Department

188 Lincoln Hwy., Fairless Hills, Pa 19030      Phone: 215-949-9100      Fax: 215-949-9105      Email: fallspolice@fallstwppd.com

Exhibit 55

DEF_ESI_00850

## K9 Discipline recommendations for incident on February 25, 2023

Matthew Takita <m.takita@fallstwp.com>
Fri 4/7/2023 12:36 PM
To:Elmore, Edward <e.elmore@fallstwppd.com>
Cc:Whitney, Nelson <n.whitney@fallstwppd.com>
Officer Elmore
After reviewing the recommendations for discipline, the Board of Supervisors has determined no disciplinary action is warranted for the incident on February 25, 2023 involving the misuse of time.


Matthew K. Takita, AIA, MCP
Township Manager
Zoning Administrator
Director of Code Enforcement

Exhibit 56                                        Elmore_000050

## Supervisor Promotional Process Announcement

Clark, Chris
Tue 12/20/2022 4:14 PM
To:**All Sworn Personnel <allsworn@fallstwppd.com>**
Cc:Elmore, Edward <e.elmore@fallstwppd.com>

📎 1 attachments (31 KB)
Supervisor Promotional Process Announcement.pdf;

Please see the attached memorandum regarding the upcoming supervisor promotional process.

Thanks,

Chris

**Please note, my email address has changed to c.clark@fallstwppd.com**

Christopher Clark
Sergeant
Township of Falls Police Department
188 Lincoln Highway
Fairless Hills, PA 19030
Office:  (215) 302-3315
Cellular:  (267) 549-4936
Facsimile:  (215) 949-9106



Exhibit 57

Elmore_000046

## ARTICLE 33

### Promotional Procedures

**Section 1.** <u>Intent</u>  It is the intent of this procedure to outline the steps to be followed by all parties involved in the promotional process for any positions above the rank of police officer and below the rank of Lieutenant in order to encourage participation by all eligible personnel and provide a fair and objective method in selecting personnel for advancement, for the purpose of promoting to a supervisory position such a supervision type test will be valid for both the rank of Sergeant and Corporal.  In addition, three (3) new Corporal positions will be created by December 31, 2005 which will result in a total of two (2) Corporals per patrol shift.

**Section 2.** <u>Announcements.</u>  Announcements of promotional examinations will be made at least 30 days prior to the date of the written examination.  Applicants who desire to participate in the promotional process must advise the **Chief**, of their intentions at least 15 days prior to the date of the examination.

**Section 3.** <u>General Qualifications.</u>  All applicants for promotional positions shall:

  a)  Have been continuously employed in the Falls Township Police service:

  i)  for promotion to Detective, a minimum of three (3) years on the date of the application, exclusive of any probationary period;

  ii)  for promotion to Corporal, a minimum <u>of three</u> (3) years on the date of the application, exclusive of any probationary period.

  iii)  for promotion to Sergeant, a Corporal or Detective must have a minimum of one (1) year in the Detective/Corporal rank, on the date of the application.

  b)  Demonstrate an ability to carry out orders.

  c)  Demonstrate a working knowledge of police science and administration.

  d)  Demonstrate an ability to deliver and supervise the work of subordinates.

**Section 4.** <u>Elements of Promotional Examinations.</u>  The promotional examination shall consist of the following elements:

| Step | Element | Passing Score | Weighting |
|------|---------|---------------|-----------|
| 1 | Objective Examination | 70% | 55% |
| *2 | Performance Evaluation | --- | 10% |

Exhibit 58                    Elmore_000118

*(Performance evaluations will be performed according to an instrument to be selected by Police Administration).

| 3 | Oral Examination | --- | 35% |
| 4 | Psychological Examination | --- | Pass/Fail |

Percentage Value of Examination Elements: Each part of the objective examination, and performance rating shall be graded on a scale of 100 percent and shall be weighted as indicated above.

Passing Grades: The minimum passing grade of the objective examination shall be a score of 70 percent.

Notice of Applicant's Grade: When the grading of each examination is completed, the **Chief** shall give each applicant written notice of their grade.

