



TH

MT

2 People >

Fri, Jan 5 at 2:52 PM

Matt Takita

> Matt I know I said we want the report completed quickly but... make this clear to Obermeyer.
> It can't be rushed. We a need a thorough laying out of the facts of these two officers actions. Were there any policy or laws broken?  Is this an isolated incident or is this another example of their course of conduct? And we expect a clear recommendation that we can follow for each officer. Obermeyer is not to be influenced by the opinion of anyone from the township.
> Let me know that you've conveyed this to Obermeyer.

MT  From a supervisor

Received

To be clear, we are to write a report and not just a memo?

Matt Takita

MT  Yes, a report.

Exhibit 75                    **Obermayer 0178**

**Re: Canine Inquiry**

Rhodes, Brian <brian.rhodes@obermayer.com>
Fri 12/22/2023 1:22 PM
To:Elmore, Edward <e.elmore@fallstwppd.com>;Fleetwood, Raashida <raashida.fleetwood@obermayer.com>
Let's meet in lobby and then see if we can locate a space.  Thanks.
------------
**From:**  Elmore, Edward <e.elmore@fallstwppd.com>
**Sent:**  Thursday, December 21, 2023 1:23 PM
**To:**  Rhodes, Brian
**Subject:**    Re: Canine Inquiry

Ok. Will will you on the 29th at 3pm.

_____

**From:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Sent:** Thursday, December 21, 2023 1:18:39 PM
**To:** Elmore, Edward <e.elmore@fallstwppd.com>
**Subject:** RE: Canine Inquiry

Thanks for getting back so quickly.  I don't want to inconvenience you, but can you do 3p on Friday, the 29th?  I am scheduled to be at the police department building on that date.  If not, I can come back on the 2d or 3d.  Let me know.

https://protect-us.mimecast.com/s/yW5XCDkJn5T3LyBqCW6K97      https://protect-us.mimecast.com/s/F3kuCER6o5Up8YWLhwPWmw      https://protect-us.mimecast.com/s/iY9ACG6QqjtAN6Jkfp1BLd

**Brian Matthew Rhodes, Esq.**

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West

1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3222 tel | 215.665.3165 fax
Brian.rhodes@obermayer.com | www.obermayer.com

Exhibit 76                                                              Elmore_000137

**From:** Elmore, Edward <e.elmore@fallstwppd.com>
**Sent:** Thursday, December 21, 2023 1:14 PM
**To:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Subject:** Re: Canine Inquiry

**WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

I am scheduled to work night shift on the 27th and 28th from 7p to 7a each night next week if your goal was while I was working.  If you are looking for other times, let me know.

---

**From:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Sent:** Thursday, December 21, 2023 11:51:17 AM
**To:** Elmore, Edward <e.elmore@fallstwppd.com>
**Cc:** Matthew Takita <m.takita@fallstwp.com>; Fleetwood, Raashida <raashida.fleetwood@obermayer.com>
**Subject:** Canine Inquiry

Good Morning Sir-  Hope you are well and happy holidays.  My name is Brian Matthew Rhodes.  I am an attorney at Obermayer and have been retained by the Township to investigate the donation of two dogs to the K-9 Unit.  I, and my colleague Raashida Fleetwood, would like the opportunity to interview you regarding the circumstances surrounding the donation.  We would need no more than an hour of your time and are willing to come to your office.  Next week would be ideal.   Please let us know.

Thank you and have a safe and great holiday.

https://protect-us.mimecast.com/s/yW5XCDkJn5T3LyBqCW6K97    https://protect-us.mimecast.com/s/F3kuCER6o5Up8YWLhwPWmw    https://protect-us.mimecast.com/s/iY9ACG6QqjtAN6Jkfp1BLd

**Brian Matthew Rhodes, Esq.**

Exhibit 76

Elmore_000138

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West

1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3222 tel | 215.665.3165 fax
Brian.rhodes@obermayer.com | www.obermayer.com

Exhibit 76

Elmore_000139

**Re: K9**

Elmore, Edward <e.elmore@fallstwppd.com>

Fri 12/29/2023 2:10 PM

To:Rhodes, Brian <brian.rhodes@obermayer.com>

So what time and where.

