IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

EDWARD ELMORE,

               Plaintiff,

    v.

FALLS TOWNSHIP,

               Defendant.

CIVIL ACTION
NO. 25-2076

## **ORDER**

**AND NOW**, this 20th day of July 2026, upon consideration of Plaintiff's Letter Advising the Court the Parties Resolved the Discovery Dispute (Doc. No. 49), it is **ORDERED** that the telephone conference scheduled for this day is **CANCELED**.

BY THE COURT:

/s/ Joel H. Slomsky
_____

JOEL H. SLOMSKY, J.