Hardwick Benfer, LLC
*Employment Law and Litigation*

2003 N. Easton Road
Suite 308
Doylestown, Pennsylvania 18901
Tel: (215) 230-1912

**Virginia L. Hardwick, Esq.**
vhardwick@hardwickbenfer.com
admitted in PA, NJ and NY

**Tiffanie C. Benfer, Esq.**
tbenfer@hardwickbenfer.com
admitted in PA, NJ and MD

September 18, 2026

The Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Elmore v. Falls Township Civil Action No. 2:25-cv-02076**

Dear Judge Slomsky:

Your Honor's scheduling order requires the parties to file joint proposed jury instructions by September 21, 2026. On September 14, 2026, Defendant filed proposed jury instructions that state that the instructions were "jointly proposed." Plaintiff **did not** participate in preparing those instructions and was not aware that Defendant intended to file them as a joint submission.

I write to clarify that Plaintiff's counsel had no involvement in and no prior knowledge of the purported joint instructions Defendant filed on September 14, 2026.

Nevertheless, Plaintiff's counsel has asked Defendant's counsel to confer so that the parties may submit true joint proposed jury instructions by the September 21, 2026, deadline.

Very truly yours,

*Tiffanie C. Benfer*