IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EDWARD ELMORE,<br><br>Plaintiff,<br>v.<br><br>FALLS TOWNSHIP,<br><br>Defendant. | CIVIL ACTION<br>NO. 25-2076 |

**ORDER**

**AND NOW**, this 25th day of September 2026, upon consideration of Defendant's Motion for Motion for Summary Judgment (Doc. No. 45), and Plaintiff's Response in Opposition (Doc. No. 49), which are pending before the Court, it is **ORDERED** that the final pretrial conference scheduled for September 28, 2026 and the trial scheduled for October 5, 2026 are **ADJOURNED** until further notice pending the disposition of the Motion for Summary Judgment, and all dates for pretrial filings set forth in the Amended Scheduling Order dated March 23, 2026 (Doc. No. 33) are **STAYED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.