HB Hardwick Benfer, LLC
*Employment Law and Litigation*

2003 N. Easton Road
Suite 308
Doylestown, Pennsylvania 18901
Tel: (215) 230-1912

**Virginia L. Hardwick, Esq.**
vhardwick@hardwickbenfer.com
admitted in PA, NJ and NY

**Tiffanie C. Benfer, Esq.**
tbenfer@hardwickbenfer.com
admitted in PA, NJ and MD

October 28, 2026

The Honorable Joel H. Slomsky
13614 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106

**RE: Elmore v. Falls Township Civil Action No. 2:25-cv-02076**

Dear Judge Slomsky:

We represent Plaintiff Edward Elmore. The Court originally set trial in this matter for October 5, 2026, and then adjourned it. On October 9, 2026, we wrote to Your Honor seeking clarification of whether a new trial date has been set, because we perceive an ambiguity between the Court's Orders of September 23 (ECF No. 88) and September 25 (ECF No. 93). If it's the Court's present intent to begin the trial on December 7, we again request that the trial date be adjourned. As I explained in my October 9 letter, I will be out of the country for a previously scheduled vacation from November 14 to November 28. Defendant's counsel has graciously agreed not to oppose this request.

We respectfully request the Court's assistance in connection with this scheduling matter.

Respectfully submitted,

*Tiffanie C. Benfer*

**CERTIFICATE OF SERVICE**

I, TIFFANIE C. BENFER, ESQ., attorney for Edward Elmore, hereby certify that true and correct copies of Plaintiff's Letter to the Court was served October 28, 2026, on all counsel of record via the Court's Electronic Case Filing (ECF) system.

Respectfully submitted,

**HARDWICK BENFER, LLC**

*/s/ Tiffanie C. Benfer*
Tiffanie C. Benfer (PA #202096)
2003 N Easton Road
Suite 308
Doylestown, PA 18901
Telephone: (215) 230-1912
Email: tbenfer@hardwickbenfer.com
*Attorney for Plaintiff*