Additional Examination Element: The psychological examination will be administered only to the top five (5) highest scoring candidates based on Steps 1 through 3 above.

Section 5. Administrative Examinations. Objective examinations will be provided and/or conducted by an agency recognized and qualified by experience in the field of police entrance and promotional examinations and taking proper measures of security to assure anonymity and fairness. The agency will be mutually agreed to by PAFT and the Township. No one involved with the test or the administration of the test will be an employee or resident of Falls Township. The objective test will consist of any standard accepted test, namely, written, oral, assessment, center type, etc. agreed by the Township after consultation with PAFT. The Public Safety Director / Chief will oversee administration of the test.

Performance ratings shall be given to each candidate by the Public Safety Director / Chief after receiving a written standardized evaluation form from the Lieutenant and the officers current Sergeant. Said forms will remain part of the Promotional Process records.

Section 6. Conduct of Examinations. The Township shall prepare a statement of instructions and rules for conduct of written examination. The appointed examiner shall administer the examination in accordance with the instructions of the Township and be responsible for enforcing the rules of conduct for written examinations.

Section 7. Penalty for Improper Conduct. Should an applicant be found guilty of any act tending to defeat the proper conduct or result of any examination their name shall be removed from the eligible list resulting from the examination and the applicant shall not be permitted to take the next promotional examination for which they may otherwise be eligible.

Section 8. Eligibility List. Candidates who have passed all of the elements of the promotional examination will have their names placed on an eligibility list in the order of their weighted combined scores on the objective examination and their performance

Exhibit 58                                          Elmore_000119

ratings. If two or more candidates have the same ratings, their names shall be entered on the list in order of their seniority. The eligibility list shall continue in effect for a period of two (2) years. If a Sergeant's position becomes available while the list is in effect, any Corporal promoted from the effective list will be considered for the open position in the context of the original lists' standings.

Section 9. Selection. When a vacancy occurs for the position of Sergeant, Corporal or Detective, the **Chief** shall select a candidate from among the first three (3) names on the eligibility list and present such recommendation to the Township Manager for approval.

Section 10. Promotional Procedures – the Community Partnership Unit may be served by either a Sergeant or Corporal as its supervisor, but shall not be served by both.

Exhibit 58                                    Elmore_000120



# Pennsylvania First Line Supervisor Test

**Department Name: Falls Township Police Department**
**Test Date:** April 26, 2023
**City: Fairless Hills**
**State: PA**