---

**From:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Sent:** Friday, December 29, 2023 2:03:16 PM
**To:** Elmore, Edward <e.elmore@fallstwppd.com>
**Subject:** Re: K9

That's weird.  Tom Hearns and I was sitting in conference room next to Lt. Clark till about 1:45.  Please forgive the confusion.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Elmore, Edward <e.elmore@fallstwppd.com>
**Sent:** Friday, December 29, 2023 1:57:35 PM
**To:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Subject:** Re: K9

I'm still here and looked for you there.

---

**From:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Sent:** Friday, December 29, 2023 1:54:44 PM
**To:** Elmore, Edward <e.elmore@fallstwppd.com>
**Subject:** Re: K9

My apologies.  We were in the conference room at HQ waiting for you until about 2p but had to leave. Can we reschedule for Tuesday?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Elmore, Edward <e.elmore@fallstwppd.com>
**Sent:** Friday, December 29, 2023 1:14:33 PM
**To:** Rhodes, Brian <brian.rhodes@obermayer.com>
**Subject:** K9

> **WARNING:** This email originated from an external sender. Exercise caution before clicking links or opening attachments. When in doubt, contact the IT department.

I was told the time was changed to 1300. I am at hq. Where can I look for you?

Exhibit 76

Elmore_000144

| | |
|---|---|
| **Date:** | Thu, 15 Feb 2024 12:36:49 PM -0500 |
| **Sent:** | Thu, 15 Feb 2024 12:32:23 PM -0500 |
| **Subject:** | [External] K-9 Investigation Report - Final |
| **From:** | Ament, Diane <diane.ament@obermayer.com > |
| **To:** | Jeff Dence <j.dence@fallstwp.com>; b.gallaway@fallstwp.com; John Palmer <j.palmer@fallstwp.com>; Erin Mullen <E.Mullen@fallstwp.com>; Jeff Boraski <j.boraski@fallstwp.com>; Matthew Takita <m.takita@fallstwp.com>; |
| **CC:** | Michael Clarke <MClarke@rudolphclarke.com>; Lauren Gallagher <LGallagher@rudolphclarke.com>; Atkins, Melissa <melissa.atkins@obermayer.com >; Rhodes, Brian <brian.rhodes@obermayer.com >; |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg; Falls - K-9 Investigation Report - Final (2.14.24) 4876-3513-2069 v.1.pdf |

Good Morning Mr. Takita,

As you instructed, Obermayer has finalized the draft Report and attached the Final which is being circulated to the addressees on this email.



  

**Diane Ament**
Legal Assistant to:
Thomas T. Hearn, Esquire
Melissa Atkins, Esquire
Aimee Schnecker, Esquire
Madison Melinek, Esquire
Brian Rhodes, Esquire

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3049 tel | 215.665.3165 fax
diane.ament@obermayer.com | www.obermayer.com

Exhibit 77

DEF_ESI_06083

| | |
|---|---|
| **Date:** | Fri, 16 Feb 2024 9:43:59 AM -0500 |
| **Sent:** | Fri, 16 Feb 2024 9:43:36 AM -0500 |
| **Subject:** | Fwd: K-9 Investigation Report - Final |
| **From:** | Atkins, Melissa <melissa.atkins@obermayer.com> |
| **To:** | Whitney, Nelson <n.whitney@fallstwppd.com>; |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg; Falls - K-9 Investigation Report - Final (2.14.24) 4876-3513-2069 v.1.pdf |

Attached.

Melissa K. Atkins, Esq.