## LIST BY OVERALL SCORE

| Last Name | First Name | SSN | Rules of Criminal Procedure | PA Criminal Code | PA Vehicle Code | Cont. Crim. Proced. | Mgmt & Superv. | Criminal Invest. | Police Patrol | Comm. Policing | Case Law | # Correct (out of 125 possible) | Overall Percent |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| IACONO | CHRISTOPHER | 9804 | 92.86 | 100.00 | 91.67 | 91.67 | 100.00 | 100.00 | 92.31 | 88.89 | 66.67 | 119 | 95.20 |
| WHITE | NICOLE | 2637 | 85.71 | 100.00 | 83.33 | 91.67 | 97.06 | 100.00 | 100.00 | 77.78 | 100.00 | 117 | 93.60 |
| REEVES | STEPHEN | 7934 | 78.57 | 100.00 | 41.67 | 91.67 | 100.00 | 100.00 | 92.31 | 77.78 | 100.00 | 111 | 88.80 |
| ELMORE | EDWARD | 0395 | 78.57 | 100.00 | 41.67 | 100.00 | 85.29 | 87.50 | 100.00 | 77.78 | 100.00 | 106 | 84.80 |
| PARNES | MICHAEL | 8516 | 100.00 | 75.00 | 75.00 | 66.67 | 91.18 | 93.75 | 84.62 | 66.67 | 100.00 | 106 | 84.80 |
| KILLEEN | MATTHEW | 9303 | 78.57 | 83.33 | 66.67 | 83.33 | 94.12 | 81.25 | 84.62 | 77.78 | 100.00 | 105 | 84.00 |
| GOLD | DAVID | 8321 | 57.14 | 100.00 | 66.67 | 75.00 | 94.12 | 87.50 | 76.92 | 66.67 | 100.00 | 102 | 81.60 |
| SZAMBOTI | JAMES | 1046 | 57.14 | 75.00 | 50.00 | 75.00 | 88.24 | 87.50 | 69.23 | 88.89 | 100.00 | 96 | 76.80 |
| KROTZ | RICHARD | 3130 | 71.43 | 83.33 | 41.67 | 66.67 | 82.35 | 87.50 | 84.62 | 55.56 | 100.00 | 94 | 75.20 |
| SANSONE | ALEXANDER | 3898 | 71.43 | 83.33 | 33.33 | 75.00 | 76.47 | 87.50 | 92.31 | 77.78 | 66.67 | 94 | 75.20 |
| BLICKLEY | JACOB | 9402 | 71.43 | 83.33 | 66.67 | 75.00 | 76.47 | 81.25 | 69.23 | 66.67 | 66.67 | 93 | 74.40 |
| FISHER | BRIAN | 5090 | 78.57 | 91.67 | 33.33 | 75.00 | 73.53 | 81.25 | 69.23 | 88.89 | 66.67 | 92 | 73.60 |
| MCCREARY | STEPHEN | 1861 | 85.71 | 66.67 | 25.00 | 75.00 | 79.41 | 81.25 | 84.62 | 66.67 | 100.00 | 92 | 73.60 |
| PHILLIPPE | NICHOLAS | 8118 | 64.29 | 75.00 | 50.00 | 75.00 | 85.29 | 75.00 | 61.54 | 66.67 | 100.00 | 91 | 72.80 |
| MURPHY | RYAN | 8588 | 64.29 | 91.67 | 25.00 | 58.33 | 76.47 | 81.25 | 92.31 | 66.67 | 100.00 | 90 | 72.00 |
| OLMEDA | FRANCISCO | 7589 | 85.71 | 83.33 | 66.67 | 75.00 | 61.76 | 62.50 | 84.62 | 66.67 | 33.33 | 88 | 70.40 |
| RHODUNDA | JEFFREY | 1709 | 64.29 | 75.00 | 50.00 | 75.00 | 82.35 | 68.75 | 61.54 | 77.78 | 33.33 | 88 | 70.40 |
| LUNDQUIST | THOMAS | 2925 | 50.00 | 83.33 | 33.33 | 75.00 | 82.35 | 75.00 | 69.23 | 66.67 | 33.33 | 86 | 68.80 |
| WOLVERTON | MICHAEL | 6681 | 64.29 | 75.00 | 25.00 | 75.00 | 64.71 | 75.00 | 61.54 | 55.56 | 33.33 | 78 | 62.40 |

© 2023, Stanard & Associates, Inc.

Exhibit 59

Elmore_000059



# FALLS TOWNSHIP POLICE DEPARTMENT

FIRST AND FINEST IN BUCKS COUNTY SINCE 1692

Nelson E. Whitney, II
Chief of Police

April 27, 2023

To: Corporals Wolverton, White, Killeen, Detectives Reeves, Iacono, Police Officers Elmore, Rhodunda, Krotz, Lundquist, Gold, Fisher, McCreary, Phillippe, Szamboti, Olmeda, Parnes, Sansone, Blickley, Murphy

Fr: Chief Nelson Whitney, II    _M. W. (64)_

CC: P/O George Thomas

Re: Performance Ratings

| | | | |
|---|---|---|---|
| Corporal Wolverton | 71 | P/O McCreary | 68 |
| Corporal White | 71 | P/O Phillippe | 71 |
| Corporal Killeen | 72 | P/O Szamboti | 69 |
| Detective Reeves | 94 | P/O Olmeda | 69 |
| Detective Iacono | 70 | P/O Parnes | 74 |
| P/O Elmore | 51 | P/O Sansone | 70 |
| P/O Rhodunda | 64 | P/O Blickley | 72 |
| P/O Krotz | 67 | P/O Murphy | 72 |
| P/O Lundquist | 66 | | |
| P/O Gold | 69 | | |
| P/O Fisher | 69 | | |