---

**From:** Ament, Diane <diane.ament@obermayer.com>
**Sent:** Thursday, February 15, 2024 12:32:23 PM
**To:** j.dence@fallstwp.com <j.dence@fallstwp.com>; b.gallaway@fallstwp.com <b.gallaway@fallstwp.com>; j.palmer@fallstwp.com <j.palmer@fallstwp.com>; E.Mullen@fallstwp.com <E.Mullen@fallstwp.com>; j.boraski@fallstwp.com <j.boraski@fallstwp.com>; Matthew Takita <m.takita@fallstwp.com>
**Cc:** Michael Clarke <MClarke@rudolphclarke.com>; Lauren Gallagher <LGallagher@rudolphclarke.com>; Atkins, Melissa <melissa.atkins@obermayer.com>; Rhodes, Brian <brian.rhodes@obermayer.com>
**Subject:** K-9 Investigation Report - Final

Good Morning Mr. Takita,

As you instructed, Obermayer has finalized the draft Report and attached the Final which is being circulated to the addressees on this email.



  

**Diane Ament**
Legal Assistant to:
Thomas T. Hearn, Esquire
Melissa Atkins, Esquire
Aimee Schnecker, Esquire
Madison Melinek, Esquire
Brian Rhodes, Esquire

**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3049 tel | 215.665.3165 fax
diane.ament@obermayer.com | www.obermayer.com

Exhibit 78

DEF_ESI_05340

| | |
|---|---|
| **Date:** | Wed, 28 Feb 2024 3:09:34 PM -0500 |
| **Sent:** | Wed, 28 Feb 2024 3:09:29 PM -0500 |
| **Subject:** | RE: Elmore Termination Notice |
| **From:** | Rose Molle |
| **To:** | Matthew Takita <m.takita@fallstwp.com>; |
| **Attachments:** | EDWARE ELMORE - TERMINATION NOTICE - 2-28-2024.pdf; image005.jpg; image006.jpg; image007.jpg; image008.jpg; image009.jpg |

Attached is the termination notice for Edward Elmore.

**Rosemarie Molle | Township of Falls**
Executive Administrative Assistant
to the Township Manager

**IPEN/RON (In Person Electronic Notary/Remote Online Notary)**

**Notary ID: 1360547 | Commission Expires: 11/22/2027**

450 Lincoln Highway
Fairless Hills, PA 19030
**Direct:** 215.949.9001 |**General:** 215-949-9000
**Website:** www.fallstwp.com



THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL. IMPORTANT NOTICE TO EMAIL RECIPIENTS: DO NOT read, copy, or disseminate this communication unless you are the intended recipient. Anyone who receives this email by error should treat it as confidential and is asked to delete the message, and immediately call Falls Township at 215-949-9001 or reply by email r.molle@fallstwp.com. This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.

**From:** Matthew Takita <m.takita@fallstwp.com>
**Sent:** Wednesday, February 28, 2024 2:12 PM
**To:** Rose Molle <r.molle@fallstwp.com>
**Subject:** FW: Elmore Termination Notice

Please put on letterhead for me to sign

**Matthew K. Takita, AIA, MCP | Township of Falls**
Township Manager
Zoning Administrator
Director of Code Enforcement

450 Lincoln Highway
Fairless Hills, PA 19030
**Office:** 215-949-9000 |**Mobile:** 215-880-6468
**Website:** www.fallstwp.com

THIS ELECTRONIC COMMUNICATION IS PRIVILEGED AND CONFIDENTIAL. IMPORTANT NOTICE TO EMAIL RECIPIENTS: DO NOT read, copy, or disseminate this communication unless you are the intended recipient. Anyone who receives this email by error should treat it as confidential and is asked to delete the message, and immediately call Falls Township at 215-949-9000 or reply by email m.takita@fallstwp.com. This email transmission may not be secure and may be illegally intercepted. Do not forward or disseminate this email to any third party. Unauthorized interception of this email is a violation of federal law.

**From:** Atkins, Melissa <melissa.atkins@obermayer.com>
**Sent:** Wednesday, February 28, 2024 11:57 AM
**To:** Matthew Takita <m.takita@fallstwp.com>; Hearn, Thomas <Thomas.Hearn@obermayer.com>

Exhibit 79

DEF_ESI_08606

**Cc:** Nelson Whitney <n.whitney@fallstwppd.com >; Rhodes, Brian <brian.rhodes@obermayer.com >
**Subject:** [External] Elmore Termination Notice

Attached is the Termination Notice. Matt, this should be signed and sent by you, please attach the Loudermill Notice that was sent to Elmore by the Chief.