188 Lincoln Highway · Fairless Hills · Pennsylvania · Phone: (215) 949-9100 · Fax: (215) 949-9105 · Email: fallspolice@fallstwp.com

Exhibit 60    Elmore_000060



# FALLS TOWNSHIP POLICE DEPARTMENT

FIRST AND FINEST IN BUCKS COUNTY SINCE 1692

Nelson E. Whitney, II
Chief of Police

April 27, 2023

To: Corporals Wolverton, White, Killeen, Detectives Reeves, Iacono, Police Officers Elmore, Rhodunda, Krotz, Lundquist, Gold, Fisher, McCreary, Phillippe, Szamboti, Olmeda, Parnes, Sansone, Blickley, Murphy

Fr: Chief Nelson Whitney, II *M. W. (64)*

CC: P/O George Thomas

Re: Performance Ratings

---

| | | | | | |
|---|---|---|---|---|---|
| MB. | Corporal Wolverton | 71 | MB | P/O McCreary | 68 |
| M.B. | Corporal White | 71 | BW | P/O Phillippe | 71 |
| AF | Corporal Killeen | (72) | BW | P/O Szamboti | 69 |
| MC | Detective Reeves | (94) | BW | P/O Olmeda | 69 |
| MC | Detective Iacono | 70 | MB | P/O Parnes | (74) |
| AF | P/O Elmore | 51 | BW | P/O Sansone | 70 |
| AF | P/O Rhodunda | 64 | RF | P/O Blickley | (72) |
| RF | P/O Krotz | 67 | BW | P/O Murphy | (72) |
| RF | P/O Lundquist | 66 | | | |
| | P/O Gold | 69 | | | |
| MB | P/O Fisher | 69 | | | |

188 Lincoln Highway · Fairless Hills · Pennsylvania · Phone: (215) 949-9100 · Fax: (215) 949-9105 · Email: fallspolice@fallstwp.com

Exhibit 60

DEF_ESI_06638

| FALLS TOWNSHIP POLICE DEPARTMENT | POLICY # | 2.4.16 |
|---|---|---|
| | EFFECTIVE DATE | 11/06/02 |

| SUBJECT | JOB PERFORMANCE EVALUATIONS | |
|---|---|---|
| PURPOSE | TO ESTABLISH GUIDELINES TO EVALUATE THE PERFORMANCE OF EVERY EMPLOYEE/MEMBER OF THE DEPARTMENT | |

| PA ACCREDITATION STANDARD | | |
|---|---|---|
| CATEGORY | | |
| TITLE | | |
| REVISION DATES | 11/24/2021 | |
| | NO OF PAGES | 6 |
| DIRECTOR/CHIEF | *[signature]* Mile E. Mlig 64 | DATE    11/24/2021 |

**PROCEDURE:**

I.  **Job Performance "Evaluations"**

    A.    Departmental members will maintain sufficient competency to perform their duties and assume the responsibilities of their positions. They will perform those duties maintaining the highest standards carrying out the functions and objectives of the department.

    B.    The performance evaluation is a tool used to improve employee performance. Additionally, one of the major sources of job satisfaction for the rated employee is the knowledge that the work they do is considered effective and meaningful. An employee's personal knowledge of whether or not their expended work efforts are consistent with the department's objectives, are being performed correctly and are being acknowledged and recognized, encourages further involvement and development. That's the purpose of these evaluations.

        These evaluations and the job performance standards they establish, is a means of letting the employee know what constitutes "standard" achievement in the tasks they perform in their positions and assignments. Each employee has the right to know these standards and must know what they are, what exemplifies "a job well done," and what is expected of them, if they are to do their best work. Evaluations and the job performance standards they contain, are simply yardsticks for measuring employee performance.