Chief, please email Matt the PDF you sent to Elmore. Thank you everyone.

Langan will follow up if it is okay with the attached. Please advise.



**Melissa K. Atkins, Esq.**
**Partner- Labor and Employment Department**
**Obermayer Rebmann Maxwell & Hippel LLP**
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3146 tel | 215.665.3165 fax
melissa.atkins@obermayer.com | www.obermayer.com

Exhibit 79

DEF_ESI_08607

# Township of Falls
## BUCKS COUNTY, PA

### Board of Supervisors
Jeffry E. Dence • Jeffrey M. Boraski • Brian M. Galloway • John W. Palmer • Erin M. Mullen

February 28, 2024

*Via E-Mail: edinpa84@gmail.com*
*Certified Mail & Regular Mail: 7011 2970 0000 2203 3771*
Edward Elmore
10 Beverly Hills Drive
Ivyland, PA 18974

Edward Elmore,

After carefully reviewing your Loudermill Response and considering the recommendation and charges outlined in the Loudermill Notice, your employment with Falls Township Police Department is terminated, effective February 28, 2024. The totality of your misconduct violates the following sections of the Falls Township Code and Policies, Disobedience of Orders, Neglect of Duty, and Conduct Unbecoming of an Officer, and severely undermines the trust and integrity necessary for your role as a police officer. Upholding the principles of honesty and integrity within our Township is of the utmost importance, and we cannot tolerate actions that undermine these values. A copy of your Loudermill Notice outlining the basis for the disciplinary decision is enclosed.

Please note that you will receive a COBRA Notice by mail, which will provide information regarding your health insurance coverage continuation options. We understand that this termination may have significant implications, and we encourage you to review the COBRA Notice thoroughly and take appropriate action to ensure the continuity of your health insurance coverage.

Additionally, you are advised that The Police Tenure Act, 53 P.S. 811 et. seq. (the "Act") provides guidance concerning your right to contest the termination and whether the evidence supports it. If you believe there are grounds to contest the termination, we encourage you to review the process afforded by the Act and initiate the appropriate steps within the specified timeframe.

Exhibit 79                                           Elmore_000205

If you have any questions or require any further information, please do not hesitate to contact our Human Resources Department.

Sincerely,

Matthew Takita
Township Manager

cc:     Melissa Atkins, Esquire, Obermayer Rebmann Maxwell & Hippel, LLP *(via e-mail only)*
        Nelson Whitney, Chief of Police, Falls Township *(via e-mail only)*
        George Thomas, PAFT President, Falls Township *(via e-mail only)*
        Daniel Doyle, Chief Human Resources Officer, Falls Township *(via e-mail only)*
        Sherry McGovern, Human Resources Coordinator, Falls Township *(via e-mail only)*
        File

Exhibit 79

Elmore_000206

| | |
|---|---|
| **Date:** | Thu, 13 Jul 2023 9:06:42 AM -0400 |
| **Sent:** | Thu, 13 Jul 2023 9:06:40 AM -0400 |
| **Subject:** | FW: Police Hiring Investigation |
| **From:** | Rose Molle |
| **To:** | Sherry McGovern <s.mcgovern@fallstwp.com>; |
| **Attachments:** | image001.jpg; image002.jpg; image003.jpg; image004.jpg |

Hi Sherry,

Do you have any of this information?  I checked my files and I do not have any of this.

Thanks,

Rose

---

**From:** Whitney, Nelson <n.whitney@fallstwppd.com>
**Sent:** Wednesday, July 12, 2023 4:44 PM
**To:** Sherry McGovern <s.mcgovern@fallstwp.com>; Matthew Takita <m.takita@fallstwp.com>; Rose Molle <r.molle@fallstwp.com>
**Subject:** RE: Police Hiring Investigation

Hey Sherry,

We do not have the following: 1 (Elmore filed whatever complaints he made with the Township side, not me); 4 (Any discussions of changes made were verbal, not written); 5 (I think you said that Rose keeps copies of the EEOC complaints); 6 (Either you or Matt may have documents that fit this description?); 7(I know of no such complaints – except maybe what Nicole White is trying to imply).  Chris will compile the rest on a flash drive.