    C.    Unsatisfactory performance may be demonstrated by the lack of knowledge in the application of the laws required to be enforced, an unwillingness or inability to

- 76 -

Exhibit 60

DEF_ESI_06639

**Policy 2.4.16**
**Job Performance Evaluations**

perform assigned tasks related to the employee's position and rank, failure to take the appropriate action on the occasion of a crime or other condition deserving police attention, being absent without leave, repeated poor evaluations, written records of repeated infractions of the rules, regulations, policies, directives and orders of the department, to name a few.

D.    Procedures

1.    General Rule - This department will evaluate the performance of every employee/member on an annual basis throughout their career on the form selected and provided by the department. Newly hired, probationary members/officers will be evaluated on a weekly and monthly basis until they successfully complete their probationary period. (See the chapter titled field training program).

(a) Each supervisor will personally evaluate his immediate subordinates and any other employee directly under his control or supervision or assigned to him, as stated in the pervious paragraph.

(b) Definition of Supervisor - For evaluation purposes, a supervisor is one to whom the responsibility has been delegated to evaluate other employees. In the context of this section, supervisor is a ranking officer, sergeant and Lieutenant.

(c) Comment - Too often the evaluation is thought of as an unpleasant chore. It should be thought of as an aid to good supervision and training. Positive use of the evaluation can make your job easier. Your greatest value and major responsibility as a supervisor is to develop and improve the performance of subordinates both individually and collectively, having them do the work instead of you. 60% to 90% of your time should be spent training or instructing your subordinates. Training is done in many ways. Although not formally trained as a teacher, the principles are the same for you to use. These principles are the following, explaining, demonstrating, observing performance and evaluation. Once you have completed the first two, watch and examine the results to see if the employee has learned what has been taught. This will work in the office as well as in the field.

Evaluations are one of the most important aspects of your job. It's an opportunity to sit down and discuss the employee's performance, letting the employee know where they stand. Think of it as training.

- 77 -

Exhibit 60

DEF_ESI_06640

**Policy 2.4.16**
**Job Performance Evaluations**

Consider the employee's work fairly and objectively. Accomplishing this increases the employee's satisfaction in his own work and creates respect for you, having treated him fairly and impartially.

2.    Before beginning your evaluations

(a) Familiarize yourself with the form and the detailed instructions.

(b) Understand the duties and requirements of the position held by the employee being rated.

(c) Use objective reasoning; eliminate prejudice, bias, or favoritism. Don't let personal likes or dislikes of mannerisms or aspect of personal appearance; blind you to competency and effectiveness.

(d) Evaluate each factor listed individually. Excellence in one area does not imply the same in all others.

(e) Base your evaluation on demonstrated performance for the entire rating period. Noteworthy accomplishments or deficiencies however, should not be ignored. Make note of them, but consider them in the context of total performance. Seniority is not part of performance. You should also review the monthly reports.

E.    Evaluating the Probationary Employee

1.    General Information - During the first year (the probationary period) there is a working test period when the new hire is out on the street working on his own. This final stage is the most important part of the evaluation and selection process of hiring quality employees. By the end of this period, command and supervisory personnel should have complete confidence that the probationary employee being evaluated fully meets or exceeds performance standards for the position he is being considered for, if he is to be recommended for tenure and permanent status.

It should be noted that probationary employees may be released at any time, without appeal. If in the judgment of the department head (Chief of Police/Director) the release or dismissal of the probationary employee is in the best interest of the department and the Township, it can be done.

- 78 -

Exhibit 60

DEF_ESI_06641

Policy 2.4.16
Job Performance Evaluations

If there are any questions, doubt or reluctance as to the general fitness, abilities or competence of the probationary member being considered for permanent status, consider this. What are the consequences of granting tenure (permanent status) to an employee who will continue to work in an area or job for which that employee is poorly, or altogether unsuited for. This would be a disservice to the employee and a liability for the department rather than an asset. Thus, keeping this ill-suited individual from seeking a more rewarding and productive type of employment elsewhere.

2. Evaluation Process:

Choose a quiet private place, where you can work without interruption and unauthorized persons will not see the forms.

3. Complete the form. It should be written in ink or typed. Any changes or corrections on the report should be initialed by the person who completed the report.