Nelson

---

**From:** Sherry McGovern <s.mcgovern@fallstwp.com>
**Sent:** Wednesday, July 12, 2023 3:33 PM
**To:** Matthew Takita <m.takita@fallstwp.com>; Rose Molle <r.molle@fallstwp.com>; Whitney, Nelson <n.whitney@fallstwppd.com>
**Subject:** RE: Police Hiring Investigation

Nelson and Chris,

Do you have all of this information?

**Sherry McGovern, HR Coordinator**
**Falls Township**
188 Lincoln Highway, Suite 100
Fairless Hills, PA 19030
Phone: (215) 949-9000 ext. 232
Fax: (215) 949- 2120

---

**From:** Matthew Takita <m.takita@fallstwp.com>
**Sent:** Wednesday, July 12, 2023 3:28 PM
**To:** Rose Molle <r.molle@fallstwp.com>; Sherry McGovern <s.mcgovern@fallstwp.com>; Nelson Whitney <n.whitney@fallstwppd.com>
**Subject:** Fwd: Police Hiring Investigation

All

We need to wrap this up.  Please compile the requested information and send over to Charles by the beginning of next week.
Copy me on the email.

Exhibit 80

DEF_ESI_07163

Thanks

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

_____

**From:** Atkins, Melissa <melissa.atkins@obermayer.com>
**Sent:** Wednesday, July 12, 2023, 2:13 PM
**To:** Matthew Takita <m.takita@fallstwp.com>
**Cc:** Rose Molle <r.molle@fallstwp.com>; Sherry McGovern <s.mcgovern@fallstwp.com>; Hearn, Thomas < Thomas.Hearn@obermayer.com>
**Subject:** FW: Police Hiring Investigation





  

Melissa K. Atkins, Esq.
**Partner- Labor and Employment Department**
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3146 tel | 215.665.3165 fax
melissa.atkins@obermayer.com | www.obermayer.com

**From:** Shute, Charles <charles.shute@obermayer.com>
**Sent:** Wednesday, June 7, 2023 9:02 AM
**To:** Matthew Takita <m.takita@fallstwp.com>
**Cc:** Usman, Mehreen <mehreen.usman@obermayer.com>
**Subject:** RE: Police Hiring Investigation



Exhibit 80

DEF_ESI_07164



**From:** Matthew Takita <m.takita@fallstwp.com>
**Sent:** Monday, June 5, 2023 2:49 PM
**To:** Atkins, Melissa <melissa.atkins@obermayer.com>; Shute, Charles <charles.shute@obermayer.com>
**Cc:** Unterburger, Daniel <daniel.unterburger@obermayer.com>; Hearn, Thomas <Thomas.Hearn@obermayer.com>
**Subject:** RE: Police Hiring Investigation



Matthew K. Takita, AIA, MCP
Township Manager
Zoning Administrator
Director of Code Enforcement

**From:** Atkins, Melissa <melissa.atkins@obermayer.com>
**Sent:** Monday, June 5, 2023 2:36 PM
**To:** Matthew Takita <m.takita@fallstwp.com>; Shute, Charles <charles.shute@obermayer.com>
**Cc:** Unterburger, Daniel <daniel.unterburger@obermayer.com>; Hearn, Thomas <Thomas.Hearn@obermayer.com>
**Subject:** Police Hiring Investigation



Melissa



**Melissa K. Atkins, Esq.**
**Partner- Labor and Employment Department**
Obermayer Rebmann Maxwell & Hippel LLP
Centre Square West
1500 Market Street | Suite 3400
Philadelphia, PA 19102-2101
215.665.3146 tel | 215.665.3165 fax
melissa.atkins@obermayer.com | www.obermayer.com

  

Exhibit 80

DEF_ESI_07165