4. Be generous in rating the best qualities of the employee. But just as important, be as exacting in your appraisal of areas where improvement can be made. Don't over rate employees for fear of losing friendships. It's unfair to the employee as well as the department.

5. Use thoughtful comments to give the most complete picture of the rated employee. It should be noted that very high or low scores require explanations.

6. Unusual circumstances or conditions should also be noted and explained in detail but remember to evaluate the actual work performance over the entire rating period.

F. Documentation: An important point to remember. Before any probationary or permanent member or employee can be properly disciplined or released for reasons of unsatisfactory performance, there should be documented evidence, specific to the reasons for the actions taken. Besides being a training tool, performance evaluations provide a written record of specific deficiencies that existed during the rating period that was observed.

Employee deficiencies affecting job performance not recorded on evaluations cannot properly be used as a basis for dismissal.

- 79 -

Exhibit 60

DEF_ESI_06642

**Policy 2.4.16**
**Job Performance Evaluations**

l.    Special Unscheduled Reports - In some cases and particularly for permanent employees, additional warnings in the form of special reports may be filed.

G.    Evaluation Interview:

1.    Review your evaluation - consider why you evaluated the employee as you did.

2.    Determine what you're trying to accomplish.    Is it the overall improvement of the employee's performance or will to work.    If not, because these are already satisfactory or above, your objective should be to commend and further motivate the employee to maintain his excellent performance.

3.    Plan the interview for a quite private place. Be prepared to minimize any tension or anxiety the employee may be feeling.    These interviews are important and make sure you have enough time to do it correctly and completely.

4.    Make sure the interview is constructive and cooperative.    The interest is for the employee's development and growth.    Be open-minded to the opinions and facts presented by the employee. Learn about the employee. Don't dominate. Don't argue. Remember; get the employee to do most of the talking. Bring out the opinions and feelings so you are aware of them. The employee will better understand their own needs. They will identify their own understanding of areas where improvement is needed.

5.    Be in a good mood and try to pick a time and place when you feel the employee feels likewise.    Don't conduct the interview too soon after a disciplinary action or reprimand.

6.    Discuss strengths first.    It gets the interview off on the right foot. We are trying to encourage and sustain good performance.    We are not reprimanding the employee.

7.    While building on the strengths, don't fail to discuss any weaknesses that exist and how they can be prevented in the future.    Introduce your suggestions here for specific improvement. If you don't, you're not doing your job.

8.    Close when you've made your points.    Let the employee release any tensions that may exist. Develop what the two of you are going to do to remedy areas of concern. When you reach that natural stopping point, end the interview.    Let the employee know that you are available whenever they need to talk and be there.

- 80 -

Exhibit 60

DEF_ESI_06643

**Policy 2.4.16**
**Job Performance Evaluations**

H.    Duties of the Evaluator's Supervisor (Lieutenant)

1.    There's no doubt the occasion will arise when one of the evaluated employees will not agree with all or part of their evaluation. That employee may request to discuss his evaluation with the evaluator's supervisor (the Lieutenant). After such a request, arrangements should be made to have this meeting and discussion as soon as possible.

2.    Responsibilities of the Lieutenant

(a)  Ensure and obtain uniformity in the application of standards by the supervisors under his direction.

(b)  Review all evaluations. Take the corrective action when bias or misinterpretation of standards is evident.

(c)   Make sure the evaluations are complete, prompt and thoroughly prepared.

(d)   Discuss the report with the evaluator and the employee when requested or otherwise appropriate.

(e)  Strive to support the evaluator and help the employee understand and recognize the validity of the evaluator's markings and comments, if you believe them to be accurate.

- 81 -

Exhibit 60

DEF_ESI_06644

| 1. | Matthew Killeen | 72 | 93 |
|----|-----------------|----|----|
| 2. | Edward Elmore | 51 | 90 |
| 3. | Jeffrey Rhodunda | 64 | 88 |
| 4. | Jacob Blickley | 72 | 92 |
| 5. | Thomas Lindquist | 66 | 87 |
| 6. | Richard Krotz | 67 | 95 |
| 7. | Ryan Murphy | 72 | 79 |
| 8. | Alexander Sansone | 70 | 79 |
| 9. | James Szamboti | 69 | 81 |
| 10. | Stephen Reeves | 94 | 97 |
| 11. | David Gold | 69 | 74 |
| 12. | Christopher Iacono | 70 | 78 |
| 13. | Stephen McCreary | 68 | 68 |
| 14. | Francisco Olmeda | 69 | 69 |
| 15. | Michael Wolverton | 71 | 71 |
| 16. | Michael Parnes | 74 | 74 |
| 17. | Nicholas Phillippe | 71 | 71 |
| 18. | Brian Fisher | 69 | 69 |

**Officer Ranks Original Score**

1. Stephen Reeves
2. Richard Krotz
3. Matthew Killeen
4. Jacob Blickley
5. Ed Elmore
6. Jeffrey Rhodunda
7. Thomas Lindquist
8. James Szamboti
9. Ryan Murphy
10. Alexander Sansone
11. Christopher Iacono
12. David Gold
13. Michael Parnes
14. Michael Wolverton
15. Nicholas Phillippee
16. Francisco Olmeda
17. Brian Fisher
18. Stephen McCreary

**Officer Rank Updated Scores**

1. Stephen Reeves
2. Michael Parnes
3. Matthew Killeen
4. Jacob Blickley
5. Ryan Murphy
6. Michael Wolverton
7. Nicholas Phillippe
8. Christopher Iacono
9. Alexander Sansone
10. James Szamboti
11. David Gold
12. Francisco Olmeda
13. Brian Fisher
14. Stephen McCreary
15. Richard Krotz
16. Thomas Lindquist
17. Jeffrey Rhodunda
18. Edward Elmore

Exhibit 60

DEF_ESI_07167

| | | | |
|---|---|---|---|
| 1. | Matthew Killeen | 72 | 93 |
| 2. | Edward Elmore | 51 | 90 |
| 3. | Jeffrey Rhodunda | 64 | 88 |
| 4. | Jacob Blickley | 72 | 92 |
| 5. | Thomas Lindquist | 66 | 87 |
| 6. | Richard Krotz | 67 | 95 |
| 7. | Ryan Murphy | 72 | 79 |
| 8. | Alexander Sansone | 70 | 79 |
| 9. | James Szamboti | 69 | 81 |
| 10. | Stephen Reeves | 94 | 97 |
| 11. | David Gold | 69 | 74 |
| 12. | Christopher Iacono | 70 | 78 |
| 13. | Stephen McCreary | 68 | 68 |
| 14. | Francisco Olmeda | 69 | 69 |
| 15. | Michael Wolverton | 71 | 71 |
| 16. | Michael Parnes | 74 | 74 |
| 17. | Nicholas Phillippe | 71 | 71 |
| 18. | Brian Fisher | 69 | 69 |

Officer Ranks Original Score | Officer Rank Updated Scores
---|---

1. Stephen Reeves
2. Richard Krotz
3. Matthew Killeen
4. Jacob Blickley
5. Ed Elmore
6. Jeffrey Rhodunda
7. Thomas Lindquist
8. James Szamboti
9. Ryan Murphy
10. Alexander Sansone
11. Christopher Iacono
12. David Gold
13. Michael Parnes
14. Michael Wolverton
15. Nicholas Phillippee
16. Francisco Olmeda
17. Brian Fisher
18. Stephen McCreary

1. Stephen Reeves
2. Michael Parnes
3. Matthew Killeen
4. Jacob Blickley
5. Ryan Murphy
6. Michael Wolverton
7. Nicholas Phillippe
8. Christopher Iacono
9. Alexander Sansone
10. James Szamboti
11. David Gold
12. Francisco Olmeda
13. Brian Fisher
14. Stephen McCreary
15. Richard Krotz
16. Thomas Lindquist
17. Jeffrey Rhodunda
18. Edward Elmore

Exhibit 61

DEF_ESI_07167

# FALLS TOWNSHIP POLICE
# MEMORANDUM

TO:    All Personnel                                          27 July 2023

FR:    Nelson Whitney

RE:    Promotions

---

Please be advised that the following promotions are effective today:

**Sergeant:**

Stephen Reeves
Matthew Killeen

**Corporal:**

James Szamboti
Ryan Murphy
Nicholas Phillippe
Alexander Sansone

**Detective:**

David Gold

Exhibit 62                                          Elmore_000085

**Date:**     Wed, 26 Jul 2023 11:38:08 AM -0400

**Sent:**     Wed, 26 Jul 2023 11:38:05 AM -0400

**Subject:**  Fwd: Promotions

**From:**     Jeff Dence

**To:**       Erin Mullen <E.Mullen@fallstwp.com>; Jeff Boraski <j.boraski@fallstwp.com>; Brian Galloway <b.galloway@fallstwp.com>; John Palmer <j.palmer@fallstwp.com>;

This has been forwarded to mike as well as hearn.

Jeffry Dence

Falls Township Board of Supervisors

J.dence@fallstwp.com

215-500-5914

*Warning: I either dictated this to my device, or i typed it clumsily. Consider any typos or weirdness my gift to you.* 😁

---

**From:** White, Nicole <n.white@fallstwppd.com>
**Sent:** Wednesday, July 26, 2023 8:33:16 AM
**To:** Jeff Dence <j.dence@fallstwp.com>; Matthew Takita <m.takita@fallstwp.com>
**Subject:** Fwd: Promotions

Good morning Mr. Dence and Mr. Takita,

Please see the below e-mail I sent to Chief Whitney yesterday in reference to the latest promotional process.

I have reason to believe that I am being discriminated against in this promotional process based on my gender. I am making this complaint in good faith and am forwarding it up the chain of command for review.

Respectfully,

Corporal Nicole White #116
Falls Township Police Department
188 Lincoln Hwy

Exhibit 63

DEF_ESI_06021

Fairless Hills, PA 19030
215-949-9100 ext. 452
n.white@fallstwppd.com

---

**From:** White, Nicole <n.white@fallstwppd.com>
**Sent:** Tuesday, July 25, 2023 1:49 PM
**To:** Whitney, Nelson <n.whitney@fallstwppd.com>
**Subject:** Re: Promotions

Chief Whitney,

I have not received a phone call or email back from you yet so I'm writing this email to follow up with you regarding your recommendations in the recent promotional process.

I received your voicemail on Friday that you were not recommending me for promotion. I was not only extremely disappointed to hear this news but even more confused as I was not given any explanation why. I've reached out to you multiple times but I have not received any response. I understand that you may be busy. However, not being provided any reason as to why I'm being skipped and no response from you has left me with feelings that I am not a valued member of this police organization.

I have worked for this Police Department for almost nine years now. I was promoted to Corporal in 2019 and have been working as a supervisor in the patrol division since. Over the past several months, I have been working as the sole supervisor for my squad given that our Sergeant was promoted to Lieutenant and the other Corporal has been out on sick leave. I have more time and experience in a supervisory role at Falls Township than any other candidate in this promotional process. I've also attended numerous supervisory training courses and have successfully supervised multiple major critical incidents while working in the patrol division. Given my training and experience, I cannot understand how I am not qualified for a Sergeants position.

There are currently two open Sergeants positions. During this promotional process I scored second overall out of the eligible candidates for the Sergeants positions. As you are aware, I have made multiple gender discrimination complaints over the years in reference to the disparaging treatment I have received primarily by command staff in the Falls Township Police Department. Given the circumstances surrounding this promotional process, I have reason to believe that I am being skipped over because there is a preference for the male candidates in this process. It should be noted that I am the only female candidate in this promotional process as I am the only female officer currently employed by Falls Township.

The purpose of this email is to seek clarification on the reason why you you are not recommending me for promotion and why you are skipping over me.

Respectfully,

Corporal Nicole White #116
Falls Township Police Department
188 Lincoln Hwy
Fairless Hills, PA 19030
215-949-9100 ext. 452
n.white@fallstwppd.com

Exhibit 63

DEF_ESI_06022